PLAINTIFF'S EXHIBIT
5

# CURRICULUM VITAE AND BIBLIOGRAPHY

## Part I: General Information

**DATE UPDATED:** September 1, 2023

**NAME:** Richard Lawrence Kradin, M.D.

**OFFICE ADDRESS:** 15 Constitution Drive
Suite 1A
Bedford, NH 03110

**WORK E-MAIL:** richardkradin@gmail.com

**PLACE OF BIRTH:** New York City, New York

**EDUCATION:**

| | | |
|---|---|---|
| 9/67-6/1971 | B.A. | New York University (Honors in Chemistry) |
| 9/1971-6/1972 | M.S. | New York University (Chemical Physics) |
| 9/1972-6//1976 | M.D. | Thomas Jefferson University (Cum Laude) |
| 9/2006-6/2009 | M.L.A. | Harvard University (Summa Cum Laude) |
| 1/2010-4/2010 | D.T.M.&H | London School of Hygiene & Tropical Medicine |

**POSTDOCTORAL TRAINING:**

**Internships and Residencies:**

| | |
|---|---|
| 7/1976-6/1977 | Intern in Medicine, The Pennsylvania Hospital |
| 7/1977-6/1978 | Resident in Medicine, The Pennsylvania Hospital |
| 7/1978-6/1980 | Resident in Pathology, Massachusetts General Hospital |
| 7/1980-6/1981 | Chief Resident in Pathology, Massachusetts General Hospital |

**Research Fellowships:**

| | |
|---|---|
| 7/1981-6/1983 | Clinical and Research Fellow in Pulmonary Medicine<br>Massachusetts General Hospital |
| 7/1981-6/1983 | Research Fellow in Immunopathology<br>Massachusetts General Hospital |

**LICENSURE AND CERTIFICATION:**

| | |
|---|---|
| 1977 | National Board of Medical Examiners |

| | |
|---|---|
| 1979 | American Board of Internal Medicine |
| 1979 | Massachusetts License Registration |
| 1980 | Controlled Substances Registration |
| 1981 | American Board of Pathology, Certificate in Anatomic Pathology |
| 1985 | American Board of Internal Medicine, Certificate in Pulmonary Medicine |
| 2019 | Florida License Registration |

**ACADEMIC APPOINTMENTS:**

| | |
|---|---|
| 7/1972-6/1973 | Teaching Assistant in Chemistry, New York University |
| 7/1977-6/1978 | Assistant Clinical Instructor in Medicine, University of Pennsylvania |
| 7/1978-6/1981 | Clinical Fellow in Pathology, Harvard Medical School |
| 7/1981-6/1983 | Research Fellow in Pulmonary Medicine, Harvard Medical School |
| 7/1983-6/1986 | Instructor in Pathology, Harvard Medical School |
| 7/1986-6/1990 | Assistant Professor of Pathology, Harvard Medical School |
| 7/1990-6/2019 | Associate Professor of Pathology, Harvard Medical School |
| 4/2010-2012 | Adjunct Faculty, Pacifica University |
| 11/2011-6/2019 | Associate Professor of Medicine, Harvard Medical School |
| 07-2019-current | Associate Professor Emeritus of Medicine and Pathology, Harvard Medical School |
| 07-2022-current | Professor, American Scholars |

**HOSPITAL APPOINTMENTS:**

| | |
|---|---|
| 7/1982-6/1983 | Assistant in Pathology, Massachusetts General Hospital |
| 7/1983-6/1987 | Clinical Assistant in Medicine, Massachusetts General Hospital |
| 7/1986-6/1989 | Assistant Pathologist, Massachusetts General Hospital |
| 7/1987-6/1992 | Assistant in Medicine, Massachusetts General Hospital |
| 7/1987-6/1994 | Clinical Director, Cancer Immunotherapy, Massachusetts General Hospital |
| 7/2011-6/2019 | Clinical Director, MGH Dyspnea Clinic |
| 7/1990-6/2019 | Associate Pathologist |
| 7/1992-2009 | Assistant Physician, Massachusetts General Hospital |
| 6/2009-6/2019 | Associate Physician, Massachusetts General Hospital |
| 7/2013-current | Consultant Pathologist and Pulmonologist, Hadassah Hospital Jerusalem, IL |
| 5/2018-6/2019 | Pathologist, Massachusetts General Hospital |
| 7/2019- current | Honorary Pathologist and Honorary Associate Physician, Massachusetts General Hospital |

**SERVICE ASSIGNMENTS:**

| | | |
|---|---|---|
| 1983-6/2019 | Supervisor | Diagnostic Lung and Cardiac Pathology and Pulmonary Immunopathology Services, Massachusetts General Hospital |

| | | |
|---|---|---|
| 1983-6/2019 | Supervisor | Autopsy Service, Massachusetts General Hospital |
| 1984-6/2019 | Staff | Pulmonary and Critical Care Unit, Massachusetts General Hospital |
| 1985-1990 | Director | MGH Cancer Adoptive Immunotherapy Program, Massachusetts General Hospital |
| 1990-6/2019 | Director, | Pulmonary Immunology and Molecular Biology, Massachusetts General Hospital |
| 1992-6/2019 | Immunopathologist | Lung Transplant Service, Massachusetts General Hospital |
| 2003-6/2019 | Director (Infectious Disease Pathology) | MGH Pathology Department |
| 2010-6/2019 | Staff | MGH General Medical Service |
| 2010-6/2019 | Staff | Occupational and Environmental Health Clinic |

**MAJOR COMMITTEE ASSIGNMENTS:**

**Hospital:**

7/1985-6/1992 MGH Subcommittee for the Review of Research Proposals

**National:**

7/1986 Ad Hoc NCI Contract Review Committee for LAK Cell and IL-2
7/1990-6/1993 NIH Experimental Therapeutic-2 Study Section

**PROFESSIONAL SOCIETIES:**

| | |
|---|---|
| 1978-current | New England Pathology Society, member |
| 1980-current | American Thoracic Society, member |
| 1986-current | American Association of Immunologists, member |
| 1987-current | New England Cancer Society, member |
| 1988-current | American Association of Pathologists, member |
| 1988-current | Clinical Immunology Society, member |
| 1988-current | Psychosomatic Society, member |
| 1997-current | Psychoneuroimmunology Research Society, member |
| 2003-current | Dammon-Binford Infectious Disease Society, member |

**EDITORIAL BOARDS:**

| | |
|---|---|
| 1988-current | Section Editor: Pathology and Immunopathology Research |
| 1989-current | Editorial Panel: Human Pathology |
| 2013-current | Senior Editor: Pathology Discovery |
| 2015-current | Contributing Editor: American Journal of Industrial Medicine |
| 2015-current | Editor: EC Pulmonology and Respiratory Medicine |

**AWARDS AND HONORS:**

| | |
|---|---|
| 1976 | Alpha Omega Alpha |
| 1976 | Arthur J. Krieger Prize for Excellence in Neurology |

| | |
|---|---|
| 1985 | Upjohn Company Award for Cancer Research |
| 1997 | Gradiva Award National Association for Advancement of Psychoanalysis |
| 2009 | Thomas Small Prize, Harvard University for Academic Achievement |

## Part II: Research, Teaching, and Clinical Contributions

### A. FUNDING INFORMATION:

| | | | |
|---|---|---|---|
| 1984-87 | National Institute of Health | R. Kradin | Coagulation and Lung Injury |
| 1988-95 | National Institute of Health | E. Schneeberger | Pulmonary Dendritic Cells |
| 1985-87 | Tobacco Council | J. Kurnick | Tumor Infiltrating Lymphocytes |
| 1986-89 | National Institute of Health | R. Kradin | TIL and IL-2 |
| 1987-90 | National Institute of Health | R. Kradin | Dendritic Cells and HIV |
| 1995-2001 | National Institute of Health | R. Kradin | Pulmonary Immunity |
| 2000-2003 | Center for Disease Control | R. Kradin Co-PI | Relaxation Response |
| 2004-2008 | National Institute of Health | N. Choi | Radiation and Lung Cancer |

### B. REPORT OF CURRENT RESEARCH:

Clinico-pathological aspects of asbestos-related diseases

### C. REPORT OF TEACHING:

1. **<u>Graduate and Continuing Education Courses (Selected)</u>**

| | |
|---|---|
| 1985 | Lecturer in Pulmonary Medicine, Harvard Post-Graduate Course<br>Post-graduate physicians (150) |
| 1985 | Lecturer in Pulmonary Pathology, Harvard Post-Graduate Course, MGH<br>Post-graduate physicians (250) |
| 1987 | Lecturer in Thoracic Oncology Harvard Post-Graduate Course, MGH<br>Post-graduate physicians (100) |
| 1987 | Lecturer in Thoracic Surgery Harvard Post-Graduate Course, MGH<br>Post-graduate physicians (150) |
| 1997 | Speaker, Medical Grand Rounds, MGH<br>Medical Staff (100) |
| 1998 | Invited Speaker, Psychiatry Grand Rounds, MGH<br>Medical staff (50) |
| 1999 | Invited Speaker, Pathology Grand Rounds, MGH<br>Medical Staff (50) |

| | |
|---|---|
| 2000 | Invited Speaker, Pulmonary Grand Rounds<br>Medical Staff (50) |
| 2001 | Invited Speaker, Pathology Grand Rounds<br>Medical Staff (50) |
| 2002 | Invited Speaker, Pathology Grand Rounds<br>Medical Staff (50) |
| 2003 | Invited Speaker, Pulmonary Grand Rounds<br>Medical Staff (50) |
| 2003 | Harvard Mind/Body Medicine Post Graduate Course<br>Director<br>Physicians and psychologists (250) |
| 2004 | Invited Speaker, Advanced Heart and Lung Disease<br>Medical Staff (50) |
| 2005-2016 | Director: Current Concepts in Asbestos-Related Lung Disease, Harvard Post-Graduate Course, MGH |
| 2005 | Invited Speaker: Current Concepts in Pulmonary Disease, Harvard Post-Graduate Course, MGH |
| 2006 | Current Concepts in Asbestos-Related Lung Disease<br>Caritas Samaritan Hospital |
| 2006-2020 | Invited Speaker: Current Concepts in Pulmonary Disease, Harvard Post-Graduate Course, MGH |
| 2007-2020 | Co-Director :Current Concepts in Thoracic Pathology, Harvard Post-Graduate Course, MGH. |
| 2019 | Invited Speaker: Current Concepts in Pathology, Hadassah Hospital Jerusalem. IL |
| 2022 | Invited Speaker: Current Concepts in Pathology, Hadassah Hospital Jerusalem. IL |

## 2. REGIONAL, NATIONAL OR INTERNATIONAL CONTRIBUTIONS

**Selected Invited Presentations:**

| | |
|---|---|
| 1986 | Lecturer, Board of Councilors, National Cancer Institute |
| 1986 | Lecturer, Hammer Conference on Cancer Immunotherapy, Salk Institute |
| 1986 | Lecturer, FASEB Summer Conference on Immunopharmacology |

| | |
|---|---|
| 1987 | Lecturer, Hammer Conference, Salk Institute |
| 1987 | Lecturer, University of Michigan Cancer Center Conference on Biological Modifiers |
| 1987 | Lecturer, Invited Panelist, American Thoracic Society |
| 1987 | Lecturer, Board of Councilors, National Cancer Institute |
| 1988 | Lecturer, Hammer Conference, Salk Institute |
| 1988 | Lecturer, New England Cancer Society |
| 1989 | Lecturer, Hammer Conference, Salk Institute |
| 1990 | Guest Lecturer, NCI, BRMP Branch |
| 1990 | Lecturer, Guest Lecturer, University Western Australia |
| 1993 | Lecturer, Chair, Plenary Session, American Thoracic Society |
| 1994 | Lecturer, Plenary Session, Lung Immunology, American Thoracic Society |
| 1995 | Lecturer, Plenary Session, Lung Immunology, American Thoracic Society |
| 1996 | Lecturer, Plenary Session, Lung Immunology, American Thoracic Society |
| 1996 | Lecturer, Plenary Session, Pediatric Lung Pathology, American Thoracic Society |
| 1997 | Lecturer, Plenary Session, Lung Immunology, American Thoracic Society |
| 1998 | Lecturer, Post Graduate Course in Pulmonary Immunology, American Thoracic Society |
| 1998 | Chair, Plenary Session, American Thoracic Society |
| 1999 | Chair, Plenary Session, American Thoracic Society |
| 2000 | Lecturer, Plenary Session, International Academy of Pathology |
| 2001 | Chair, Plenary Session, American Thoracic Society |
| 2002 | Chair, Plenary Session, American Thoracic Society |
| 2002 | Chair, Plenary Session, Psychoneuroimmunology Research Society |
| 2003 | Lecturer, Post Graduate Course in Pulmonary Immunology, American Thoracic Society |
| 2004 | Lecturer, Dyspnea, American Thoracic Society |
| 2005 | Lecturer, New England Path Society "Emerging Infections" |
| 2006 | Lecturer, U.S. Canadian Academy of Pathology |
| 2007 | Lecturer, American Thoracic Society |
| 2008 | Lecturer, American Thoracic Society |
| 2009 | Lecturer, American Thoracic Society |

## Part III: BIBLIOGRAPHY:

**Original Articles:**


1. Duckett S, Cracco J, Graziani L, Scot TG, Solomon D, **Kradin, R**: Inclusions in the sural nerve in metachromatic leukodystrophy. Acta Neuro Lat-Am 1975;21(1-4):184-193.

2. Duckett S, Galle P, **Kradin R**: The relationship between Parkinson's syndrome and vascular siderosis: an electron microprobe study. Ann Neurol 1977;2(3):225-229.

3. **Kradin RL**, Kiprov D, Dickersin GR, Collins AB, Kradin L, Mark EJ: Immune complex disease with fatal pulmonary hemorrhage; Its occurrence in a patient with myasthenia gravis. Arch Pathol Lab Med 1981;105(11):582-585.

4. **Kradin RL**, Young RH, Kradin LA, Mark EJ: Immunoblastic lymphoma arising in chronic lymphoid hyperplasia of the pulmonary interstitium. Cancer 1982;50(7):1339-1343.

5. **Kradin RL**, Young RH, Dickersin GR, Kirkham SE, Mark EJ: Pulmonary blastoma with argyrophil cells and lacking sarcomatous features (pulmonary endodermal tumor resembling fetal lung). Am J Surg Pathol 1982;6(2):165-172.

6. **Kradin RL**, Mark EJ: Benign lymphoid disorders of the lung, with a theory regarding their development. Hum Pathol 1983;14(10):857-867.

7. Zhu YJ, **Kradin R**, Brandstetter RD, Staton G, Moss J, Hales CA: Hypoxic pulmonary hypertension in the mast cell-deficient mouse. J Appl Physiol 1983;54(3):680-686.

8. Colvin RB, **Kradin RL**. Are the biologic activities of fibronectin controlled by alterations in its molecular form? Surv Synth Path Res. 1983;2:10-20.

9. Colvin RB, Clark RAF, Dvorak HF, Gardner PI, Hammond ME, **Kradin RL**, Lanigan JM, Mosesson MW, Roblin RO, Verderber EL: Fibrinogen-fibrin interaction with fibroblasts and macrophages. NY Acad Sci 1983;408:621-633.

10. Hales CA, **Kradin RL**, Bransetter RD, Zhu YJ. Impairment of hypoxic pulmonary artery remodeling by heparin in mice. Am Rev Respir Dis 1983;128(4):747-751.

11. Amento EP, Bhalla AK, Kurnick JT, **Kradin RL**, Clemens TL, Holick SA, Holick MF, Krane SM: 1 alpha, 25-dihydroxyvitamins D3 induces maturation of the human monocyte cell line U937, and, in association with a factor from human T lymphocytes, augments production of the monokine, mononuclear cell factor. J Clin Invest 1984;73(3):731-739.

12. Zapol WM, Wilson R, Hales C, Fish D, Castorena G, Hilgenberg A, Quinn D, **Kradin** R: Venovenous bypass with a membrane lung to support bilateral lung lavage. JAMA 1984;251(24):3269-3271.

13. **Kradin RL**, Spirn PW, Mark EJ: Intrapulmonary lymph nodes. Clinical, radiologic, and pathologic features. Chest 1985;87(5):662-667.

14. **Kradin RL**, Divertie MB, Colvin RB, Ramirez J, Ryu J, Carpenter HA, Bhan AK: Usual interstitial pneumonitis is a T-cell alveolitis. Clin Immunol Immunopath 1986;40(2):224-235.

15. **Kradin RL**, Kurnick JT, Amento EP, Colvin RB: Leu-M2 (Mac-120) is a platelet antigen and is not constitutively expressed by macrophages. Clin Immunol Immunopath 1986;39(3):442-451.

16. Kurnick JT, **Kradin RL**, Blumberg R, Schneeberger EE, Boyle LA: Functional characterization of T lymphocytes propagated from human lung carcinomas. Clin Immunol Immunopath 1986;38(3):367-380.

17. **Kradin RL**, McCarthy KM, Schneeberger EE: Opsonic receptor function is reduced on the surface of newborn alveolar macrophages. Am Rev Respir Dis 1986;133(2):238-244.

18. **Kradin RL**, McCarthy KM, Preffer FI, Schneeberger EE: Flow-cytometric and ultrastructural analysis of alveolar macrophage maturation. J Leuk Biol 1986;40(4):407-417.

19. **Kradin RL**, Zhu Y, Hales CA, Bianco C, Colvin RB: Response of pulmonary macrophages to hyperoxic pulmonary injury: Acquisition of surface fibronectin and fibrinogen and enhanced expression of a fibronectin receptor. Am J Pathol 1986;125(2):349-357.

20. **Kradin RL**, Kurnick JT. Adoptive immunotherapy of cancer with activated lymphocytes and interleukin-2. Pathol Immunopathol Res 1986;5:193-202.

21. **Kradin RL**, Lynch GW, Kurnick JT, Erickson M, Colvin RB, McDonagh J. Factor XIIIA is synthesized and expressed on the surface of U937 cells and alveolar macrophages. Blood 1987;69(3):778-785.

22. **Kradin RL**, Boyle LA, Preffer FI, Callahan RJ, Barlai-Kovach M, Strauss HW, Dubinett S, Kurnick JT. Tumor-derived interleukin-2-dependent lymphocytes in adoptive immunotherapy of lung cancer. Cancer Immunol Immunother 1987;24(1):76-85.

23. Fingert HJ, Chen Z, Mizrahi N, Gajewski WH, Bamberg MP, **Kradin RL**. Rapid growth of human cancer cells in a mouse model with fibrin clot subrenal capsule assay. Cancer Res 1987;47(14):3824-3829.

24. **Kradin RL**, McCarthy KM, Dailey CI, Burdeshaw A, Kurnick JT, Schneeberger EE. The poor accessory cell function of macrophages in the rat may reflect their inability to form clusters with T-cells. Clin Immunol Immunopath 1987;44(5):348-363.

25. **Kradin RL**, Kurnick JT. Interleukin 2 therapy for disseminated cancer. JAMA1987;257:1729.

26. Nagy JA, **Kradin RL,** McDonagh J. Biosynthesis of factor XIII A and B subunits. Adv Exp Med Bio 1988. 231:29-49.

27. **Kradin R**, Dubinett S, Mullin J, Boyle L, Strauss HW, Bourgoin PM, Preffer FI, Kurnick J. Treatment of patients with advanced cancer using tumor-infiltrating lymphocytes and interleukin 2. Transplant Proceed 1988;20(2):336-338.

28. **Kradin RL**, Kurnick JT. Adoptive immunotherapies with interleukin-2. MGH Cancer Bulletin Winter, 1988.

29. **Kradin RL**, Kurnick JT, Preffer FI, Dubinett SM, Dickersin GR, Pinto C. Adoptive immunotherapy with IL-2 results in the loss of delayed-type hypersensitivity responses and

the development of immediate hypersensitivity to recall antigens. Clin Immunol Immunopath 1989. 50(2):184-195.

30. **Kradin RL**, McCarthy KM, Gifford J, Schneeberger EE. Antigen-independent binding of T-cells by dendritic cells and aveolar macrophages in the rat. Am Rev Resp Dis. 1989.139(1):207-211.

31. Thompson PT, Hassoun PM, **Kradin RL,** Hales CA. Acute and chronic hypoxic pulmonary hypertension in guinea pigs. J Applied Physiol 1989;66(2):920-928.

32. **Kradin RL**, Kurnick JT, Lazarus DS, Preffer FI, Dubinett SM, Pinto CE, Gifford J, Davidson E, Grove B, Callahan RJ, Strauss HW. Tumour-infiltrating lymphocytes and interleukin-2 in the treatment of advanced cancer. The Lancet 1989;1(8638):577-580.

33. Gallagher WJ, Dubinett SM, Hoover CJ, **Kradin RL**. Efficacy of adjuvant interleukin-2 after excision of BALB/c fibrosarcomas. Surgery 1989;106(2):120-125.

34. Preffer FI, Kim CW, Fischer KH, Sabga EM, **Kradin RL**, Colvin RB. Identification of pre-T cells in human peripheral blood: extrathymic differentiation of $CD7^+CD3^-$ cells into $CD3^+$ $\gamma/\delta^+$ or $\alpha/\beta^+$ T cells. J Exp Med 1989;170(1):177-190.

35. Wong JT, Pinto CE, Gifford JD, Kurnick JT, **Kradin RL**. Characterization of the CD4+ and CD8+ tumor infiltrating lymphocytes propagated with bispecific monoclonal antibodies. J Immunol 1989;143(10):3404-3411.

36. Dubinett SM, Kurnick JT, **Kradin RL**. Adoptive immunotherapy of murine pulmonary metastases with interleukin 2 and interferon-gamma. Am J Respir Cell Mol Biol 1989;1(5):361-369.

37. **Kradin RL,** Kurnick J, Gifford J, Pinto C, Preffer F, Lazarus D. Adoptive immunotherapy with interleukin-2 (IL-2) results in diminished IL-2 production by stimulated peripheral blood lymphocytes. J Clin Immunol 1989; 9(5):378-385.

38. Lazarus DS, Kurnick JT, **Kradin RL**. Alterations in pulmonary function in cancer patients receiving adoptive immunotherapy with tumor-infiltrating lymphocytes and Interleukin-2. Am Rev Resp Dis 1990;141(1):193-198.

39. Yamin M, Lazarus D, Schneeberger EE, McCarthy K, Xia WJ, **Kradin R**. Anti-RMA: A murine monoclonal antibody that activates rat macrophages: I. Distribution and characterization of the RMA antigen. Am J Respir Cell Mol Biol 1990;2(2):207-215.

40. Lazarus D, Yamin M, McCarthy K, Schneeberger EE, **Kradin R**. Anti-RMA, a murine monoclonal antibody, activates rat macrophages: II. Induction of DNA synthesis and formation of multinucleated giant cells. Am J Respir Cell Mol Biol. 1990;3(2):103-111.

41. **Kradin RL**, McCarthy KM, Xia WJ, Lazarus D, Schneeberger EE. Accessory cells of the lung. I. Interferon-gamma increases $Ia^+$ dendritic cells in the lung without augmenting their accessory activities. Amer J Respir Cell Mol Biol 1991; 4(3):210-218.

42. Xia WJ, Schneeberger EE, McCarthy K, **Kradin RL**. Accessory cells of the Lung: II. $Ia^+$ pulmonary dendritic cells display cell surface antigen heterogeneity. Am J Respir Cell Mol Biol 1991;5(3):276-283.

43. Marathias KP, Preffer FI, Pinto C, **Kradin RL**. Most human pulmonary infiltrating lymphocytes display the surface immune phenotype and functional responses of sensitized T cells. Am J Respir Cell Mol Biol 1991;5(5):470-476.

44. Dubinett SM, Callahan RJ, Xia WJ, Ahmad M, Strauss HW, **Kradin RL**. Cytokine administration alters the distribution of activated lymphocytes to the lung. Pathobiology 1991;59(6):372-377.

45. Bennett WT, Pandolfi F, Grove BH, Hawes GE, Boyle LA, **Kradin RL** and Kurnick JT. Dominant rearrangements among human tumor-infiltrating lymphocytes: Analysis of T-cells derived from 32 patients with melanoma, lung, and renal cell carcinoma. Cancer 1992;69(9):2379-2384.

46. Antoniades HN, Neville-Golden J, Galanopoulos T, **Kradin RL**, Valente AJ, Graves DT. Expression of monocyte chemoattractant protein 1 mRNA in human idiopathic pulmonary fibrosis. Proc Natl Acad Sci USA 1992;89(12):5371-5375.

47. Ilson DH, Motzer RJ, **Kradin RL**, Vogelzang NJ, Bajorin DF, Scher HI, Nanus D, O'Moore P, Marathias K, and Bosl GJ. A phase II trial of Interleukin-2 and Interferon alpha-2a in patients with advanced renal cell carcinoma. J Clin Oncol 1992;10(7):1124-1130.

48. McDonagh J, Fossel ET, **Kradin RL**, Dubinett SM, Laposata M, Hallaq YA. Effects of tumor necrosis factor-$\alpha$ on peroxidation of plasma lipoprotein lipids in experimental animals and patients. Blood 1992;80(12):3217-3226.

49. **Kradin RL**, Xia W, McCarthy K, Schneeberger EE. $FcR^+$-subsets of $Ia^+$ pulmonary dendritic cells in the rat display differences in their abilities to provide accessory co-stimulation for naive ($OX\text{-}22^+$) and sensitized ($OX\text{-}22^-$) T cells. Am J Pathol 1993;142(3):811-819.

50. Dubinett SM, **Kradin RL**. Cytokine immunotherapy of non-small cell lung cancer. Regional Immunol 1993;5(3-4):232-243.

51. VanderMeer TJ, Menconi MJ, O'Sullivan BP, Larkin VA, Wang H, **Kradin RL,** Fink MP. Bactericidal/permeability increasing protein ameliorates acute lung injury in porcine endotoxemia. J Appl Physiol 1994;76(3):2006-2014.

52. Tsao TC, Xia W, Rodberg GM, Pinto CE, **Kradin RL**. Interferon-gamma and tumor necrosis factor-alpha promote the binding of dendritic cells to fibronectin. Pathobiology 1994:62(3):120-126.

53. Marathias K, Pinto C, Rodberg G, Preffer F, Wong J, **Kradin R**. The T cell antigen receptor CD3:CD4 molecular complex is diminished on the surface of pulmonary lymphocytes. Am J Pathol 1994;145(5):1219-1227.

54. Xia W, Pinto CE, **Kradin RL**. The antigen-presenting activities of $Ia^+$ dendritic cells shift dynamically from lung to lymph node after an airway challenge with soluble antigen. J Exp Med 1995;181(4):1275-1283.

55. Fava M, Nolan S, **Kradin** R, Rosenbaum J. Gender differences in hostility among depressed and medical outpatients. J Nerv Ment Dis 1995;183(1):10-14.

56. **Kradin RL**. The immune self: A selectionist theory of recognition, learning, and remembering within the immune system. Perspect Biol Med 1995;38(4):605-623.

57. Pollack MH, **Kradin R**, Otto MW, Worthington J, Gould R, Sabatino SA, Rosenbaum JF. Prevalence of panic in patients referred for pulmonary function testing at a major medical center. Am J Psychiatry 1996;153(1):110-113.

58. MacLean JA, Xia W, Pinto CE, Zhao L, Liu H-W, **Kradin RL**. Sequestration of inhaled particulate antigens by lung phagocytes: a mechanism for the effective inhibition of pulmonary cell-mediated immunity. Am J Pathol 1996;148(2):657-666.

59. Smoller JW, Pollack MH, Otto MW, Rosenbaum JF, **Kradin RL**. Panic anxiety, dyspnea, and respiratory disease: theoretical and clinical considerations. Am J Respir Crit Care Med 1996;154(1):6-17.

60. Sharma SK, MacLean JA, Pinto C, **Kradin RL**. The effect of an anti-CD3 monoclonal antibody on bleomycin-induced lymphokine production and lung injury. Am J Respir Care Crit Med 1996;154(1):193-200.

61. **Kradin RL**, Xia W, Pike M, Byer HR, Pinto C. Interleukin-2 promotes the motility of dendritic cells and their accumulation in lung and skin. Pathobiology 1996; 64(4):180-186.

62. Liu H-W, Anand A, Bloch K, Christiani D, **Kradin R**. Expression of inducible nitric oxide synthase by macrophages in rat lung. Am J Respir Crit Care Med 1997;156(1):223-228.

63. **Kradin, RL**. The psychosomatic symptom and the self: A Sirens' Song. J Analytical Psychology 1997;42(3):405-423.

64. **Kradin R**, MacLean J, Duckett S, Schneeberger EE, Waeber C, Pinto C. Pulmonary response to inhaled antigen: Neuroimmune interactions promote the recruitment of dendritic cells to the lung and the cellular immune response to inhaled antigen. Am J Pathol 1997;150(5):1735-1743.

65. Smoller JW, Pollack MH, Systrom D, **Kradin RL**. Sertraline effects on dyspnea in patients with obstructive airways disease. Psychosomatics 1998. 39:24-29.

66. Krinzman S, Basgoz N, **Kradin R**, Shepard J-A O, Flieder DB, Wright CD, Wain JC, Ginns LC. Respiratory syncytial virus-associated infections in adult recipients of solid organ transplants. J Heart Lung Transplant. 1998;17:202-10.

67. Rodberg GM, **Kradin RL**. Epinephrine augments specific T-cell responses to antigen in C57BL/6 (H-2b) weak-responder mice by a $CD8^+$ lymphocyte dependent mechanism. Pathobiology 1998;66:84-89.

68. **Kradin RL**, Liu H-W, van Rooijen N, Springer K, Zhao L-H, Leary CP. Pulmonary immunity to listeria is enhanced by alveolar macrophages. Am J Respir Crit Care Med 1999;159:1967-1974.

69. Wilson SN, van der Kolk B, Burbridge J, Fisler R, **Kradin R**. Phenotype of blood lymphocytes in PTSD suggests chronic immune activation. Psychosomatics 1999;40:222-225.

70. Tager A, Luster A, **Kradin R**. T-cell chemokines interferon-inducible protein-10 and monokine induced by interferon-gamma are upregulated in bleomycin-induced lung injury. Chest 1999;116:90S.

71. Tager A, Luster A, Leary C, Sakamoto H, Zhao L-H, Preffer F, **Kradin R**. Accessory cells with immunophenotypic and functional features of monocyte-derived dendritic cells are recruited to the lung during pulmonary inflammation. J Leukoc Biol 1999;66:901-908.

72. Smoller, J, Simon, N, Pollack, M, **Kradin, R**, Stern, T. Anxiety in patients with pulmonary disease:comorbidity and treatment. 1999. Sem in Clin Neuropsychiatry. 4:84-97

73. **Kradin R**, Sakamoto H, Preffer F, Dombkowski D, Springer K, Leary C. Accumulation of macrophages with dendritic cell characteristics in the pulmonary response to listeria. Am J Respir Crit Care Med. 2000;61:535-542.

74. Duckett S, **Kradin R**, Galle P. The pathogenesis of beryllium-induced pulmonary granulomatosis. A scanning secondary ion analytical microscopy study. Life Sciences 323 (2000) 1-6.

75. **Kradin R**. Stress, the relaxation response and immunity. Mod Asp Immunobiol 2000;1(3):110-113.

76. Manfro GG, Pollack MH, Otto MW, Worthington JJ, Rosenbaum JF, Scott EL, **Kradin RL**. Cell-surface expression of L-selectin (CD62L) by blood lymphocytes: correlates with affective parameters and severity of panic disorder. Depression & Anxiety. 2000;11(1):31-37.

77. **Kradin R**, Rodberg G, Zhao L, Leary C. Epinephrine yields translocation of lymphocytes to the lung. Exp Mol Pathology 2001 70:1-6

78. Sakamoto H, Zhao L-H, Jain F, **Kradin R**. IL-12p40 mice treated with intratracheal bleomycin exhibit decreased pulmonary inflammation and increased fibrosis. Exp. Mol Pathol 2002: 72:1-9.

79. Jain, F, Zhao, L-H, Selig, M, **Kradin, R**. Epinephrine promotes pulmonary angiitis: evidence for a β1 receptor mediated mechanism. Amer J. Physiol. 2003. 285:232-9.

80. Manfro, G, Nett, A, Pollack, M, Mezzomo, K, Preffer, F, **Kradin, R**. Stress regulates the lymphocyte homing receptor CD62L. Arq Neuro-Psiquiatrica. 2003. 61:20-4

81. Tager, A, **Kradin, R**, La Camera, P, Bercury, S, Campanella, G, . Leary, C, Polosukhin, V., Zhao, L-H, Sakamoto, H, Bl;ackwell, TS, Luster, A. Regulation of pulmonary fibrosis by the chemokine IP-10/CXCL10. American Journal of Respiratory Cell & Molecular Biol. 2004. 31:395-404.

82. Varnholt, H., **Kradin, R**. Pulmonary capillary hemangiomatosis in hereditary hemorrhagic telangiectasia. Human Pathology. 2004. 35: 266-268.

83. **Kradin, R**, Sakamoto, H, Jain, F, Zhao, L, Hymowitz, G, Preffer, F. IL-10 inhibits inflammation but does not affect fibrosis in the pulmonary response to bleomycin. J Exp Mol. Pathol. 2004. 76(3):205-11

84. Chen, Y-C, Chen, J-H, **Kradin, R,** Chen, P-Y, Christiani, D.C. Lung adenocarcinoma and human papillomavirus. Cancer. 2004. 101:1428-36.

85. **Kradin, R.** The Placebo Response. Perspectives in Biology and Medicine. 2004. 47:328-38.

86. **Kradin, R.** The Placebo Response Complex. J. Analytical Psychol. 2004 50; 18-29.

87. **Kradin, R** and Mark, E. Nitric oxide synthase expression in pulmonary capillary hemangiomatosis. Experimental and Molecular Pathology. 2005. 79: 194-197

88. **Kradin, R**, Coon, D, Roberts, D. Expression of sonic hedgehog and fox in chronic interstitial pneumonia. Exp Mol Pathol 2006; 80:119-123.

89. Simon, N, Weiss, A, **Kradin, R**, Evans, K, Reese, H, Otto, M, Oppenheimer, J, Smoller, J, Worthington, J, Pollack, M. Relationship of anxiety disorders, anxiety sensitivity and pulmonary dysfunction with dyspnea-related distress and avoidance. J Nerv Ment Dis. 2006. 194(12):951-7.

90. **Kradin, RL**, Auluck, P, Lauwers, G. Iatrogenic Infection by Trichuris Suis. Arch Pathol Lab Med. 2006. 130:718-720.

91. **Kradin, RL** and Mark, EJ. Distinguishing benign mesothelial hyperplasia from neoplasia. Seminars in Diagnostic Pathology. 2006. 23:25-34.

92. Mark, EJ and **Kradin, RL**. Pathological recognition of diffuse malignant mesothelioma of the pleura: the significance of the historical perspective as regards this signal tumor. Seminars in Diagnostic Pathology 2006. 23:4-14

93. Farris, A.B. and **Kradin, RL.** Morular Localization of Dendritic Cells in a Xanthomatous Inflammatory Tumor of Lung Associated with Human Herpes Virus-8 Infection. Virchow's Arch. 2006. 449:726-29.

94. Saenz A. Mandal R. **Kradin R.** Hedley-Whyte ET. Nephrogenic fibrosing dermopathy with involvement of the dura mater. Virchows Arch. 2006. 449:389-91.

95. Farris, A.B., Mark., E.J., **Kradin, R.L.** Pulmonary inflammatory myofibroblastic tumors: a critical examination of the diagnostic category based on quantitative immunohistochemical analysis. Virchows Arch. 2007 450:585-590.

96. Mandal, R.V., Mark, E., and **Kradin, R.L**. Megakaryocytes and platelet homeostasis in diffuse alveolar damage. Exp Mol Pathol. 2007. 83(3):327-331.

97. Roehrl, M. and **Kradin,** Roehrl, M. and **Kradin, R.L**. Pulmonary oxalosis. Virchows Arch. 2007. 451:1067-1073.

98. **Kradin, R.L.** and Mark, E.J. The pathology of pulmonary disorders due to Aspergillus spp. Arch Pathol Lab Med. 2008. 132:606-614.

99. Mark, E. Ruancchira-Urai, R., and **Kradin, R**. Shirt-sleeve or scanning magnification as an aid to the diagnosis of commonly encountered medical lung disorders. Arch Pathol Lab Med. 2008. 539-547.

100. Mandal, R., Mark, E.J., **Kradin, R**. Organizing pneumonia and lymphatic architecture predict prognosis in lung biopsies of patients with ARDS. Human Pathology. 2008. 39:1234-1238.

101. Ruangchira-Urai, R, Colby, TV, Klein, J, Nielsen, GP, **Kradin, RL**, Mark, EJ. Nodular amiodarone lung disease. Am J Surg Pathol 2008. 32:1654-1660

102. E.J. Mark, Mewng, F., **R.L. Kradin**., Mathisen, D.J. Idiopathic tracheal stenosis. Am J Surg Pathol. 2008. 1138-1143.

103. Nehra, D, Liberman, M, Vagefi, P., Evans, N, Inglessis, I, **Kradin, R**., Ono, J, Kanarek, D, Gaissert, Complete pulmonary venous occlusion after radiofrequency ablation for atrial fibrillation. Ann Thorac Surg. 2009. 87:292-295.

104. Farris, A.B., Mark, E.J., **Kradin, R.L.** Diffuse cellular and fibrosing interstitial pneumonitis with dequamative interstitial pneumonitis-like features associated with myeloid neoplasia. Am J Surg Path. 2009. 33:1485-149.

105. Saenz, A, Koreishi, S., Rosenberg, A, **Kradin, R.L.** Necrotizing fasciitis: an immunohistochemical analysis. Virchows Arch 2009. 455:87-92.

106. Marconi VC, **Kradin R**, Marty FM, Hospenthal DR, Kotton CN Disseminated dermatophytosis in a patient with hereditary hemochromatosis and hepatic cirrhosis: case report and review of the literature. Med Mycol. 2010. 48: 518-27.

107. **Kradin, R.L**. Placebo response in therapeutics. Psychiatry reports. 2010. 1-6.

108. Nishimo, M, Medoff, B, O'Donnell, W., Mark, E. Currier, P. **Kradin, R.L**. Variant lipoproteinosis: A clinico-pathologic disorder with distinct responses to treatment. Pathol Int. 2011 Sep;61(9):509-17.

109. Choi NC, T. Chun, A. Niemierko, M. Ancukiewicz, P Fidias**, R Kradin**, D Mathisen , T. Lynch, A. Fischman. FDG Uptake Quantified with FDG PET 10-12 Days after radiotherapy or chemoradiotherapy in lung cancer is molecular-biomarker capable of predicting therapy outcome and identifying patients in need of timely salvage therapy. International Journal of Radiation Oncology Biology Physics. 2010. 78:34.

110. **Kradin R**. Psychosomatic disorders: canalization of mind into matter. J. Anal Psych. 2011 56: 37-55.

111. Chung J, **Kradin R**, Greene R, Shepard JO, Digumarthy S. CT predictors of mortality in pathology confirmed ARDS European Radiology. 2011. 21:730-738.

112. **Kradin, RL,** Sheldon, TA, Nielsen, P, Selig M, Hunt, J. Malacoplakia of the tongue complicating the site of irradiation for squamous cell carcinoma with review of the literature. Ann Diagn Pathol. 2012. 16(3):214-8.

113. **Kradin, R.L.** The placebo response: an attachment strategy that counteracts the deleterious effects of chronic stress. Perspect Biol Med. 2011. 54(4):438-54.

114. Shun, O.S., Uddin, T., Citorik, R., Wang, J.P., Della Pelle, P, **Kradin, R.L**., Bingle, C.D., Camili, A., Ryan, E.T., Calderwood, S.B., Finberg, R.W., Qadri, F.Q., LaRocque, R. C., Harris, J.B. LPUNC1 modulates innate immune responses to vibrio cholerae infection. J. Infectious Disease. J Infect Dis. 2011. Nov;204(9):1349-57.

115. Reisman, J, Weinberg, A, Ponte, C, **Kradin, RL**. Monomicrobial pseudomonas necrotizing fasciitis: a review of 37 cases. Scand J Infect Dis. 2012. 44(3):216-21.

116. **Kradin, R.L.** Guiding the pulmonologist's hand: What they need to know about lung pathology and what is lost in translation. Arch Pathol Lab Med. 2012. 136:1528-32.

117. Hariri, L., Greene, R., Brown, R., **Kradin, R.L.** Progressive granulomatous pneumonitis in response to cosmetic subcutaneous silicone injections in a patient with HIV-1 infection: case report and review of the literature. Arch Pathol Lab Med. 2012 Feb;136(2):204-7.

118. Kradin RL, Sheldon TA, Nielsen P, Selig M, Hunt J. Malacoplakia of the tongue complicating the site of irradiation for squamous cell carcinoma with review of the literature. Ann Diagn Pathol. 2012 Jun;16(3):214-8.

119. Kovach, A. Cheng, G., Channick, C., Channick, R., Miniappan, A., Gaissert, H., **Kradin, R.** Postradiofrequency ablation inflammatory pseudotumor associated with pulmonary venoocclusive disease: case report and review of the literature. Annals Diagnost Pathol. 2013. 17:46-52

120. **Kradin, R.L.** When ancestral heritage is a source of discomfort: culture, pre-object relatedness and self-alienation. 2013. J Anal Psych. 57:207-222.

121. Choi, N., Chun, T., Niermeko, A., Ancukiwicz, M., Fidias, P., **Kradin, R.**, Mathisen, D., Lynch, T., Fischman, A. Potential of 18F-FDG PET towards personalized radiotherapy or chemoradiotherapy in lung cancer. Eur J Nucl Mol Imaging. 2013. 40(6): 832-41.

122. Nishino, M., Mathai, S., Schoenfeld, D., Digumarthy, S., **Kradin, R**. Clinicopathologic features associated with relapse in cryptogenic organizing pneumonia. Hum Pathol. 2014. 370:342-51.

123. Bledsoe, J., Christiani, D.C., **Kradin, R.L.** Smoking-associated fibrosis and pulmonary asbestosis. Int. J. Chron Obstruct Pulmon Dis. 2014. 10:31-37.

124. Primiani, A., Iafrate, J., **Kradin, R**. Pulmonary adenocarcinoma mutation profile in smokers with smoking-related interstitial fibrosis. Int J Chron Obstruct Pulmon Dis. 2014. 9:525-31.

125. Musch G, Winkler T, Harris RS, Vidal Melo MF, Wellman TJ, de Prost N, **Kradin RL**. Lung [18F]fluorodeoxyglucose uptake and ventilation-perfusion mismatch in the early stage of experimental acute smoke inhalation. Anesthesiology. 2014 Mar;120(3):683-93.

126. **Kradin, R.** Converting a Freudian analysis into a Jungian one: obsession, addiction, and an answer from Job. J. Anal. Psych. 2014. 59(3):346-65

127. Farmer, JR, Sokol, C, Bonilla, AF, Mural, M, **Kradin, R,** Astor, T, Abraham, J, and Walter, JE. Bilateral lung transplantation in a patient with humoral immune deficiency: a case report with review of the literature. Case Reports Immunol. 2014. 2014:910215.

128. Dubrock, H, **Kradin, R,** Gonzales, R, Channick, R. Pulmonary capillary hemangiomatosis: the role of invasive cardiopulmonary exercise testing. Pulm Circ. 2015. 5(3):580-86.

129. Swigris, J, **Kradin, R** et al. (EXPLORE IPF Advisory Committee). Explore IPF: A survey evaluating patients and caregivers perspectives in idiopathic pulmonary fibrosis. 2015.

130. Kovach, A, Channick, R, Rodriguez, J, Wright, C, Vlahakes, G, **Kradin, R**. Thromboendarterectomy for Chronic Thromboembolic Pulmonary Hypertension: Insights from histopathological findings of surgical specimens. Integrat Clin Med. 2017. 1(1):1-6.

131. **Kradin, R,** Iafrate, J, Christiani, D. Pulmonary adenocarcinoma with epidermal growth factor receptor-mutations in asbestos exposed non-smokers: A case series. Amer J Ind Med. 2017. 60(3):306-309.

132. **Kradin, R**., Eng, G, Christiani, D. Diffuse peritoneal mesothelioma: 62 cases in asbestos-exposed individuals including paraoccupational exposures to chrysotile. 2017. Am J Indust Med. 60(11):963-967.

133. Taylor, MS, Chivukula, RR, Myers, LC, Jeck, WR, Tata, PR, O'Donnell, WJ, Farver, CF, Thompson, BT, Rajagopal, J, **Kradin, R.L**. Delayed Alveolar Epithelialization: A Distinct Pathology in Diffuse Acute Lung Injury. Am J Respir Crit Care Med. 2018. 197(4):522-524.

134. Taylor, MS, Chivukula, RR, Myers, LC, Jeck, WR, Waghray, A, Tata, PR, Selig, MK, O'Donnell, WJ, Farver, CF, Thompson, BT, Rajagopal, J, **Kradin, R.L**. A Conserved Distal Lung Regenerative Pathway in Acute Lung Injury. Am J Pathol. 2018. 188(5):1149-1160.

135. Lane RJ, **Kradin, RL**, Xia D, Buchan CA, Turbett S, Kotton CN, Mansour MK Malakoplakia in thoracic transplant recipients. Transplant Proc. 2019 Apr;51(3):871-874.

136. Shih, A, **Kradin, R**. Malignant mesothelioma in Lynch syndrome: A report of two cases and a review of the literature. Am J Indust. Med. 2019. 62(5):448-452.

137. Montesi, S, **Kradin, R,** Sharma, A, Ginns, L. Pulmonary pathologies in celiac disease. In preparation.

138. Massoth, L, Selig, M, Little, BP, Chebib, I, **Kradin, R.L.** Multiple calcifying fibrous pseudotumors of the pleura: ultrastructural analysis provides insight on mechanism of dissemination. Ultrastruct Pathol. 2019;43(4-5):154-161.

139. Emory, T, Maddox, M and **Kradin, RL**. Malignant Mesothelioma Following Repeated Exposures to Cosmetic Talc: A Case Series of 75 Patients. Am J Ind Med. 2020 Jun;63(6):484-489.

140. Hung, YP, Chen, AL, Taylor, MS, Huynh, TG, Kem, M, Selig, MK, Nielsen, GP, Lennerz, JK, Azzoli, CG, Dagogo-Jack, I, **Kradin, RL,** Mino-Knudson, M. Thoracic nuclear protein in testis (NUT) carcinoma: expanded pathological spectrum with expression of thyroid transcription factor-1 and neuroendocrine markers. Histopathology. 2021 May;78(6):896-904.

**Reviews, Chapters, and Editorials:**

1. **Kradin RL**. The role of monoclonal antibodies and molecular biology in pulmonary medicine. Pulmonary and Critical Care Update 1987:3:1-8.

2. **Kradin R**, Yamin R, Kurnick J. Immunological effects of adoptive immunotherapy with IL-2: An overview. Pathol Immunopathol Res 1988;7(6):434-441.

3. **Kradin R**, Kurnick J, Preffer F, Strauss W, Wong J, Bennett W. Tumor- infiltrating lymphocytes and Interleukin-2 in the treatment of advanced cancer. In: Biological Agents in the Treatment of Cancer. P. Hersey, Editor. Proceedings of the International Conference, Newcastle. 1990.

4. Kurnick JT, **Kradin RL**. Adoptive immunotherapy with recombinant interleukin 2, LAK and TIL. Allergol Immunopath 1991;19(5):209-214.

5. **Kradin RL**, Bhan AK. Tumor infiltrating lymphocytes. Lab Invest 1993;69(6):635-638.

6. **Kradin RL**. Review. Pulmonary Pathology - Tumors. (Dail DH, Hammar SP and Colby TV). New Engl J Med 1995;333(12):809-810.

7. **Kradin RL**. The pulmonary immune response to asbestos. Asbestos and Cancer. 1997. 16:1-6

8. **Kradin RL**. Review. Pathology of Occupational Lung Disease, 2nd Edition, Williams & Wilkins, Baltimore, MD, pp, 1-497, 1998.

9. **Kradin, RL**. Review. Thurlbeck's Pathology of the Lung. 3rd Edition. New York. Respiratory Care. 51:5, 2006

10. **Kradin, RL.** Pathology for Management of Infective Endocarditis in Infective Endocarditis in the Era of Intravascular Devices. J.L. Brusch Editor. 2007. Taylor & Francis. New York.

11. Novak, D. A., Lauwers, G.Y., **Kradin, R.L**, Dolson, D.J. Bacterial, parasitic, and fungal infections of the liver. Liver Disease in Children. Eds. Suchy, F.J., Sokol, R.J., and Balisteri, W.F. Lippincott Williams &Wilkins. 2007.

12. **Kradin, R**.L. Pathology of Aspergillus Infection. In Aspergillus: From Diagnosis to Prevention 2011.

13. **Kradin, R.L**. Imagination and Medicine. Eds. S. Aiszenstadt and R. Bosnak, Spring, Dallas.

14. **Kradin,** R.L. Fishman, J. Pathology of Viral Infections. In A Spencer's Pathology of the Lung. Eds. P. Hasleton and D. Flieder Kradin, R.L. 2012.

15. **Kradin, R**. Have you seen my servant Job: A examination of the transformative role of suffering. In Answering a Question with a Question? 2014. Academic Studies Press Boston.

16. **Kradin, R.L.** Review: R. <u>Whittaker's Anatomy of an Epidemic</u>. 2013. J Anal Psychol.

17. **Kradin RL**. Lung Disease. In: <u>Textbook of Consultation Liaison Psychiatry-Second Edition</u>. Greenberg, D., ed. American Psychiatric Press Inc. Washington, DC. 2014

18. **Kradin, RL**. Honeycomb Lung: Time for a Change. Archives of Pathol and Lab Med. In Press 2015.

19. **Kradin, RL**. Malignant Mesothelioma in Situ: A Controversial Diagnostic Entity: A Review. In Rare Diseases. In Press.

**Books, Monographs, and Textbooks**

1. Nagy JA, **Kradin RL**, McDonagh J. Biosynthesis of factor XIII A and B Subunits. Post-Translational Modifications of Proteins and Aging. (V. Zappia ed.) Plenum Publishers, New York 1987; 29-49.

2. **Kradin RL**. Adoptive immunotherapy with tumor infiltrating lymphoyctes. In: Therapeutic Applications of Interleukin-2. Atkins, Meir, eds. Marcell Dekker, Inc., New York. 1993. 217-231.

3. **Kradin RL**, Rodberg GM. The Immunoanatomy of the Lung. In: Diagnostic Immunopathology-Second Edition. Colvin RB, Bhan AK and McCluskey RT, eds. Raven Press, Ltd. New York 1995:155-177.

4. **Kradin RL**, Robinson BW. Immunopathology of Lung Disease. Butterworth, Boston; 1996.

5. Greenberg DB, **Kradin RL**. Lung Disease. In: Consultations Psychiatry. Wise MG and Rundell J, eds. Am Psych Assoc Press. Washington, D.C. 1996. 561-566.

6. **Kradin R**. Regulation of Dendritic Cell Recruitment and Traffic in the Lung. In: Lung Macrophages and Dendritic Cells. Lipscomb M, and Russell, eds. Marcel Dekker, Inc., New York. 1996:267-281.

7. Greenberg DB and **Kradin RL**. Lung Disease. In: Textbook of Consultation Liaison Psychiatry-Second Edition. Rundell JR and Wise MG, eds. American Psychiatric Press Inc. Washington, DC. 1996.

8. Malhotra A, **Kradin R**. The Pulmonary Immune Response to Asbestos. In: Sourcebook on Asbestos Diseases. 1997:16:1-16.

9. **Kradin RL**. Lung Disease. In: Textbook of Consultation Liaison Psychiatry-Third Edition. Rundell JR and Wise MG, eds. American Psychiatric Press Inc. Washington, DC. 1996.

10. **Kradin R**, Surman O. Psychoneuroimmunology and organ transplantation: The Transplant Patient: biological, psychiatric and ethical issues in organ transplant. Paula Trzepacz and Andrea Dimartini; eds. Cambridge University Press, Cambridge, United Kingdom. 2000. 225-274.

11. **Kradin, RL**. The Herald Dream. Karnac Press. London. 2006

12. **Kradin, R**. The Placebo Response. Routledge. London 2008

13. **Kradin, R.** The Surgical Pathology of Infectious Disease. W.B. Saunders. Philadelphia. 2010.

14. **Kradin, R**.L. and Fishman, J. *Viral Infections* in Spencer's Pathology of the Lung. Ed. D. Flieder 2010

15. Novak, D. A., **Kradin, R.L**, 2nd Edition 2014. Bacterial, parasitic , and fungal infections of the liver. Liver Disease in Children. Eds. Suchy, F.J., Sokol, R.J., and Balisteri, W.F.. Lippincott Williams &Wilkins.

16. Fraire, A and **R. Kradin, Eds**. 2014. Viral Diseases of the Lung. Springer

17. **Kradin, R.L.** The Pathologies of the Mind/Body Interface: Curious Domain of the Psychosomatic Disorders. 2012. Routledge. London.

18. **Kradin, R.** Understanding Pulmonary Pathology. 2016. Academic Press. Amsterdam.

19. **Kradin, R**. Out of Control: Apocalyptic Psychology in the Age of Trump. 2018. Amazon.

20. **Kradin R**. *Bacterial infections of the lung.*in Seminars of Diagnostic Pathology. 2017

21. **Kradin, R.** The Surgical Pathology of Infectious Disease**.** W.B. Saunders. Philadelphia. 2010.

22. **Kradin, R**. Unhealthy: Corruption and Malpractice and in the American Health System. 2022. Dallas. Defiance Press

**Letters to the Editor**

1. **Kradin R.** Letter to the Editor. La Caravella. Fall, 1994; p. 30.

2. **Kradin R**. Reply to Tauber. (Letter; Comment) Immunol. Today 1995; 16(2): 109.

**Case Records of the Massachusetts General Hospital and the New England Journal of Medicine (Selected)**

1. Make BJ, **Kradin RL**. Case Records of the Massachusetts General Hospital: Weekly clinicopathological exercises: Case 45-1983: A young man with a mass involving the lung, pleura, and chest wall. New Engl J Med. 1983. 309(19):1171-1178.

2. Seidman JM, **Kradin RL**. Case Records of the Massachusetts General Hospital: Weekly clinicopathological exercises: Case 23-1984: A 62-year-old woman with asthma and pulmonary infiltrates. New Engl J Med. 1984. 310(23):1518-1524.

3. **Kradin RL**, Mark EJ. Case Records of the Massachusetts General Hospital: Weekly clinicopathological exercises: Case 49-1984: A 64-year-old man with rheumatoid arthritis and cavitary pulmonary disease. New Engl J Med. 1984. 311(23):1496-1505.

4. Schoenbaum SC, **Kradin RL**. Case Records of the Massachusetts General Hospital: Weekly clinicopathological exercises: Case 18-1988: A 30-year-old man with bilateral pulmonary consolidation and cavitation. New Engl J Med. 1988. 318(18):1186-1194.

5. Gabor EP, **Kradin RL**. Correspondence: Case 28-1989: Pulmonary infiltrates and an axillary mass. New Engl J Med. 1990. 322(2):131.

6. **Kradin RL**, Mark EJ. Case Records of the Massachusetts General Hospital: Weekly clinicopathological exercises: Case 28-1989: A 65-year-old man with pulmonary infiltrates and an axillary mass. New Engl J Med. 1989. 321(2):102-110.

7. **Kradin RL**, Mark EJ. Case Records of the Massachusetts General Hospital: Weekly clinicopathological exercises: Case 39-1991: A 46-year-old man with fever, a cough, and bilateral pulmonary nodules. New Engl J Med. 1991. 325(13):949-956.

8. **Kradin RL**, Mark EJ. Case Records of the Massachusetts General Hospital: Weekly clinicopathological exercises: Case 1-1993: A seven-year-old girl with recurrent bouts of sore throat, cough, dyspnea, and fever. New Engl J Med. 1993. 328(1):48-55.

9. **Kradin RL**, Mark EJ. Case Records of the Massachusetts General Hospital: Weekly clinicopathological exercises: Case 23-1996: A 62-year-old woman with progressive dyspnea and diffuse reticulonodular pulmonary infiltrates. New Engl J Med. 1996. 335(4):266-273.

10. **Kradin RL**, Mark EJ. Case Records of the Massachusetts General Hospital: Weekly clinicopathological exercises: Case 20-1997: A 74-year-old man with progressive cough, dyspnea, and pleural thickening. New Engl J Med. 1997. 336(26):1895-1903.

11. **Kradin RL**, Mark EJ. Case Records of Massachusetts General Hospital: Weekly clinicopathological exercises: Case 32-1998: An 83-year-old woman was admitted to the hospital because of asthma complicated by pneumonia that was unresponsive to antibiotic treatment. N Eng J Med. 1998. 339:1144.

12. **Kradin RL**, Mark EJ. Case Records of the Massachusetts General Hospital: Weekly clinicopathological exercises: Case 06-2000: A 20-year-old man was admitted to the hospital because of back pain and hemoptysis. N Eng J Med. 2000. 342:572-578.

13. Nutman, T, **Kradin, R**. Case Records of the Massachusetts General Hospital: Weekly clinicopathological exercises: Case 1-2002. A 24-year-old woman with paresthesias and muscle cramps after a stay in Africa. N Eng J Med. 2002. 346:115-22.

14. Hajjar, R , **Kradin R**. Case Records of the Massachusetts General Hospital: Weekly clinicopathological exercises: Case 17-2002. A 55-year-old man with second-degree heart block and chest pain. N Eng J Med. 2002. 246:1732-38.

15. Gerberding, J., **Kradin, R.** . Case Records of the Massachusetts General Hospital: Weekly clinicopathological exercises: An 18-year-old man with respiratory symptoms and shock. Case 9- N Eng J Med. 2004. 1236-47.

16. O'Donnell, WJ, **Kradin, RL**, Evins, AF, Wittram, C. Case Records of the Massachusetts General Hospital. Weekly clinicopathological exercises. Case 39-2004. A 52-year-old woman with recurrent episodes of atypical pneumonia. N Eng J Med. 2004 351: 2741-9.

17. Rubin R. H., Gilman M. D, **Kradin, R.** L. Case Records of the Massachusetts General Hospital.: Case 1-2006. A 64-Year-Old Male Lung-Transplant Recipient with Fever, Cough, Hemoptysis, and Abdominal Pain 2006; 354:180-187.

18. Hurtado R. M., Sahani D. V**.**, **R.L Kradin**. Case Records of the Massachusetts General Hospital . Engl J Med Weekly clinicopathological exercises. Case 9-2006- A 35 year-old woman with recurrent right upper quadrant pain. N Engl J Med 2006; 354:1295-1303.

19. Ryan, E.T., Aquino, S.L., **Kradin, R.L**. Case Records of the Massachusetts General Hospital N Engl J Med Weekly clinicopathological exercises. Case 29-2007. A 51 year old man with gastric cancer and lung nodules. N. Eng J. Med. 2007. 357:1239-1246.

20. Harris, J.B. Michelow, I.C. , Westra, S.J., **Kradin, R.L**. Case 21-2008. An 11 month old boy with fever and pulmonary infiltrates. N Eng J Med 2008. 359:178-187.

21. Filbin, MR, Ring, DC, Wessels, MR, Avery, LI, **Kradin, RL**. Case Records of the Massachusetts General Hospital. N Engl J Med Weekly clinicopathological exercises. Case 2-2009. N Eng J Med. 360:281-290.

22. Kotton CN, Elias N, Delmonico, FL, **Kradin, RL**. Case Records of the Massachusetts General Hospital. N Engl J Med Weekly clinicopathological exercises. Case 2-2009. N Eng J Med. 360:2118-25.

23. **Kradin**, RL, Digumarthy, S., Bagisch, A., Mark, E.J. Case Records of the Massachusetts General Hospital. N Engl J Med Weekly clinicopathological exercises. Case 12-2010. N Eng J Med. 362: 1522-31.

24. **Kradin, RL**, Digumarthy SR, Mark EJ. Case records of the Massachusetts General Hospital. A 53-year-old man with chest pain and pleural effusion. 2012.

25. Heller HM, Wu CC, Pierce VM, **Kradin** RL. Case records of the Massachusetts General Hospital. Case 31-2013. A 29-year-old man with abdominal pain, fever, and weight loss. N Engl J Med. 2013 Oct 10;369(15):1453-61.

26. Chiappa, V, Chang, C, Sellas, M, Pierce, V, **Kradin, R.L**. A 45 year old man with a rash. Case 10-2014. N. Eng. J. Med, 2014, 370: 1238-48.

27. **Kradin, RL,** Fidias P, Digumarthy SR, Mark EJ. 64-yo-man with chest pain and pleural effusion. Case 17-2014. 2014, N Eng J Med. 370:2132-40.

28. Shenoy, ES, Lai PS Shepard JA, **Kradin, RL**. Case 39-2015 A 22-Year-Old Man with Hypoxemia and Shock N Engl J Med 2015. 373:2456-2466.

29. Mansour M.K., Ackman J.B., Branda J.A., **Kradin R.L**. Case 32-2015 A 57-Year-Old Man with Severe Pneumonia and Hypoxemic Respiratory Failure. N Engl J Med 2015; 373:1554-1564.