UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 1:23-cv-1528

SCOTT K. KELLER,

Plaintiff,

-vs-

EXXONMOBIL OIL CORPORATION f/k/a
MOBIL OIL CORPORATION,
Defendant.
________________________________/

Regus
3801 PGA Blvd.
Palm Beach Gardens, FL 33410

DATE: Thursday, February 22, 2024
TIME: 10:59 a.m. - 1:02 p.m.

DEPOSITION OF RICHARD KRADIN, M.D.

Taken on behalf of the DEFENDANT before Jennifer L. Bush, RPR, Notary Public in and for the State of Florida at Large, pursuant to Notice of Taking Deposition in the above cause.
Job No. 6460626

A P P E A R A N C E S

APPEARING ON BEHALF OF THE PLAINTIFF:

John E. Herrick, Esquire
Lane Andrae, Esquire
Motley Rice LLP
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
843-216-9000
Jherrick@motleyrice.com

APPEARING ON BEHALF OF THE DEFENDANT:

Dennis E. Vega, Esquire
Tanenbaum Keale LLP
100 Mulberry Street, Suite 1301
Newark, NJ 07102
973-242-0002
Dvega@tktrial.com



INDEX OF PROCEEDINGS

DEPOSITION OF RICHARD KRADIN, M.D.
DIRECT EXAMINATION BY MR. VEGA: 5
CROSS-EXAMINATION BY MR. HERRICK: 71
REDIRECT EXAMINATION BY MR. VEGA: 77

DEFENDANT'S EXHIBITS


| Number | Description | Page |
|---|---|---|
| Exhibit 1 | Report, Resume & Testimony List | 5 |
| Exhibit 2 | EPA 2016 Citizens Guide to Radon | 27 |
| Exhibit 3 | Fleischer/Drinker Study | 79 |




S T I P U L A T I O N S

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that the certification, sealing and filing of the within examination will be and the same are hereby waived;

IT IS HEREBY STIPULATED AND AGREED that all objections, except as to the form of question, will be reserved to the time of trial;

IT IS HEREBY STIPULATED AND AGREED that the within examination may be signed before any Notary Public with the same force and effect as if signed and sworn to before this Court.



WHEREUPON,

RICHARD KRADIN, M.D.,

called as a witness on behalf of the DEFENDANT, after having been first duly sworn, was examined and testified as follows:

THE WITNESS: I do.

DIRECT EXAMINATION

BY MR. VEGA:

Q. Good morning, Dr. Kradin.

A. Good morning.

Q. My name is Dennis Vega. I represent Mobil in this action.

You've prepared a report in this matter; is that correct?

A. I did.

Q. And I have a report here along with your resume, and it also has your list of testimony. We're just going to have this marked as Plaintiff's (sic) Exhibit Number 1.

(Defendant's Exhibit 1, Report, Resume & Testimony List, was marked for identification.)

BY MR. VEGA:

Q. Doctor, we're handing you what's been marked as -- I don't know if I said Plaintiff's Exhibit. I meant Defendant's Exhibit.

Is that your -- the report that you authored on January 4th of 2024?
A. It is.
Q. And the CV that's contained within Exhibit Number 1, is that your most recent resume?
A. Yes.
Q. And the list of testimony that's there, is that your most recent testimony?
A. I believe so, yes.
Q. On the last page -- it looks like these depositions or trial testimony are in chronological order; is that right?
A. Yes.
Q. And the very last page, which is page 26, last deposition there, is September 7th of '23. Do you see that?
A. Yes, this one needs to be updated. I have done depositions and trials since September of '23. I just need to update it.
Q. Okay.
A. I think Ms. Cashman has an updated copy.
Q. Who is Ms. Cashman?
A. She does my administration.
Q. How long have you worked with Ms. Cashman?
A. About five years.



Q. The date today is February 22nd. How many depositions have you done in the month of February?
A. I think maybe two or three.
Q. Have you done any trials this month?
A. I believe I may have done one.
Q. And where was that trial?
A. It was remote. I don't recall.
Q. Okay. Do you recall whether -- the state that the trial was from?
A. It was in Illinois.
Q. Okay. And do you recall the -- which firm retained you in that case, in that trial?
A. It was the Flynn firm.
Q. Okay. Does your report of January 4, 2024, contain all of your medical findings of Mr. Keller that you will offer in this case?
A. I believe so.
Q. Does your report contain all of the opinions that you will offer in this case?
A. That's hard for me to say. It depends on the questions I'm asked.
Q. Well, are there any opinions with respect to Mr. Keller that you think you have not offered in this report?
MR. HERRICK: Objection to the form.



THE WITNESS: I don't believe so. I think this is the gist of my opinions in my report.
BY MR. VEGA:
Q. Other than the publications cited in your five-page report of January 4, 2024, are there other publications that inform your opinions with respect to any of the opinions offered in your report?
A. Yes, and I brought some of them with me, so...
Q. And what are those?
A. They are cases with respect to low dose exposure to asbestos causing lung cancer and --
Q. Did you say, "case reports"? I didn't mean to interrupt you.
A. No, they are cases.
Q. Cases?
A. Case reference studies. So one is the Gustavsson paper, Low Dose Exposure to Asbestos & Lung Cancer from the American Journal of Epidemiology from 2002.
The other is the Olsson paper, O-L-S-S-O-N, in epidemiology from 2017: Exposure Response Analysis of Asbestos in Lung Cancer Subtypes.
Another is the Villeneuve, V-I-L-L-E-N-E-U-V-E, paper from 2012. It is entitled,



"Occupational Exposure to Asbestos and Lung Cancer in Men." In the British -- British Medical Center, I believe.
There is one here from Yano entitled "Lung Cancer Mortality from Exposure to Chrysotile Asbestos." That's in the British Medical Journal from -- I believe it's 2009. And that's what I brought with respect to asbestos.
I do have another paper here entitled, exposure -- no. Let me find it. Entitled, "Exposure to Secondhand Smoke and Risk of Cancer in Never Smokers: A Meta-Analysis in International Journal of Environmental Research and Public Health." First author is Kim. It's from 2018.
So those are papers that are not quoted in my report but I'm using as reliance.
Q. And when did you decide to use those papers as additional reliance?
A. Some time prior to this deposition.
Q. And when? Obviously, that was prior to this deposition but when?
A. Within the last week.
Q. And what prompted you to do that?
A. I just thought there was more papers in the literature that would be helpful than what was quoted in

Page 10

my report.
Q. Is there any reason why you didn't supplement your report at that time?
A. I wasn't asked to. In part, it was a response to the defendant's reports indicating that one requires a diagnosis of asbestosis to attribute any lung cancer to asbestos, and clearly there's substantial medical literature that would indicate that is not the case.
Q. And we'll get into that later but -- but that's not a new position, correct?
A. It is not a new position, but it was a position that was espoused by the defendant's experts, so I felt I needed to respond to that.
Q. Okay. Well, just for the record -- well, did you provide copies of those new studies to counsel?
A. I did not.
MR. VEGA: I'm going to move to strike any opinions resulting from these articles because they were not previously produced or part of his report.
All right. We'll proceed.
BY MR. VEGA:
Q. How much time have you spent in reviewing the materials outlined in your report?

Page 11

A. I would say probably in the neighborhood of eight hours.
Q. And other than the articles that you've -- you just told us about, the cases that you just told us about, is what's listed in your report on page 3 of your report, it says, "materials reviewed." Is that a complete list of the materials that you reviewed prior to authoring your report on January 4th?
A. Yes.
Q. And after authoring your report dated January 4th of 2024, you told us that you received additional information relating to this case, correct?
A. I did.
Q. And what was that?
A. I received the expert reports from the defendants, from Mark Wick and I think it was Dr. Wile.
Q. Did you look at any other expert reports?
A. No.
Q. And Dr. Kradin, as you are testifying, I see you have a laptop open in front of you. You are looking at your laptop?
A. I do.
Q. What is it you are looking at?
A. I have all the materials related to this case on my laptop.

Page 12

Q. Okay. And do you have any notes that you've prepared?
A. No.
Q. Okay. So what's in your laptop now are simply the materials that you've reviewed in this case?
A. Correct.
Q. With respect to the Mark Wick report, do you have any criticisms or critiques of Dr. Wick's report?
A. Just that he -- he suggested that the cause of Mr. Keller's mesothelioma lung cancer was not related to his asbestos exposure.
Q. Any other criticisms or critique?
A. That would be the major one.
Q. And what would be the minor ones?
A. That would be it.
Q. Okay. What about the report of Dr. Wile?
A. Same.
Q. What criticisms?
A. Same.
Q. That it suggests that the lung cancer was not related to asbestos?
A. He says in the absence of asbestosis, he cannot relate it to asbestos.
Q. Have we now discussed all the information

Page 13

that you've received and reviewed about this case after authoring your January 4, 2024, report in this case?
A. I believe so.
Q. In -- in the conclusion of your January 2024 report on page 5, you arrive at two opinions. And it says, "It is my opinion, to a reasonable degree of medical probability, that Mr. Keller's lung cancer was caused by his cumulative exposure to asbestos while serving in the Merchant Marines. I cannot exclude a contribution from secondhand smoke while living in his parents' house and while serving on the vessels."
Do you see that?
A. I do.
Q. Were you asked to opine -- opine on or quantify the relative role of asbestos and secondhand smoke in causing Mr. Keller's lung cancer?
A. I was not and there would be no way of actually parsing that out.
Q. And as you sit here now, do you have an opinion as to the relative contribution of asbestos or secondhand smoke in causing Mr. Keller's lung cancer other than there is no way of parsing that out?
A. I think he clearly was repeatedly exposed to asbestos while working 30 years in the Merchant

Marines with insulation materials.

His exposure to secondhand smoke is difficult to quantitate, but the two of them would probably work either in a multiplicative manner to increase his risk of developing lung cancer.

Q. Have you attempted to apportion how much of that 30-year time pertains to Mobil?

A. I have -- just from his service list. Many of the vessels that he was stationed on were Mobil vessels.

Q. When you say, many of his vessels, how sure are you about that statement, that many of his vessels that he served on -- that he was stationed aboard --

A. Once again, I have a vessel service history, and it lists a whole series of Mobil vessels.

Q. Are you aware that while he was -- while Mr. Keller was in the Merchant Marines, that he was aboard Maine -- the Maine maritime academy vessels for a period of four years?

A. Yes.

Q. Okay. And then he's with Mobil from '74 until '84, correct?

A. That's correct.

Q. During those ten years while he's with Mobil, are you aware that from '74 to '79 he's not aboard



steam vessels?

A. Yes.

Q. He's aboard diesel tugs, correct?

A. Correct.

Q. Significantly different quantity of asbestos or insulation materials on a tug versus a steam tanker?

A. It may be different, but I have no way of quantitating the difference.

Q. But you recognize that there is a substantial --

(Simultaneously speaking.)

(Reporter asks for clarification.)

BY MR. VEGA:

Q. You recognize that there is a substantial difference in the quantity of insulation materials aboard a steam tanker than aboard a diesel tug?

MR. HERRICK: Object to the form.

THE WITNESS: I recognize there is a possibility of differences, yes.

BY MR. VEGA:

Q. You also recognize that Mr. Keller denied any exposure while he was not on the tanker fleet with Mobil?

MR. HERRICK: Object to the form.



THE WITNESS: I think Mr. Keller was probably not aware that he was being exposed to asbestos. I think his recognition of asbestos-containing materials was -- probably under estimates his actual exposures.

BY MR. VEGA:

Q. So you said that you think and probably. So you don't know?

A. Well, there is no way of knowing except to say that I think during -- during the time frame in which he was stationed on these Mobil vessels, it's more likely than not that he would have been repeatedly exposed to asbestos-containing materials on all of the steam -- steam propelled vessels and even on some of the diesel propelled vessels.

Q. Sticking to the diesel, the diesel tugs, Mr. Keller himself said he was not exposed to asbestos aboard those?

A. Mr. Keller describes working with materials, but he's unaware apparently that they were asbestos containing.

Q. Are you also aware that one of those tugs was constructed in 1975?

A. I am.

Q. And what is the significance to you of a



vessel being constructed in 1975?

A. It may or may not have been constructed containing asbestos insulation.

Q. In fact, you are aware of Dr. Irving Selikoff, correct?

A. I am.

Q. Dr. Irving Selikoff published extensively on asbestos, correct?

A. Yes.

Q. You are aware of his publication where he talks about, if the vessel was constructed in 1975 or thereafter, it likely contained little or no asbestos, correct?

MR. HERRICK: I'll object to the form.

THE WITNESS: It may or may not have.

BY MR. VEGA:

Q. You cited it?

A. I cited what?

Q. You cited -- well, in your report. You cite to this book that I'm holding here by Ronald Dodson and Samuel Hammar, correct?

A. Yes.

Q. Second addition, Asbestos Risk Assessment Epidemiology and Health Effects?

A. Right. That doesn't mean I cited

everything in the book.
Q. You cited to Chapter 6 in this book, correct?
A. I believe I did.
Q. And in Chapter 6, there is a discussion -- Chapter 6 and Chapter 5, there is a discussion -- you cite to Chapter 5 and Chapter 6 of this book in your report.
In those chapters, they are talking about -- there is a discussion on vessels and they talk about Irving Selikoff and his findings with respect to 1975, correct?
A. Right, that may or may not be the case. Dr. Selikoff was an expert in his field, but he didn't know everything that was going on in terms of ship construction.
So it may be the case that some vessels did not contain asbestos. There may be vessels that did contain asbestos, depends on what degree the firms were -- the companies were in compliance.
Q. But the question is, a vessel constructed in 1975 would have little or no asbestos-containing insulation, correct?
MR. HERRICK: Objection to the form.
THE WITNESS: A vessel constructed in 1965



(sic) would have been less likely to have contained asbestos, but it doesn't -- it doesn't -- I can't say it did not contain asbestos.
MR. HERRICK: Doctor, I think you misspoke. You just said 1965.
THE WITNESS: No, '75 I said.
BY MR. VEGA:
Q. Have you seen the Asbestos Information Act submissions by various companies?
A. I've seen them at some point in my career, yes.
Q. You agree that the overwhelming majority of the manufacturers of exterior insulation discontinued manufacturing exterior insulation in the early 1970s?
A. They may have continued -- discontinued manufacturing it but it doesn't mean all its supplies were exhausted and weren't used.
Q. And that's correct. But by the time we get to 1975, the likelihood of the stores still being available of asbestos-containing material that had been discontinued for years already is somewhat remote?
A. No, we don't know what it is. We don't know.
Q. Well, do we know -- do you agree with me



this. The stores of asbestos-containing insulation are significantly less in 1975 than they are in 1970?
MR. HERRICK: Object to the form.
THE WITNESS: They would be less but we don't know that they've been exhausted. And we don't know they are not being used.
BY MR. VEGA:
Q. And that's not information that you have at your disposal, correct?
A. I don't have that information, nor do you.
Q. Are you testifying about what my knowledge is?
A. I'm saying that you wouldn't know anymore than I would.
Q. And -- and you say that because you don't know, correct, how much -- what the quantity of stores are?
A. I say that because no one knows what the quantity of stores are.
Q. Which includes you, correct?
A. That includes you as well.
Q. You like to say it includes me --
A. I don't want to argue with you. You don't know, nor do I.
Q. I'm not being deposed, sir. You are being



deposed. You gave an expert opinion and I'm only asking you --
A. My expert opinion is that nobody knows.
Q. Do you also know, sir, that in the final two years of Mr. Keller's employment with Mobil, he served aboard another tug?
A. Which tug?
Q. The Mobil 2?
A. Yep.
Q. All right. So -- for the ten years that Mr. Keller served aboard Mobil vessel, his first five years is on tugboats, correct, 1974 to 1979?
A. I don't know if they were all tugs or not.
Q. Well, if he testified that they were tugs, would you be believe him?
A. Yes.
Q. So the first five years he's on tugboats, correct?
A. If that's what he said.
Q. Okay. And then his last two years with Mobil he's on tugboats again, correct?
A. If that's what he said.
Q. So he's got three years of time on steam tankers with Mobil?
A. He's got three years of seven days a week,

Page 22

24 hours a day on ships that contained asbestos, yes.
Q. Well, ships that you think contained asbestos, but you don't know what quantity of asbestos, correct?
MR. HERRICK: Object to the form.
THE WITNESS: Once again, I don't think anyone knows with certainty.
BY MR. VEGA:
Q. And you also don't know what the fiber type of that asbestos was, correct?
A. Asbestos that would have been used and was used for insulation, for thermal insulation on pipes would have been both amphibole and chrysotile containing. The gaskets and packing that he would have worked with would have been chrysotile containing.
Q. And as you sit here today, you don't know the breakdown of how much of that insulation was chrysotile versus amosite, correct?
A. Once again, the thermal insulation on pipes would have been amosite and chrysotile. Gaskets and packing would have been chrysotile.
MR. VEGA: Move to strike as nonresponsive.
BY MR. VEGA:
Q. You don't know how much of that insulation was chrysotile versus amosite on the pipe insulation,

Page 23

correct?
MR. HERRICK: Object to the form.
THE WITNESS: I think I've answered you as best I can.
MR. HERRICK: What he's telling you is that insulation had both amosite and chrysotile in it.
MR. VEGA: I think that's what you just testified to but I don't think he said that.
MR. HERRICK: That's what he testified to.
MR. VEGA: I'm going to object to the speaking objections.
BY MR. VEGA:
Q. Do you know how much of the external insulation was chrysotile versus amosite?
A. Are you asking what percentage of the thermal insulation was chrysotile versus amosite?
Q. You testified --
A. No, I'm asking you, what are you asking me?
Q. I'm asking you however you can answer it and then we'll break it down.
MR. HERRICK: He's asking for an explanation of your question.
MR. VEGA: Okay. So here we go. Let's try this.

Page 24

BY MR. VEGA:
Q. Of all the asbestos that you testified is on these various vessels, some of which were constructed after -- in 1975, what percentage of that external insulation was chrysotile?
MR. HERRICK: Objection to the form.
THE WITNESS: I can only answer the way I did.
BY MR. VEGA:
Q. You didn't answer.
A. I did answer.
Q. No, you said that --
A. Maybe you don't like my answer but this is my answer. The answer is that the thermal insulation on pipes would have contained chrysotile and amosite. Gaskets and packing would have contained chrysotile.
What percentage overall that was, I don't -- I don't know and I'm not sure anyone knows.
Q. And you understand that there is a difference in the toxicity between chrysotile versus amosite, correct?
A. I understand that there is a general opinion that amosite is more carcinogenic than chrysotile. Both of them, however, can produce lung cancer. There is a substantial question as to what the

Page 25

relative difference is in terms of the carcinogenicity.
I can -- there is I think a reference in my report to the paper by Wong out of the NCI indicating there may be essentially no difference in the carcinogenicity. So no one really knows the relative risk in terms of exposure to each of the different types.
MR. VEGA: Okay. I'm going to move to strike any of the testimony with respect to Wong.
BY MR. VEGA:
Q. Why don't you take a look at your five-page report and tell me if you cite Wong in that report.
A. I may not have cited him in this report. But that is the case.
Q. You did not cite Wong, correct?
A. I did not cite Wong, but that is the case.
Q. What other substances or chemicals did you look at in order to arrive at your opinion that Mr. Keller's lung cancer was caused by asbestos and secondhand smoke?
MR. HERRICK: Object to the form.
THE WITNESS: I didn't look at any other contributing factors.
BY MR. VEGA:
Q. Were you asked to look at radon?
A. I wasn't asked to look at radon. I've seen

Page 26

a report with respect to the radon and Mr. Keller, shown to me this morning. It seems to show a very low level of radon in his home in Maine.

Once again, as Mr. Keller was in the Merchant Marines, I'm not sure how much time he actually spent in his own home.

Q. Are you aware that after smoking, radon is the next leading cause of lung cancer?

A. I'm aware that there is -- there is literature to that effect, but it's very difficult to ascribe lung cancer to radon since there is no specific marker that would indicate a radon exposure is the cause.

Q. Are you aware that in nonsmokers, radon is the leading cause of lung cancer?

A. Under hypotheses to that effect. I don't think anyone can actually prove that.

Q. These are hypotheses by the EPA and by basically every American organization, correct?

A. Yep, yep. I've never seen a case that's been -- never seen a case of lung cancer in 45 years of practice that was attributed directly to radon with any degree of confidence.

Q. And what do you base that on?

A. Particularly -- let me finish. Particularly in an individual whose radon level in his

Page 27

home was extremely low, which apparently was the case for the measurements done for Mr. Keller's house.

Q. Are you aware that according to the EPA, at 1.3 pCi/L you would expect to find two out of a thousand deaths related to radon?

A. I don't know if it's two. I don't know if it is closer to one. I'm not sure how they arrive at that number. But it's low, and it's lower than would be attributable either to asbestos or to secondhand or sidestream smoke.

Q. Are you aware -- let's mark this as Defense 2.

(Defendant's Exhibit 2, EPA 2016 Citizens Guide to Radon, was marked for identification.)

BY MR. VEGA:

Q. I'm going to ask that you close your laptop. If you want to use it to refer to something, you can; but I'd like the record to reflect when you are looking at your laptop, reading from your laptop as opposed to --

A. I'm trying to find out how to get out of my SOS mode on my phone.

MR. HERRICK: What is Exhibit Number 2?

BY MR. VEGA:

Q. I've handed you Exhibit Number 2 which is

Page 28

the EPA 2016 Citizens Guide to Radon. Do you see that?

A. Yes.

Q. And I'm going to direct your attention to page 12. On page 12, do you see that there are two tables on page 12?

A. I do.

Q. And the top table is -- if you've never smoked and the bottom one is if you've smoked, correct?

A. Yep.

Q. All right. So let's just start with the table on the bottom and the table on the bottom, it says, "If you've never smoked," which Mr. Keller says he's a never smoker, correct?

A. That's what he says, yes.

Q. On that table there, you said that you didn't know whether you would find two -- death of two -- excess deaths of two per every thousand.

Do you see on that chart that it says that 1.3 pCi/L, you would expect to have -- about two people could get lung cancer?

A. Well, I'm not sure how they arrived at that number, but it also says in that same table in terms of what to do, it says, "Reducing radon levels below two picocuries is really difficult." It is not really that far off from the baseline level that one finds in a

Page 29

normal home.

Q. Nonetheless, at 1.3 pCi/L, they would expect to have about two people getting lung cancer out of a thousand, correct?

A. I'm not sure that's based on empirical evidence or whether that's their estimation.

(Reporter asks for clarification.)

THE WITNESS: I said, I don't know how they arrived at that number. I don't know if it's based on empirical data or some type of estimation.

They say that the average, on page 7 of this report, they say the average indoor radon level is estimated to be about 1.3 picocuries.

BY MR. VEGA:

Q. And you have no, to use your phrase, empirical data to refute that 1.3 finding, right?

A. They don't present any empirical data either.

Q. I'm asking you whether you have empirical data?

A. I don't have any empirical data; and apparently, nor do they.

Q. EPA has studied this extensively, correct?

A. Yes, this is based on their estimations.

Q. Well, you said you didn't know whether it was estimations. You said you didn't know whether it was empirical data or estimations.
A. I've never seen empirical data on this topic.
Q. Okay. When is the last time that you researched empirical data on this topic?
A. Probably some time this year.
Q. And what did that research consist of?
A. Just looking through the internet on radon.
Q. Did you look through the EPA's website? Very extensive on this subject.
A. I think I've answered your question.
Q. I don't believe you have. Did you look at the EPA's website?
A. Yes, I looked at the EPA's website. I've not seen empirical data to support their calculations or their hypotheses about the incidents. I have not seen it. If you have it, I'd love to see it.
Q. I could literally fill the room with paper.
A. No, you couldn't. Not with empirical data.
Q. Okay. You said estimation. What estimations do you have to refute the findings in this report?
A. Again, I don't see any empirical data



presented. I don't see empirical data presented.
Q. I'm not asking you what you see here. I'm asking you what estimations are you relying upon to refute the information that's published the EPA?
MR. HERRICK: Object to the form.
THE WITNESS: I'm not refuting anything. I'm just saying it is based on their estimations.
BY MR. VEGA:
Q. Okay. On that same page 12, we looked at radon risk if you've never smoked. But in your report, you say that you cannot exclude a contribution from secondhand smoke while living in his parents' house and while serving on vessels, correct?
A. That's correct.
Q. And have you ever seen the Mobil oil tanker manual?
A. No, I have not.
Q. Do you know that the Mobil oil tanker manual has sections that prohibit smoking by its sailors?
A. That may be, but in -- some of the coworkers of Mr. Keller, they discuss the fact that there were people smoking in various portions of the ship. They may not have been compliant with regulations, but it was taking place.
Q. And as a pulmonologist, as a board



certified pulmonologist, you would agree that secondhand smoke, while he was residing with his parents who both smoked in the home and in the family car, was a significant injury to Mr. Keller, correct?
A. As I said in my report, both his -- both his exposures to his parents' secondhand smoke and to the secondhand smoke taking place on the vessels that he worked on would have been contributory.
Q. So if you look at the top chart on page 12 of Exhibit Number 2, they talk about radon risk if you smoke, do you see that?
A. They do. But again, this would be based on the individual who is a smoker. Mr. Keller was not a smoker.
Q. Right.
A. So this type of table would not apply to him unless they have a separate table that looks at radon and secondhand smoke which I don't think they do.
Q. And you would expect in your expert opinion as a pulmonologist, someone who suffers from secondhand smoke has more exposure than a nonsmoker, correct?
A. May have more exposure than a nonsmoker but I can't use this table to estimate anything.
Q. Would you say that someone exposed to secondhand smoke as a child for 18 years before he leaves



to go to -- he leaves to go to the Merchant Marines about the age of 20, so from birth to 20, during those formative years when his lungs are being formed, maturing, that you would expect those lungs to be closer to someone who smoked at least at that age when he was 20?
MR. HERRICK: Object to the form.
THE WITNESS: No, I can't come to that conclusion, I'm sorry.
BY MR. VEGA:
Q. And why not?
A. Because there is no evidence for it.
Q. Well, is there -- you cited an article, did you not, that you looked at today -- let me see if I can get -- of course it wasn't provided to me, but exposure to secondhand smoke in never smokers?
A. Again, if we can't talk about it here, then I can't talk about it, can I?
Q. But the point of that article is that there is some injury to secondhand smoke, right? That's why you put it in your report?
A. Right, but what does that have to do with your question?
Q. With my question is that this chart here on page 12 shows that there is an increase level of -- you

would expect 20 people to get lung cancer out of a thousand at 1.3 pCi/L, correct?

A. Once again, and I'm not going to say it anymore, okay, I cannot use this table because this table was used to estimate what the radon risk was if you were a direct smoker.

Q. Well, earlier you said it was on empirical data --

(Simultaneously speaking.)

THE WITNESS: If you were a direct smoker.

BY MR. VEGA:

Q. Sorry.

A. Okay. So don't ask me to try and guess what the contribution might be from secondhand smoke because that data is not available.

Q. Is it, in your expert opinion, is it fair to say that if you are looking on one side, never smokers who are exposed to radon, versus smokers exposed to radon, that you would expect Mr. Keller to fall somewhere in between those two ranges?

MR. HERRICK: Object to form.

THE WITNESS: He might but I don't know where he would fall, so I can't discuss it with any degree of medical certainty.



BY MR. VEGA:

Q. But you also don't know the level of asbestos exposure that Mr. Keller sustained, correct?

A. No, but I know that he was repeatedly exposed to asbestos.

Q. You know that based on what?

A. Based on everything I know about the merchant marine during the time that Mr. -- Mr. Keller worked there, okay. That those steamships in particular, okay, were heavily insulated. I think that's generally well known.

Q. Do you also know that Mobil underwent a program by which, when a vessel would come in in the 70s and external insulation was removed at the shipyard, that it was their policy that nonasbestos insulation be installed on the vessel?

MR. HERRICK: Object to form.

THE WITNESS: I don't have that information.

BY MR. VEGA:

Q. Would you expect that to be the case given that the stores of asbestos were diminishing after 1972?

MR. HERRICK: Object to the form.

THE WITNESS: I don't know that information.



BY MR. VEGA:

Q. Well, I want you to assume that that information is true. Would you expect that vessels by 1979 would have less asbestos-containing insulation than they did in 1970 if they were coming in on a yearly basis and asbestos was being removed and replaced with nonasbestos-containing insulation?

A. That's your hypothetical question?

Q. Yes.

A. If that's -- if that's your hypothetical, the answer is yes.

Q. Do you accept that radon is a carcinogen?

A. I would have to accept it based on the regulatory agency's opinions; but again, it is a difficult area in clinical practice to prove.

Q. But you've testified in the past that radon is a carcinogen?

A. That's what the medical literature says.

Q. And you agree with that medical literature?

A. I have no reason -- I have no basis to disagree.

Q. In the past, you have testified that there is a minimum threshold dose below which you can say with certainty that asbestos played no role in a person's lung cancer, correct?



A. The only level that I could testify with certainty would be the baseline level of ambient air which has never been shown to cause asbestos-related diseases.

Other than that, asbestos is a dose-response disease; and as you increase your exposure to asbestos, you risk developing lung cancer and other diseases increase. I don't know that there is a clear threshold that has ever been established.

Q. In your report, page 2, last paragraph, sentence beginning with "despite" which is on the right side of the page. Do you see that?

A. Uh-huh, yep.

Q. What is the significance of you writing "Despite estimates that the relative risk odd ratio of developing lung cancer following asbestos exposure doubled with exposures of 25 fiber years." What's the point of you saying that?

A. Those individuals who insisted that asbestosis is required or that levels of exposure to asbestos comparable to what appears to be required to produce asbestosis are necessary to attribute a lung cancer to asbestos use that number. But again, there is no scientific basis for that conclusion.

Q. But that's certainly well above background,

Page 38

correct?
A. It is well above background; but again as I go on to indicate here and in the other papers that we've discussed would show that one begins to see increased risk of developing lung cancer from asbestos from at least as low as two fiber per cc years.
Q. Which again is well above background, correct?
A. It is well above background, yes.
Q. Have you seen any calculation of Mr. Keller's actual asbestos dose?
A. I have not seen the calculation made. I'm not in the position to calculate his dose.
Q. And you also -- well, you recognize, when you look at Mr. Keller's 30 year merchant career, that after he leaves Mobil, he has two decades of sailing time aboard steam tankers, correct?
A. Yes.
Q. So you would expect that Mr. Keller's total go five a cc per year exposure as to Mobil is far less than his total as to all vessels, correct?
MR. HERRICK: Object to the form.
THE WITNESS: I would say his contribution from Mobil mixed up a portion of his total cumulative exposure to asbestos while in the

Page 39

merchant marine.
BY MR. VEGA:
Q. And we have basically three years of steam tanker, Mobil steam tankers over a 30-year career in the Merchant Marines, correct?
A. That may be the case, yes.
Q. You don't expect -- well, first of all, let me just make sure. Are you able -- I know you haven't done it, but are you able to calculate his fiber years of exposure aboard Mobil vessels?
A. I don't have the expertise to do that.
Q. Who would have the expertise to do that?
A. Industrial hygienist.
Q. Did you see the industrial hygiene report provided by plaintiff's counsel in this case?
A. I did.
Q. Did you see any indication of a dose reconstruction in that report?
A. I don't see any indication of it. Once again, because all dose reconstructions are at best guesstimates of what the actual exposures would have been.
Some industrial hygienists choose to make that guesstimate. Others do not. They just list the types of exposures and the well-above background levels

Page 40

of exposure that one might expect to be exposed to working in the merchant marine.
Q. Do you ever need absolute data on asbestos dose in order to attribute a lung cancer to asbestos exposure?
MR. HERRICK: Object to the form.
THE WITNESS: I don't think actual objective data is virtually ever available. So the answer is, based on taking a medical and occupational history, I don't need that. I do need a qualitative sense of the duration and intensity of exposures.
BY MR. VEGA:
Q. And you recognize that the intensity of exposures aboard a seagoing vessel are significantly less than say shipyard exposures?
A. I think the problem that you encounter with seagoing vessels, and I think this is addressed by Landrigan and Lemen in their papers is that individuals are living aboard those vessels 24 hours a day for the time period that they are on the vessels. So their overall exposure could be actually much higher than might be predicted.
Q. If no work is going on?
A. Even if work is not going on due to

Page 41

aerodynamic drift from work that was going on.
Q. And you cite to Lemen frequently, right?
MR. HERRICK: Object to the form.
THE WITNESS: Dr. Lemen has written many things, so I'm not sure what you mean.
BY MR. VEGA:
Q. In your expert reports, you cite to Lemen frequently, correct?
A. When I think it is appropriate to cite Dr. Lemen, I will cite him.
Q. Do you -- do you realize that some of the studies that Dr. Lemen relies upon, and especially for that proposition which you just said in terms of exposure while the vessel is ongoing, do you realize that some of those studies have serious flaws?
MR. HERRICK: Object to the form.
THE WITNESS: Which flaws?
BY MR. VEGA:
Q. Well, do you admit that if you are going to do a study on asbestos exposures, that you should actually only count asbestos fibers and not all total fibers?
MR. HERRICK: Object to form.
THE WITNESS: I'm not sure I understand your question.

BY MR. VEGA:
Q. As a doctor, if you are performing a blood -- if you are performing blood work and you are trying to measure a particular substance in the blood, you are looking for that particular substance, correct?
A. Correct.
Q. Common sense.
A. Correct.
Q. If you are looking for asbestos in a particular product and what the asbestos fiber release is, it is important to count the asbestos fibers as opposed to all the fibers, correct?
A. In theory, yes.
Q. Okay. Do you recognize or did you know that the IIT studies that Dr. Lemen cites in his report that you cited to, which by the way he improperly cites as ITT, count all fibers and not solely asbestos fibers?
A. Yep.
Q. Okay. And did you also know that in that study, they counted all fiber dimensions, even those under five microns, and they concluded that those were asbestos, did you know that?
A. I know that there is no magical reason to not count fibers that are less than five microns. Fibers less than five microns still have been shown to have



bioactivity. So the arbitrary cutoff of five microns is exactly that. It is arbitrary.
Q. Regardless whether it is arbitrary or not, when we arrive at whatever the permissible exposure level is at that time, if it was 0.1 or 2.0, we were only supposed to count fibers five microns or greater, correct?
A. Permission -- permissible exposure limits also do not limit the possibility of developing disease. So the permissible exposure limits are at some level also concocted and arbitrary. It is well known, even by regulatory agencies that after permissible exposure limits, there's still going to be incidence of disease.
MR. VEGA: Move to strike as nonresponsive.
BY MR. VEGA:
Q. Dr. Kradin, my question was, do you recognize that those PELs, you are only supposed to count fibers that are greater than five microns -- asbestos fibers that are greater than five microns in length?
A. For the PELs. But again, the PELs do not have a direct correlation or released are not safe with respect to the development of disease.
Q. I understand that's your opinion. My question is --
A. That's not just my opinion.



Q. Okay. It's -- putting that aside, you are only supposed to count asbestos fibers five microns or greater in length?
A. For determining a PEL, yes.
Q. The studies that Dr. Lemen relied upon did not do that though, correct?
MR. HERRICK: Object to the form.
THE WITNESS: I'd have to go back and look at all the studies. I'm not sure which studies you are referring to either.
BY MR. VEGA:
Q. I'm referring to the ones he cites as ITT but are actually IIT.
A. Okay. That may be the case.
Q. Mr. Keller had a pulmonary function test, also known as PFT, performed from at least 2013 through 2023, correct?
A. Correct.
Q. All of his PFTs were normal, correct?
A. Yes.
Q. Normal lung flow rates?
A. Yes.
Q. And what is the significance of that?
A. At the time of the testing, he had no evidence of obstructive defect. He did have asthma but



that would be periodic.
Q. He also had normal volumes, correct?
A. Yes.
Q. What is the significance of that?
A. That his lungs were normal in terms of lung volume.
Q. He had normal diffusing capacity, correct?
A. Correct.
Q. And what's the significance of that?
A. Diffusion of gasses across his lung membranes was normal.
Q. As a board certified pulmonologist and board certified pathologist, other than mesothelioma and lung cancer, can you list for us any other asbestos-related diseases or illnesses?
A. You could have asbestos benign pleural disease and you can have asbestosis which is the scarring disease of the lungs.
Q. With respect to -- yes, with respect to asbestosis, I want to discuss the PFT findings, the radiological findings, and the pathological findings associated with asbestosis. Let's just start with the PFT finding.
What PFT findings would you expect to find in someone that has asbestosis?

A. The earliest finding probably would be a diminished DLCO, diffusing capacity. And after that, you would expect to see restriction as the disease becomes more advanced.
Q. Fair to say that you didn't find any diminished DLCO or restriction?
A. We've just gone over the fact that his PFTs were normal.
Q. Okay. So that's yes -- that's no, you did not find any diminished DLCO?
A. Right, because all of these -- all these variables were normal.
Q. Okay. What about with respect -- what radiological findings would you expect to find in someone that has asbestosis?
A. Primarily you'd expect to see an increased level of densities, reticular nodule densities throughout the lungs, primarily in the lower lung zones.
Q. Did you find any increased densities in the lower lungs of Mr. Keller?
A. I didn't review his chest X-rays but by report, no.
Q. What pathological findings would you expect to find in someone that has asbestosis?
A. You'd expect to find evidence of



intrastitial fibrosis together with asbestos bodies.
Q. In Mr. Keller's pathology which you reviewed, correct?
A. I did.
Q. There were a total of 50 slides?
A. Correct.
Q. Did you find any evidence of intrastitial fibrosis?
A. I did not.
Q. Did you find any evidence of asbestos bodies?
A. I did not.
Q. Now, when you said "benign pleura disease," would that be things like pleural plaque and pleural thickening?
A. Yes.
Q. Do you look at pleural plaques and pleural thickening as the same thing or are those two different things to you?
A. Two different things.
Q. With respect to pleural plaques, what PFT findings would you expect to find?
A. Generally once -- PFT findings, if there are any, there would be restriction.
Q. What radiological findings would you expect



to find with someone with pleural plaques?
A. You'd expect to see calcified pleural plaques or noncalcified pleural plaques.
Q. With Mr. Keller, did you see any such calcified or noncalcified pleural plaques?
A. I did not.
Q. What pathological findings would you expect to find in someone with pleural plaques?
A. You would expect to see foci cellular hyaline thickening that's localized within the pleura. Usually in the parietal pleura but you can see it to some extent on the visceral. The parietal pleura wasn't sampled in this case.
Q. Just going to pause a minute. I know I need help with the spelling.
MR. VEGA: MR. VEGA: Did you get all that spelling? Okay. Good.
BY MR. VEGA:
Q. You gave several things in that answer.
Which of those did you say was not done in this case?
A. The parietal pleura was not sampled.
Q. And why do you think the parietal pleura was not sampled?
A. Because it's generally not sampled unless



they feel there is an indication to sample.
Q. So the fact that it was not sampled likely means that there were no pathological findings to be had with respect to the parietal pleura?
A. I can't speculate as to why they didn't sample it but that's one possibility.
Q. With pleural thickening, what would you expect to find -- what would the PFT finding be on someone with pleural thickening?
A. Generally there would be minimal findings, if any. If it's severe, you'd see restriction.
Q. What are the radiological findings of someone with pleural thickening?
A. There would be diffused pleural thickening on the radiograph.
Q. Diffused pleural thickening was not found. Mr. Keller did not have diffuse pleural thickening on -- radiologically, correct?
A. Not to my knowledge.
Q. What are the pathological findings for pleural thickening?
A. It would be diffuse scarring of the pleura.
Q. Did Mr. Keller have diffused scarring of the pleura?
A. Not in the samples that I reviewed.

Page 50

Q. You've written on smoking-related intrastitial fibrosis, correct?
A. I have.
Q. And I saw two articles. Have you written more than two articles on smoking-related interstitial fibrosis?
A. No.
Q. What PFT findings would you expect to find in someone who had smoking-related interstitial fibrosis?
A. Most of those individuals will have a decreased DLCO. They'll also generally have evidence of obstruction and maybe some degree of restriction.
Q. And what is the significance of someone with smoking-related interstitial fibrosis?
A. In smokers, it would be evidence that, again, that interstitial scarring was due to smoking, not due to some other etiology.
Q. What are the radiological findings that you expect to find with someone with smoking-related interstitial fibrosis?
A. Most of them will have a combination of emphysematous changes as well as interstitial scarring within the lung.
Q. In -- did you see any emphysematous changes with interstitial scarring in any of Mr. Keller's films?

Page 51

A. No, I did not.
Q. What pathological findings would you expect to find in someone with smoking-related interstitial fibrosis?
A. As I just mentioned, you'd expect to see evidence of central emphysematous and interstitial fibrosis.
Q. Are there any other smoking-related diseases that you are aware of other than smoking-related interstitial fibrosis and lung cancer?
A. There is emphysema. There is chronic bronchitis. There is Langerhans cell histiocytosis.
Q. And rather than go through the PFT findings, radiological findings, and pathological findings for these three that you mentioned, there's no evidence that Mr. Keller was ever diagnosed with emphysema, correct?
A. Correct.
Q. Did you notice in Mr. Keller's medical records whether he ever suffered from chronic bronchitis?
A. I think there was a note by the surgeon he thought the airways were inflamed at the time of bronchoscopy, but there was no clinical evidence to my knowledge of chronic bronchitis.
Q. And do you agree with that then, that he

Page 52

was never -- he was never diagnosed with chronic bronchitis?
A. He was diagnosed with asthma which can be very difficult to distinguish at times from the changes in the airways from chronic bronchitis.
Q. In your years of practice, is asthma a common finding amongst children who live with smokers?
A. It may or may not be.
Q. Have you seen cases -- well, what percentage of cases, if you can, have you seen in children with asthma whose parents are not smoking?
A. Majority of individuals with asthma have atopic or allergic asthma that is unrelated to cigarette smoke.
Q. The Langerhans cell histiocytosis, did you see any evidence that Mr. Keller was ever diagnosed with that?
A. No.
Q. Okay.
(A brief recess was taken from 12:07 p.m. to 12:12 p.m.)
BY MR. VEGA:
Q. Doctor, let's talk about the underlying -- the need for underlying asbestosis. We started talking about this earlier.

Page 53

You admit that there is a legitimate debate within the scientific and medical community as to whether lung cancer can be attributed to asbestos exposure in the absence of asbestosis, correct?
MR. HERRICK: Object to the form.
THE WITNESS: I'm going to put it this way. There is a debate. I don't think it is a legitimate debate. That's my opinion.
Based on the fact that this is -- everyone would agree this is a dose-response disease and there is no indication to suggest that one needs to have some threshold as high as 25 fiber per cc years before one encounters cases of lung cancer.
MR. VEGA: I'm going to move to strike as nonresponsive.
BY MR. VEGA:
Q. You agree that there is a legitimate debate?
A. No, I've just told you, I agree there is a debate. I don't think it is legitimate.
Q. Okay. Do you agree that there are many scientists and medical practitioners on both sides of that debate?
A. I would say that the only time I've seen that argument made has been from defense experts.

Page 54

Q. Okay. And quite frankly, on the defense side, we can say that the only time that we see that debate is from the plaintiff's experts like yourself, correct?

A. I would say that if you go through the medical literature and you go to the regulatory agencies in this country, we've discussed some of them today, they would all agree that one does not require asbestosis in order to attribute a lung cancer to asbestos exposure.

Q. And the point is, there are significant studies that hold the opposite view that you need underlying asbestosis in order to attribute the lung cancer to asbestos exposure, correct?

MR. HERRICK: Object to the form.

THE WITNESS: There are studies of that nature.

BY MR. VEGA:

Q. Okay. There is also a legitimate debate within the scientific and medical community that you need a certain level of fiber years of exposure to asbestos in order to attribute asbestos exposure as a cause of the lung cancer, correct?

MR. HERRICK: Object to the form.

THE WITNESS: The argument that's been made is that if you don't have asbestosis, that you

Page 55

need the equivalent of the types of exposure that one sees to develop asbestosis.

Even for asbestosis, there is literature that would indicate, as you might expect, it's also a dose-response disease and one begins to see evidence of pulmonary fibrosis related to asbestos in much lower levels than 25 per fiber per cc years.

BY MR. VEGA:

Q. So that's a yes?

A. I don't know.

Q. There is a legitimate debate within the medical and scientific community with respect to the level of fiber years of exposure to asbestos, you need to attribute that lung cancer -- to attribute that lung cancer to asbestos exposure?

MR. HERRICK: Object to the form.

THE WITNESS: I think there is a debate as to whether enough -- there may be a threshold that needs to be reached to develop asbestosis. Whether it is a legitimate debate about the types of levels of exposure that have been indicated in some literature, that I'm not sure is a legitimate debate.

Page 56

BY MR. VEGA:

Q. Within the fiber years of exposure -- school of thought that we're talking about here -- there is also a wide ranging debate on the level of fiber years that are needed to attribute asbestos exposure to the cause of lung cancer, correct?

A. Yes.

Q. In a recent report published December 2023, they found that the range of best estimate for no observed adverse effect levels was estimated to be 97 to 175 fiber cc years for lung cancer, correct? Are you aware of that study?

MR. HERRICK: Object to the form.

THE WITNESS: 97 to 100 and --

BY MR. VEGA:

Q. 75.

A. Fiber per cc years?

Q. Yes.

A. I've not seen that study. That's extraordinarily high. Not even people who argue for asbestosis would suggest that it needs to be that high. But again, I haven't seen the report, so I'm not sure what you are telling me is accurate.

Q. Have you seen any of the evaluations -- well, are you aware of the term NOAEL, N-O-A-E-L, no

Page 57

adverse -- no observed adverse effect levels?

A. Yes.

Q. Okay. And so if there is an updated NOAEL, an updated evaluation of reported no observed adverse effect levels for chrysotile, amosite, and crocidolite asbestos for lung cancer and mesothelioma published December '23 --

A. By whom?

Q. Published by Evan Beckett, Anders Ableman, Benjamin Roberts, Ryan Lewis.

A. For what?

Q. Drew Cheatham, Eric Miller, Ethan Hall, and Jennifer Pierce.

A. Never heard of any of them. Where are they from?

Q. From Benchmark.

A. What's that? Is that a university?

Q. Have you seen what no adverse -- no observed adverse effect levels have you seen?

A. For what?

Q. For asbestos? For asbestos for lung cancer?

A. For lung cancer, as I said, one begins to see elevations in the reported level of lung cancer at levels that are less than two fiber per cc years. One

reaches statistical significance at two fibers per cc years. This one might expect it increases with the dose beyond that.

Q. And you will agree that your two fiber cc years is on the low side, correct?

MR. HERRICK: Object to the form.

THE WITNESS: Low side of what?

BY MR. VEGA:

Q. Just the low range. I gave you a range from that report. December of '23 of 97 to 175 fiber cc's. You've countered with two fiber cc's. I'm assuming you are countering with two fiber cc's; that's on the very low side, correct?

MR. HERRICK: Object to the form.

THE WITNESS: With respect to the number that you are giving me, yes. But that's an absurdly high level.

BY MR. VEGA:

Q. But in your report, you have 25 fibers per cc years and then you also try to reduce that by then saying two fiber cc's. So it's -- your two fiber cc is on the very low side if we take that range from two fiber cc's to 175 fiber cc's, correct?

MR. HERRICK: I'll object to the form.

THE WITNESS: I'm not reducing anything.



I'm telling you the medical literature, some of which I cited here today, shows that there's dose-response disease and one begins to see increases, even at less than two fiber per cc's, but they reach clinical significance at two fiber per cc years.

BY MR. VEGA:

Q. And despite that, you don't know how many fibers cc years Mr. Keller has during his time at --

A. I do not.

Q. -- Mobil?

Now, where we should have no disagreement is -- well, you acknowledge there is disagreement whether you need asbestosis or you don't need asbestosis to attribute lung cancer to asbestos exposure, correct?

A. There is disagreement between myself and the regulatory agencies and virtually all of the scientific institutions in this country and your defense experts.

Q. It's just a yes-or-no question.

A. Well, that's my answer.

Q. There is disagreement whether you need asbestosis to attribute the lung cancer to asbestos, correct?

MR. HERRICK: Object to the form.



THE WITNESS: There is disagreement based with --

BY MR. VEGA:

Q. It's a yes or no.

A. There is disagreement, yes.

Q. Okay. Where the defense and the plaintiffs' experts all agree, if you have asbestosis, then you can attribute that lung cancer to asbestos, correct?

MR. HERRICK: Object to the form.

BY MR. VEGA:

Q. There is agreement on that point, correct?

A. We would all agree with that.

Q. With respect to the fiber years, there is disagreement with respect to how many fiber years you need to attribute a lung cancer to asbestos exposure, correct?

A. Apparently, yes.

Q. Based on the report I just gave you with the fiber years ranging from 97 to 175 fiber cc's per year, there is disagreement amongst the group, correct, as to how much you need?

MR. HERRICK: Object to the form.

THE WITNESS: Yeah, I'm going to object because, again, the number -- the number that you



are quoting me from this paper that I've not seen is way out of line with anything that's in the rest of the medical literature. And if that were the case, there would virtually be no diseases caused by asbestos.

BY MR. VEGA:

Q. Well, the question is: There is a disagreement amongst the group as to what level of fiber cc years you need to attribute the lung cancer to asbestos?

MR. HERRICK: Object to the form.

THE WITNESS: Well, once again, if you are going to use the paper that you just quoted to me, I would say those people may not be in the group, okay. So maybe they just need to be disregarded altogether.

BY MR. VEGA:

Q. Well, even if -- even if we're talking about, based on your report, of two fiber cc years to 25 fiber cc years, there is disagreement amongst the experts, the medical and scientific community, as to what that precise number is, correct?

MR. HERRICK: Object to the form.

THE WITNESS: I would say that there is disagreement because the precision of the number I

Page 62

think has not been established.

BY MR. VEGA:

Q. Okay. But where there is agreement on all sides is if you get above that 175 fiber cc years, you can attribute that lung cancer to asbestos exposure, correct?

MR. HERRICK: Objection.

THE WITNESS: I think very few human beings get to that level of 175 fiber per cc years and probably at that level it could cause diseases that we've not seen before as well. That's how ridiculous that number is.

BY MR. VEGA:

Q. How would you compute to get 25 -- to get 25 fiber cc's per year in a 30-year or 40-year work, you tell me how you want to do it. What would be the -- what would the yearly exposure that you would expect to see?

A. Simply for one fiber per cc, exposure over the course of a year for 25 years would be a 25 fiber per cc year.

Q. So -- and you are saying that one fiber cc per year for 25 years gets you to 25 fiber cc?

A. Right.

Q. So you are saying it's --

A. Or two fiber per cc years for 12 years

Page 63

would get you to 24 per fiber cc year.

Q. Right. But just using your one fiber per year for 25 years gets you 25 fiber cc's. So you are saying it's outlandish for someone to have three fiber cc's per year for 25 years which would get you to 75 fiber cc's year?

A. It is not outlandish, but it would be very high. It's higher than most of the levels being reported by Selikoff for the insulator cohorts and to say that there is no disease that's detected below that level is just ridiculous.

Q. Have you seen any of the depositions in this case -- other than the plaintiff's deposition, have you seen the deposition of Mr. Corbin, Troy Corbin?

A. No.

Q. Going to your report, page 3 of your report, you cite -- you cite an article. I hope I'm not butchering the author's name, Saami, et al., Cancer at sea: A case-control study among male Finnish Seafarers.

A. Yes.

Q. In that report -- that study, there is no information in that study with respect to smoking histories, correct?

A. Not -- I don't have the report in front of

Page 64

me. I don't recall. I don't think so but I don't recall.

Q. That study also pertains to individuals who were seafarers in the 1940s, 50s and 60s, correct?

A. Correct.

Q. And that is an entirely different time period from when Mr. Keller sailed, correct?

A. Well, I'm not sure it is a entirely different time period. There was still asbestos insulation aboard ships in that period, particularly on the steamships. We've gone through this, so I'm not sure what you mean by "entirely different time period."

Q. Well, asbestos was widely used in the 40s, 50s and 60s, correct?

A. Yes.

Q. In the 70s?

A. It was still being used in the early part of the 70s for indeterminant period beyond 1972.

Q. And it was being used on a yearly basis with decreasing frequency, correct?

MR. HERRICK: Object to the form.

THE WITNESS: We've established that, yes.

BY MR. VEGA:

Q. The time period discussed in the Saami study was when asbestos was used throughout, correct?

Page 65

A. Yes.

Q. And Mr. Keller's time not so much, correct?

MR. HERRICK: Object to the form.

THE WITNESS: Perhaps.

BY MR. VEGA:

Q. All right. You also don't know the types of vessels at issue in Saami, correct?

A. That's correct.

Q. Whereas with Mr. Keller and when he's serving aboard the Mobil vessels, we know that more than half of his time on Mobil vessels was on diesel powered tugboats, correct?

A. Apparently.

Q. We also don't know what the engineering controls are of these Finnish seafaring vessels, correct?

A. I don't know. That's correct.

Q. For instance, according to the US Coast Guard, you need to have about 40 air exchanges per hour in the engine room. You don't know if the Finnish vessels had the same level of air exchanges per hour, correct?

A. I don't know. It is not my area of expertise. But someone may know.

Q. You then also -- when you talk about shipyards and Naval vessels, Mr. Keller -- at least the

exposures with respect to Mobil, have nothing to do with Naval vessels, correct?
A. Well, they are not Naval vessels but they are vessels.
Q. Do you understand there is a significant difference between US Naval vessels and US merchant vessels?
MR. HERRICK: Object to the form.
THE WITNESS: Depending on the vessel, there could be, yes.
BY MR. VEGA:
Q. Do you understand that US Naval vessels, because they are built for wartime, they have a lot of redundancy?
A. Yes.
Q. And for instance, if one of the turbines or one of the boilers blows out, they want to make sure that they have another one ready to go because they are fighting in a war, correct?
A. That's correct, yes.
Q. And these boilers and turbines, there are two to four times as many on a Naval vessel as there are a merchant vessels, correct?
MR. HERRICK: Object to the form.
THE WITNESS: That's likely correct. But


again, this is beyond my area of expertise.
BY MR. VEGA:
Q. So any studies -- and I understand that and I appreciate you saying that.
But when you cite to Fleischer and to Harries, those were Naval studies, correct?
A. Yes.
Q. Those were Naval studies done on Naval shipyards, correct?
A. That's correct.
Q. And so the levels of asbestos that would be found in those studies are orders of magnitude higher than you would find on a US merchant vessel and certainly a US merchant tugboat, correct?
A. That may be, yes.
Q. The -- you also cite the Tagnon study.
A. Yeah.
Q. That study deals with mesothelioma, correct?
A. Yes.
Q. Not with lung cancer?
A. Correct.
Q. And that study involves the shipbuilding industry, correct?
A. Yes.


Q. Mr. Keller was not in the shipbuilding industry, correct?
A. That's correct.
Q. Additionally, the Tagnon study, although it is taking a look at the incidences of mesothelioma among white males in Virginia from '72 to '78, the years that those individuals worked in the shipyard was from 1940s, to 1960s, correct?
A. Correct.
Q. Do you know whether radon is a dose-response -- has a dose-response relationship with respect to lung cancer?
A. It does.
Q. Do you know what the minimum level of exposure to radon is required to attribute the radon to lung cancer?
A. Once again, I think my understanding is that the average level of radon in the house is somewhere in the neighborhood of 1.3 picocuries. And so it would be some level above that.
Q. And are you aware that the level of radon found in Mr. Keller's home was 1.8?
A. Yes, but that would still be extremely low.
Q. And are you aware that Mr. Keller lived in EPA red zones the majority of his life?


A. Once again, I don't have that information.
Q. And Mr. Kradin, when is --
A. It's Dr. Kradin.
Q. Dr. Kradin, my apologies.
When is the last time you testified on behalf of the defendants?
A. It would be sometime within the last five years, three years.
Q. And that was for Avondale?
A. Avondale Shipyards, yes.
Q. Other than Avondale Shipyard, which is basically like a plaintiff's firm down in that area --
A. It is not a plaintiff's firm.
Q. I know it is not. But a --
A. If you want to characterize it as a plaintiff's firm, that's your business. It is not a plaintiff's firm.
Q. Other than Avondale Shipyard that points fingers at every single defendant in the litigation down there, have you testified on behalf of any other defendant?
A. Once again, I -- I'm not sure I take your characterization of the firm to be accurate but the answer is no.
Q. Okay. And when is the last time you


Priority-One Court Reporting Services Inc. – A Veritext Company
718-983-1234

computed how much you earn from your expert work?
A. Only do it each year when I report my taxes.
Q. Okay. And so have you done it for 2023 yet?
A. I have.
Q. And what was that number?
A. Around 450,000.
Q. And what percentage of your total income is that?
A. At this point, other than social security, it's the -- it's all of my professional income.
Q. And what about in 2022? Do you know --
A. It would be roughly the same.
Q. What is the most you've earned in one year from your expert testimony?
A. In that range.
Q. And how long have you been earning in this range for your expert testimony?
A. Probably at least ten years.
Q. How many cases a year would you say you do for Avondale Shipyard?
A. Avondale? This year I did none.
Q. Last year?
A. None.



Q. I'm going to look over my notes. Those are all the questions I have for you at this time.
A. Thank you.

CROSS-EXAMINATION

BY MR. HERRICK:
Q. Let me ask a few, if I might. I want to follow up on that. I didn't realize that you had done work with Avondale Shipyard, although you did testify in cases that I had that were also pending, or you at least gave a deposition in the cases I had pending against Avondale Shipyard which were Marsh and Hutchins cases, I think, from 2023?
A. Yeah. He asked which cases I've done for Avondale Shipyard.
Q. Correct. In my work of those cases where Avondale Shipyard was a defendant, I read a deposition from their director of insulation contracting. I can't remember what his name was. He was the head of the insulation department, was deposed in 1983. And he indicated that up until the early 1980s, Avondale was still installing asbestos thermal insulation on board ships.
Were you familiar with that testimony by him?
A. I haven't seen that testimony, but I have



encountered testimony of that ilk, that there was continued use of asbestos beyond the imposition of bans of asbestos use.
Q. You were asked some questions about the Navy ships, and I think the premise of counsel's questions was there is a lot more asbestos insulation on board those ships because those ships were being designed for wartime activities and that sort of thing.
I just want to ask you this question. You are familiar with Dr. Victor Roggli?
A. Yes.
Q. And you are familiar with the fiber burden analysis he's done with respect to mesothelioma cases that he's reviewed, correct?
A. Yes.
Q. I think he did -- some years ago, I think it was a reflection on 1,445 cases and what we have learned about that.
Are you familiar with that generally?
A. Yes, I am.
Q. And you understand then that Dr. Roggli lumps Navy and Merchant Marines together for his exposure groups?
A. Yes.
Q. And I've asked him this in deposition.



He's told me the reason for that is when he looks at the lung tissue and the amount of asbestos in their lungs, he can't see a difference between Navy men and merchant mariners.
MR. VEGA: Objection to form. Leading. Misstates.
THE WITNESS: Once again, I can't comment on what Dr. Roggli actually told you. If that's what he said, that's what he said.
BY MR. HERRICK:
Q. And that would indicate one of two things. I mean, if you assume that that's true, it would indicate one of two things.
Either one, there wasn't a significant difference between the amount of asbestos used on the two different vessels; or two, that the United States Navy kept asbestos on their vessels in a much better state of repair than was the case of the Merchant Marines. One of those two has to be true, right?
MR. VEGA: Objection to form. And I don't recall Roggli was cited in his materials.
THE WITNESS: Well, I think you can make a distinction between the amount of asbestos-containing materials on board a Naval ship and a merchant marine ship.

But in terms of the actual exposure of individuals working with those materials, I think that's a different category.

So if you are working with insulation directly, albeit whether you are on a Naval ship or Merchant Marines ship, your exposure is likely to be comparable.

BY MR. HERRICK:

Q. I want to ask you a question about the discussion we had about fibers per cc years.

A. Yes.

Q. I think the example you gave to counsel was that if you were exposed to one fiber per cc a day over the course of one year, that would be one fiber per cc year?

A. Correct.

Q. But the calculation is really based on an eight-hour day?

A. That's correct. So the calculation is based for the PEL, which is an eight-hour day; and as I've mentioned several times in this deposition, if you are working in the Merchant Marines and you are on board a ship 24 hours a day, the eight-hour PEL doesn't apply because your exposure is going to be fairly continuous during the time period.



Q. And how does that continuous exposure, if at all, how does that differ between somebody who goes in to say their plant, works their eight-hour shift, leaves, goes home, has, you know, 16 hours -- am I doing that right? 16 hours off, and then returns the next day, how does that work physiologically versus the Merchant Marines you say are in the environment 24 hours a day for weeks at a time?

MR. VEGA: Objection to form. Beyond his expertise.

THE WITNESS: I didn't say that. If -- it's common sense, if you are exposed continuously over a 24-hour period, that your exposure is going to be higher than it would be over an eight-hour period. So it may be some multitude of factor, probably not three times as high, but some number greater than the eight-hour period.

BY MR. HERRICK:

Q. Is there any benefit to that worker who is doing ship work, not in the Merchant Marine environment, of having those periods of nonexposure?

A. There may be physiological benefits. You know, I don't think this -- it's ever been studied, so I'm speculating, but you may have times when you are away from that continuous exposure to mobilize some of the



fibers through the defense mechanisms of the lung.

Q. The articles that you've cited at the outset of your deposition, Gustavsson, Olsson, Villeneuve, Yano and Kim, did any -- did your review of any of those articles change any of the opinions or conclusions you expressed in your report?

A. No, they just substantiate them.

Q. I want to ask you about this too, just because I have to.

You were talking with counsel about the radon risk if you smoke chart here in Exhibit Number 2, and the radon exhibit -- excuse me -- radon risk if you never smoked.

Do you see those two generally?

A. Yes.

Q. If these folks were -- who made this chart, were putting Mr. Keller in one of these categories, which would they put him in?

A. Probably in between over there. I don't know where they would put him. In terms of -- in terms of this type of study, he would be in the never smoker category.

Q. Never smoker is defined as what?

A. As someone who reports that they've never been a smoker. Unless they are doing a specific study



looking at secondhand or sidestream smoke, he would be classified certainly as a never smoked.

Q. Is there anybody over the age of 67 years old who is a never smoker or never been exposed to sidestream smoke?

A. I don't believe so. And again, even when we take a clinical history of a smoking history, we generally don't ask about secondhand smoke.

MR. HERRICK: Those are the questions I have at this point.

MR. VEGA: Just a couple.

REDIRECT EXAMINATION

BY MR. VEGA:

Q. Just on that secondhand smoke issue.

A. Yes.

Q. Just get to your resume real fast.

Throughout the 1970s and most of the 1980s, people were allowed to smoke at work.

Do you recall that?

A. Yes.

Q. And you were actually able to smoke on planes as well?

A. Yes.

Q. And in restaurants?

A. Yes.

Page 78

Q. And in bars?
A. Yes.
Q. And in fact, in the big cities, like New York City and Boston, they didn't start banning smoking in places of employment and public establishments like bars, restaurants until the late '80s, early '90s, correct?
A. That's correct.
Q. You agree that secondhand smoke was not considered to cause lung cancer until 1986 when the surgeon general first reported it in its surgeon general's report, correct?
A. That's correct.
Q. So there is no basis for an employer, prior to 1986, to know that secondhand smoke could cause lung cancer, correct?
MR. HERRICK: Object to the form.
THE WITNESS: I would say that's correct.
BY MR. VEGA:
Q. You indicated that whether on a ship or shipyard, the exposure would be the same. And you cited to --
A. I didn't indicate that.
Q. Okay.
A. That was based on Dr. Roggli's study of

Page 79

fiber analysis.
Q. Okay. So you recognize that the level of exposure is significantly different at a shipyard versus a ship, correct?
MR. HERRICK: Object to the form.
THE WITNESS: Again, I think it all depends on the type of work that you were doing, so you can't answer that generically.
BY MR. VEGA:
Q. Okay. So let's do this. You cited the Fleischer Drinker study in your report?
A. I did.
Q. Have you ever seen -- I'm sure you must have -- the unpublished version of the Fleischer Drinker study?
A. No, I have not.
Q. Okay. I'm going to have this marked as Exhibit 3.
(Defendant's Exhibit 3, Fleischer/Drinker Study, was marked for identification.)
BY MR. VEGA:
Q. I've handed you what's been marked as Exhibit 3, and the cover sheet on this is a -- it's a letter on US Maritime Commission letterhead, dated September 21, 1945, correct?

Page 80

A. Correct.
Q. It's from Dr. Philip Drinker?
A. Yes.
Q. And it's to the Bureau of Ships, attention Admiral Mills.
Do you see that?
A. Correct.
Q. And in here it says -- well, in the reference area, it has "Enclosure A," and it says, "Two copies of the health survey of pipe covering operations in constructing Naval vessels."
Do you see that?
A. Yes.
Q. And basically, if you go to the last paragraph here -- well, go to the middle paragraph. "We suggest, therefore, that you authorize us to rewrite the report with names and identity of shipyards deleted, if you wish, resubmit it to you and to the Bureau of Medicine and Surgery for approval and then publish it appropriately."
Did I read that correctly?
A. Yes.
Q. Then the next paragraph, "We suggest also that copy of the conclusions, page 26 of the present report, be given to your own division of insurance and

Page 81

the insurance division" -- whatever. We don't need that.
Do you see that?
A. I do.
Q. What follows on the next page, A Health Survey of Pipe Covering Operations in Constructing Naval Vessels, which is the same title of the Fleischer Drinker study, correct?
A. Right.
Q. Okay. The -- if we turn to page 5 of the unpublished report, top of page 5 it says, "Pipe covering may be divided in to seven different operations as follows: Laying out and cutting; 2, band saw cutting; 3, sewing and preparation of boots and jackets; 4, cement mixing; 5, molding; 6, grinding; 7, installation on board ship." Do you see that?
A. Yes.
Q. In any of Mr. Keller's testimony or the testimony of his coworkers, did you hear any of them talking about band saw cutting?
A. I don't recall seeing anything about band saw cutting.
Q. Or cement mixing?
A. I saw that -- there was reference to what sounded like mud being prepared and then cloth being placed over it, yes.

Page 82

Q. All right. Did you hear Mr. Keller say that?
A. I don't recall. If he did, It's in his deposition.
Q. Let's go now to page -- go to page 17, but I really want to talk to you about page number 18 but unfortunately --
A. I'm reluctant to discuss something that's never been published. This is essentially a draft, I assume.
Q. The tables match what you are going to find. It's just much easier on the eyes in this unpublished -- well, the difference with the published and the unpublished, just so we can be a hundred percent frank, is that the unpublished has the list of the shipyards.
A. Yep.
Q. The identity of the shipyards. And while we're on the identity of the shipyards, let's just go over to the shipyards. Let's go to page 9. I'm actually going to show you page 10, but 10 is not numbered.
Mr. Herrick asked you some questions about the Avondale Shipyard. There is no testimony in this case that Mr. Keller was ever at the Avondale Shipyard on a Mobil vessel, correct?

Page 83

A. Correct.
Q. Now, when you look at the page opposite number 9, which is page 10, we see five yards that were studied and the yards are named.
Do you see that?
A. Yes.
Q. We have the Boston Navy yard. No testimony that Mr. Keller was at the Boston Navy yard, correct?
A. Not that I saw.
Q. Brooklyn Navy yard?
A. No.
Q. Port Smith Navy yard?
A. Not that I saw.
Q. New York Ship Building?
A. No.
Q. And Bethlehem Four River, correct?
A. Not that I recall.
Q. All right. So now, if we go back -- go to page 18 here, we have Table 3 which has asbestos dust counts. "Analysis of Settled Dust and Air Samples."
Do you see that?
A. Yes.
Q. And they talk about layout and cutting. Then they also have a section for cutting with band saw.
A. Yes.

Page 84

Q. And when we look at -- on the right column it talks about dust counts, and it talks about MPPCF, right?
A. Yes.
Q. And back at that time, when this study was constructed, the standard was 5 million particles per cubic foot, correct?
A. Correct.
Q. In this study, which was conducted decades before the Harries studies, here we note that they count total dust, correct?
A. Correct.
Q. Then they separate out the asbestos dust, correct?
A. Yes.
Q. So there is the ability to do that, at least in 1940s, correct?
MR. HERRICK: Object to the form.
THE WITNESS: In theory, yes.
BY MR. VEGA:
Q. Okay. When we look at how much the asbestos dust counts were, we see that all of them, except for one, on the average of the asbestos dust, all of them are below 5 million particles per cubic foot, correct, except for one which comes in at 619.

Page 85

Do you see that?
A. Yes.
Q. And that was only when there was cutting with band saw?
A. It's listed in that portion, yes.
Q. And there is no testimony that there was cutting with band saw in Mr. Keller's case, correct?
A. Correct.
Q. And so when Mr. Herrick was asking you about the comparison between an eight-hour day versus a continuous 24-hour day aboard the vessel, a seagoing vessel that's operational, there cannot be continuous 24-hour work on the systems?
A. No, it is not a question of work. It is a question of whether there is asbestos in the ambient air within an enclosed vessel due to aerodynamic drift. So one can still be exposed to substantially higher than background levels of asbestos while aboard even though there is no work taking place at that time.
Q. Aboard a vessel, a seagoing vessel, when there are 40 to 50 air exchanges per hour?
A. Yes.
Q. And you understand that when a vessel is out at sea, the air out at sea is significantly below the ambient levels of asbestos than you would find in a major


Priority-One Court Reporting Services Inc. – A Veritext Company
718-983-1234

city or in a shipyard, correct?

MR. HERRICK: Object to the form.

THE WITNESS: That's correct. If you talking about the ambient levels out at sea, fine. Bit if you are talking about the ambient levels in an enclosed ship below deck, then they can be quite high.

BY MR. VEGA:

Q. But the vessel, if it's -- and I want you to assume these vessels, the Mobil vessels, were inspected by the American Bureau of Shipping and the Coast Guard on a yearly basis. And in order for them to pass inspection, they are required to have at least 40 air exchanges in the engine room per hour.

A. Well, what they are required to do and what actually takes place are not necessarily the same. So I'm not in a position to comment on that except to say when, as you asked me earlier about smoking, it was clearly smoking taking place -- place on the vessel in areas that were not -- where it wasn't supposed to take place.

So whether all the air exchanges took place as expected or as suggested by regulations, I can't speak to that. But you know, these things were not done by the book.



Q. But it's somewhat disingenuous to suggest that the exposures on a seagoing vessel is continuous when, in fact, the ambient air level of asbestos is much lower out at sea and the vessel is moving. So it's kind of like when you have your car, you are driving with your car with the windows down. There is fresh air coming in at all times.

A. I don't think that's accurate. I think if you are living aboard -- living below deck, you know, especially if you are in proximity to the engine areas where there was asbestos both in the piping as well as in some of the equipment, that your levels are going to be higher than what you'd expect to see if the ambient level is above deck. They are going to be higher.

Q. What is your basis for saying that?

A. Common sense.

Q. What is that common sense based on?

A. What I've just told you.

Q. Have you ever been aboard a merchant vessel?

A. I've not been aboard a merchant vessel but again, you know, the Landrigan and Lemen article would suggest that's the case.

The Corbin industrial hygiene report would suggest that's the case, so there is a basis for that



opinion. It's not just coming out of my head.

Q. The Landrigan and Lemen report is the very one that I discussed at length with the maritime expert and the industrial hygienist in this very case where we show that the levels that they found were below -- below the permissible PELs, and they were counting all fibers, asbestos or nonasbestos, whether it was one micron or ten microns.

A. Okay, well, that's your opinion.

Q. That's the report. I can show you the report. Maybe you can find something that he couldn't.

A. I've seen the report by Mr. Corbin. Okay, there were two reports. Both of them is -- indicates that he's in agreement with Dr. Lemen and Landrigan.

Q. Would you like to see the underlying data that Mr. Corbin relies upon?

A. No.

MR. VEGA: Dr. Kradin, that's all I have for you.

THE WITNESS: Thank you.

MR. HERRICK: I have nothing further.

(The proceeding is adjourned at 1:02 p.m.)



CERTIFICATE OF NOTARY PUBLIC

STATE OF FLORIDA
COUNTY OF ___________

I, RICHARD KRADIN, M.D., certify that I have read the foregoing transcript of my deposition and that the statements contained therein, together with any additions or corrections made on the attached Errata Sheet are true and correct.

Dated this _____ day of ___________, 20__.

_________________________
RICHARD KRADIN, M.D.

The foregoing certificate was subscribed to before me this _____ day of ________________, 20__, by the witness who has produced a __________________ as identification and who did not take an additional oath.

________________________________
NOTARY PUBLIC

CERTIFICATE OF OATH OF WITNESS

STATE OF FLORIDA )
COUNTY OF ST. LUCIE )

I, the undersigned Notary Public, in and for the State of Florida, hereby certify that RICHARD KRADIN, M.D., personally appeared before me, produced ID and was duly sworn.

WITNESS MY HAND and official seal in the City of Fort Pierce, County of St. Lucie, State of Florida this February 23, 2024.

__________________________________
Jennifer L. Bush, RPR, FPR
Notary Public
State of Florida at Large.
My Commission: #HH 002112
My commission expires: 9/24/24



CERTIFICATE OF REPORTER

STATE OF FLORIDA )
COUNTY OF ST. LUCIE )

I, Jennifer L. Bush, Registered Registered Registered Professional Reporter, do hereby certify that I was authorized to and did stenographically report the deposition of RICHARD KRADIN, M.D.; and that a review of the transcript was requested; and that pages 1 through 92, inclusive, are a true record of my stenographic notes.

I further certify that I am not a relative, employee, attorney or counsel of any of the parties, nor am I a relative or employee of any of the parties, attorneys or counsel connected with the action, nor am I financially interested in the action.

Dated this February 23, 2024.

________________________
Jennifer Bush, RPR, FPR

The foregoing certification of the transcript does not apply to any reproduction of the same by and means unless under the direct control and/or direction of the certifying reporter.



ERRATA SHEET
Priority-One Court Reporting/Veritext
718-983-1234
ASSIGNMENT NO. P1-6460626
CASE NAME: Keller, Scott v. Asbestos/Exxonmobil Oil Corporation
DATE OF DEPOSITION: 2/22/2024
WITNESS' NAME: Richard Kradin MD

PAGE/LINE(S)/ CHANGE REASON
____/______/________________/__________
____/______/________________/__________
____/______/________________/__________
____/______/________________/__________
____/______/________________/__________
____/______/________________/__________
____/______/________________/__________
____/______/________________/__________
____/______/________________/__________
____/______/________________/__________
____/______/________________/__________
____/______/________________/__________
____/______/________________/__________
____/______/________________/__________
____/______/________________/__________
____/______/________________/__________
____/______/________________/__________
____/______/________________/__________
____/______/________________/__________
____/______/________________/__________
____/______/________________/__________
____/______/________________/__________
____/______/________________/__________
____/______/________________/__________
____/______/________________/__________
____/______/________________/__________
____/______/________________/__________

________________________
Richard Kradin MD

SUBSCRIBED AND SWORN TO
BEFORE ME THIS______DAY
OF_______________, 20__.

_______________________
NOTARY PUBLIC
MY COMMISSION EXPIRES__________________



PRIORITY-ONE/VERITEXT
290 W. Mt. Pleasant Avenue
Livingston, New Jersey 07039
Phone: 718-983-1234 Fax: 973-841-5218
p1steno@veritext.com
erratas-cs@veritext.com

February 23, 2024

To: John E. Herrick, Esq.

Case Name: Keller, Scott v. Asbestos/Exxonmobil Oil Corporation

Veritext Reference Number: 6460626

Witness: Richard Kradin MD Deposition Date: 2/22/2024

Dear Mr. Herrick:
Enclosed please find a deposition transcript. Please have the witness review the transcript and note any changes or corrections on the included errata sheet, indicating the page, line number, change, and the reason for the change. Have the witness' signature at the bottom of the sheet notarized except in California where they are signing under penalty of perjury and email the errata sheet back to us at the address shown above.

If the jurat is not received within thirty days of your receipt of this letter, the reading and signing will be deemed waived.

Sincerely,

Production Department

Encl.
Cc:

**&**

**&** 3:15 5:20 8:18

**0**

**0.1** 43:5
**002112** 90:20
**07039** 93:2
**07102** 2:11

**1**

**1** 3:15 5:19,20 6:5 91:9
**1,445** 72:17
**1.3** 27:4 28:19 29:2,14,17 34:2 68:19
**1.8** 68:22
**10** 82:21,21 83:3
**100** 2:10 56:14
**10:59** 1:14
**12** 28:4,4,5 31:9 32:9 33:25 62:25
**12:07** 52:20
**12:12** 52:21
**1301** 2:10
**1528** 1:2
**16** 75:4,5
**17** 82:5
**175** 56:11 58:10,23 60:20 62:4,9
**18** 32:25 82:6 83:19
**1940s** 64:4 68:7 84:17
**1945** 79:25
**1960s** 68:8
**1965** 18:25 19:6
**1970** 20:2 36:5
**1970s** 19:15 77:17
**1972** 35:22 64:18
**1974** 21:12
**1975** 16:23 17:1,11 18:11 18:22 19:20 20:2 24:4
**1979** 21:12 36:4
**1980s** 71:20 77:17
**1983** 71:19
**1986** 78:10,15
**1:02** 1:14 88:22
**1:23** 1:2

**2**

**2** 3:16 21:8 27:12,13,23,25 32:10 37:10 76:11 81:12
**2.0** 43:5
**2/22/2024** 92:3 93:8
**20** 33:2,2,6 34:1 89:12,17 92:22
**2002** 8:20
**2009** 9:7
**2012** 8:25
**2013** 44:16
**2016** 3:16 27:13 28:1
**2017** 8:22
**2018** 9:14
**2022** 70:13
**2023** 44:17 56:8 70:4 71:12
**2024** 1:13 6:2 7:14 8:5 11:11 13:2,5 90:13 91:18 93:4
**21** 79:25
**22** 1:13
**22nd** 7:1
**23** 6:15,18 57:7 58:10 90:13 91:18 93:4
**24** 22:1 40:20 63:1 74:23 75:7,13 85:11 85:13
**25** 37:17 53:12 55:7 58:19 61:19 62:14,15 62:19,19,22,22 63:3,3,5
**26** 6:14 80:24
**27** 3:16
**28** 2:5
**290** 93:1
**29464** 2:5

**3**

**3** 3:16 11:5 63:16 79:18,19 79:23 81:12 83:19
**30** 13:25 14:7 38:15 39:4 62:15
**3003** 91:19
**33410** 1:12
**3801** 1:11

**4**

**4** 7:14 8:5 13:2 81:13
**40** 62:15 65:18 85:21 86:13
**40s** 64:13
**45** 26:20
**450,000** 70:8
**4th** 6:2 11:8,11

**5**

**5** 3:4,15 13:5 18:6,7 81:9,10 81:14 84:6,24
**50** 47:5 85:21
**50s** 64:4,14

**6**

**6** 18:2,5,6,7 81:14
**60s** 64:4,14
**619** 84:25

**6460626** 1:25 93:7
**67** 77:3

**7**

**7** 29:12 81:14
**70s** 35:13 64:16 64:18
**71** 3:4
**718-983-1234** 92:2 93:2
**72** 68:6
**74** 14:21,25
**75** 19:7 56:16 63:5
**77** 3:5
**78** 68:6
**79** 3:16 14:25
**7th** 6:15

**8**

**80s** 78:6
**84** 14:22
**843-216-9000** 2:6

**9**

**9** 82:20 83:3
**9/24/24** 90:20
**90s** 78:6
**92** 91:10
**97** 56:10,14 58:10 60:20
**973-242-0002** 2:11
**973-841-5218** 93:2

**a**

**a.m.** 1:14
**ability** 84:16
**able** 39:8,9 77:21
**ableman** 57:9
**aboard** 14:13 14:18,25 15:3 15:16,17 16:18 21:6,11 38:17 39:10 40:15,20 64:10 65:10 85:11,18,20 87:9,19,21
**above** 1:24 37:25 38:2,7,9 39:25 62:4 68:20 87:14 93:14
**absence** 12:23 53:4
**absolute** 40:3
**absurdly** 58:17
**academy** 14:18
**accept** 36:12,13
**accurate** 56:23 69:23 87:8
**acknowledge** 59:13
**act** 19:9
**action** 5:12 91:15,16
**activities** 72:8
**actual** 16:5 38:11 39:21 40:7 74:1
**actually** 13:19 26:5,16 40:22 41:21 44:13 73:8 77:21 82:20 86:16
**addition** 17:23
**additional** 9:18 11:12 89:19
**additionally** 68:4
**additions** 89:9
**address** 93:14
**addressed** 40:18
**adjourned** 88:22
**administration** 6:23
**admiral** 80:5
**admit** 41:19 53:1
**advanced** 46:4
**adverse** 56:10 57:1,1,4,18,19
**aerodynamic** 41:1 85:16
**age** 33:2,5 77:3
**agencies** 43:12 54:6 59:17
**agency's** 36:14
**ago** 72:16
**agree** 19:13,25 32:1 36:19 51:25 53:10,17 53:19,21 54:8 58:4 60:7,13 78:9
**agreed** 4:2,7,10
**agreement** 60:12 62:3 88:14
**air** 37:2 65:18 65:20 83:20 85:15,21,24 86:14,22 87:3 87:6
**airways** 51:22 52:5
**al** 63:18
**albeit** 74:5
**allergic** 52:13
**allowed** 77:18
**altogether** 61:16
**ambient** 37:2 85:15,25 86:4 86:5 87:3,13
**american** 8:19 26:18 86:11
**amosite** 22:18 22:20,25 23:6 23:14,16 24:15 24:21,23 57:5
**amount** 73:2,15 73:23
**amphibole** 22:13
**analysis** 8:22 9:12 72:13

79:1 83:20
**anders** 57:9
**andrae** 2:4
**answer** 23:19 24:7,10,11,13 24:14,14 36:11 40:9 48:19 59:21 69:24 79:8
**answered** 23:3 30:13
**anybody** 77:3
**anymore** 20:13 34:4
**apologies** 69:4
**apparently** 16:20 27:1 29:23 60:18 65:13
**appeared** 90:8
**appearing** 2:2 2:8
**appears** 37:21
**apply** 32:16 74:23 91:24
**apportion** 14:6
**appreciate** 67:4
**appropriate** 41:9
**appropriately** 80:20
**approval** 80:19
**arbitrary** 43:1 43:2,3,11
**area** 36:15 65:22 67:1 69:12 80:9
**areas** 86:20 87:10
**argue** 20:23 56:20
**argument** 53:25 54:24
**arrive** 13:5 25:17 27:7 43:4
**arrived** 28:21 29:9
**article** 33:13,19 63:17 87:22
**articles** 10:19 11:3 50:4,5 76:2,5
**asbestos** 8:12 8:18,23 9:1,5,8 10:7 12:12,22 12:24 13:9,16 13:21,25 15:6 16:3,4,13,17,21 17:3,8,12,23 18:18,19,22 19:2,4,9,21 20:1 22:1,3,3 22:10,11 24:2 25:18 27:9 35:3,5,22 36:4 36:6,24 37:3,5 37:7,16,21,23 38:5,11,25 40:3,4 41:20 41:21 42:9,10 42:11,17,22 43:18 44:2 45:15,16 47:1 47:10 53:3 54:9,13,20,21 55:6,14,16 56:5 57:6,21 57:21 59:15,23 60:8,16 61:5 61:10 62:5 64:9,13,25 67:11 71:21 72:2,3,6 73:2 73:15,17,24 83:19 84:13,22 84:23 85:15,18 85:25 87:3,11 88:7 92:3 93:6
**asbestosis** 10:6 12:23 37:20,22 45:17,20,22,25 46:15,24 52:24 53:4 54:8,12 54:25 55:2,3 55:20 56:21 59:14,14,23 60:7
**ascribe** 26:11
**aside** 44:1
**asked** 7:21 10:4 13:15 25:24,25 71:13 72:4,25 82:22 86:18
**asking** 21:1 23:15,18,18,19 23:21 29:20 31:2,3 85:9
**asks** 15:13 29:7
**assessment** 17:23
**assignment** 92:2
**associated** 45:22
**assume** 36:2 73:12 82:10 86:10
**assuming** 58:12
**asthma** 44:25 52:3,6,11,12,13
**atopic** 52:13
**attached** 89:9
**attempted** 14:6
**attention** 28:3 80:4
**attorney** 91:13
**attorneys** 91:15
**attributable** 27:9
**attribute** 10:6 37:22 40:4 54:9,12,21 55:15,15 56:5 59:15,23 60:8 60:16 61:9 62:5 68:15
**attributed** 26:21 53:3

**author** 9:13
**author's** 63:18
**authored** 6:2
**authoring** 11:8 11:10 13:2
**authorize** 80:16
**authorized** 91:7
**available** 19:21 34:15 40:8
**avenue** 93:1
**average** 29:12 29:13 68:18 84:23
**avondale** 69:9 69:10,11,18 70:22,23 71:8 71:11,14,16,20 82:23,24
**aware** 14:16,25 16:2,22 17:4 17:10 26:7,9 26:13 27:3,11 51:9 56:12,25 68:21,24

**b**

**back** 44:8 83:18 84:5 93:13
**background** 37:25 38:2,7,9 39:25 85:18
**band** 81:12,19 81:20 83:24 85:4,7
**banning** 78:4
**bans** 72:2
**bars** 78:1,6
**base** 26:23
**based** 29:5,10 29:25 31:7 32:12 35:6,7 36:13 40:9 53:9 60:1,19 61:19 74:17,20 78:25 87:17
**baseline** 28:25 37:2
**basically** 26:18 39:3 69:12 80:14
**basis** 36:5,20 37:24 64:19 78:14 86:12 87:15,25
**beach** 1:12
**beckett** 57:9
**beginning** 37:11
**begins** 38:4 55:5 57:23 59:3
**behalf** 1:21 2:2 2:8 5:3 69:6,20
**beings** 62:8
**believe** 6:9 7:5 7:17 8:1 9:3,6 13:3 18:4 21:15 30:14 77:6
**benchmark** 57:16
**benefit** 75:19
**benefits** 75:22
**benign** 45:16 47:13
**benjamin** 57:10
**best** 23:4 39:20 56:9
**bethlehem** 83:16
**better** 73:17
**beyond** 58:3 64:18 67:1 72:2 75:9
**big** 78:3
**bioactivity** 43:1
**birth** 33:2
**bit** 86:5
**blood** 42:3,3,4
**blows** 66:17
**blvd** 1:11 2:5
**board** 31:25 45:12,13 71:21 72:7 73:24 74:22 81:14
**bodies** 47:1,11
**boilers** 66:17 66:21
**book** 17:20 18:1,2,7 86:25
**boots** 81:13
**boston** 78:4 83:7,8
**bottom** 28:8,11 28:11 93:12
**break** 23:20
**breakdown** 22:17
**bridgeside** 2:5
**brief** 52:20
**british** 9:2,2,6
**bronchitis** 51:12,20,24 52:2,5
**bronchoscopy** 51:23
**brooklyn** 83:10
**brought** 8:8 9:7
**building** 83:14
**built** 66:13
**burden** 72:12
**bureau** 80:4,18 86:11
**bush** 1:22 90:18 91:5,20
**business** 69:16
**butchering** 63:18

**c**

**c** 2:1
**calcified** 48:2,5
**calculate** 38:13 39:9
**calculation** 38:10,12 74:17 74:19

**calculations** 30:17
**california** 93:13
**called** 5:3
**cancer** 8:12,19 8:23 9:1,5,11 10:7 12:11,21 13:8,17,22 14:5 24:25 25:18 26:8,11 26:14,20 28:20 29:3 34:1 36:25 37:7,16 37:23 38:5 40:4 45:14 51:10 53:3,13 54:9,13,22 55:15,16 56:6 56:11 57:6,22 57:23,24 59:15 59:23 60:8,16 61:9 62:5 63:18 67:21 68:12,16 78:10 78:16
**capacity** 45:7 46:2
**car** 32:3 87:5,6
**carcinogen** 36:12,17
**carcinogenic** 24:23
**carcinogenicity** 25:1,5
**career** 19:11 38:15 39:4
**case** 1:2 7:12 7:16,19 8:13 8:17 10:9 11:12,25 12:5 13:1,2 18:13 18:17 25:13,15 26:19,20 27:1 35:21 39:6,15 44:14 48:13,21 61:4 63:13,19 73:18 82:24 85:7 87:23,25 88:4 92:3 93:6
**cases** 8:11,15 8:16 11:4 52:9 52:10 53:13 70:21 71:9,10 71:11,13,15 72:13,17
**cashman** 6:21 6:22,24
**categories** 76:17
**category** 74:3 76:22
**cause** 1:24 12:10 26:8,12 26:14 37:3 54:21 56:6 62:10 78:10,15
**caused** 13:8 25:18 61:5
**causing** 8:12 13:17,22
**cc** 38:6,20 53:12 55:7 56:11,17 57:25 58:1,4,20,21 59:6,9 61:9,19 61:20 62:4,9 62:18,20,21,22 62:25 63:1 74:10,13,14 93:25
**cc's** 58:11,11 58:12,21,23,23 59:4 60:20 62:15 63:3,5,6
**cell** 51:12 52:15
**cellular** 48:9
**cement** 81:13 81:22
**center** 9:2
**central** 51:6
**certain** 54:20
**certainly** 37:25 67:13 77:2
**certainty** 22:7 34:24 36:24 37:2
**certificate** 89:1 89:16 90:1 91:1
**certification** 4:4 91:23
**certified** 32:1 45:12,13
**certify** 89:6 90:7 91:6,12
**certifying** 91:25
**change** 76:5 92:5 93:12,12
**changes** 50:22 50:24 52:4 93:11
**chapter** 18:2,5 18:6,6,7,7
**chapters** 18:9
**characterizati...** 69:23
**characterize** 69:15
**chart** 28:18 32:9 33:24 76:11,16
**cheatham** 57:12
**chemicals** 25:16
**chest** 46:21
**child** 32:25
**children** 52:7 52:11
**choose** 39:23
**chronic** 51:11 51:20,24 52:1 52:5
**chronological** 6:11
**chrysotile** 9:5 22:13,15,18,20

22:21,25 23:6 23:14,16 24:5 24:15,16,20,24 57:5
**cigarette** 52:13
**cite** 17:20 18:7 25:11,14,15 41:2,7,9,10 63:17,17 67:5 67:16
**cited** 8:4 17:17 17:18,19,25 18:2 25:12 33:13 42:16 59:2 73:21 76:2 78:21 79:10
**cites** 42:15,16 44:12
**cities** 78:3
**citizens** 3:16 27:13 28:1
**city** 78:4 86:1 90:12
**clarification** 15:13 29:7
**classified** 77:2
**clear** 37:8
**clearly** 10:7 13:24 86:19
**clinical** 36:15 51:23 59:5 77:7
**close** 27:16
**closer** 27:7 33:4
**cloth** 81:24
**coast** 65:17 86:12
**cohorts** 63:9
**column** 84:1
**combination** 50:21
**come** 33:8 35:13
**comes** 84:25
**coming** 36:5 87:6 88:1
**comment** 73:7 86:17
**commission** 79:24 90:20,20 92:25
**common** 42:7 52:7 75:12 87:16,17
**community** 53:2 54:19 55:13 61:21
**companies** 18:20 19:10
**comparable** 37:21 74:7
**comparison** 85:10
**complete** 11:7
**compliance** 18:20
**compliant** 31:23
**compute** 62:14
**computed** 70:1
**concluded** 42:21
**conclusion** 13:4 33:9 37:24
**conclusions** 76:6 80:24
**concocted** 43:11
**conducted** 84:9
**confidence** 26:22
**connected** 91:15
**considered** 78:10
**consist** 30:9
**constructed** 16:23 17:1,2 17:11 18:21,25 24:3 84:6
**constructing** 80:11 81:5
**construction** 18:16
**contain** 7:15,18 18:18,19 19:3
**contained** 6:4 17:12 19:2 22:1,2 24:15 24:16 89:8
**containing** 16:4 16:13,21 17:3 18:22 19:21
20:1 22:13,15 36:4,7 73:24
**continued** 19:16 72:2
**continuous** 74:24 75:1,25 85:11,12 87:2
**continuously** 75:12
**contracting** 71:17
**contributing** 25:22
**contribution** 13:10,21 31:11 34:14 38:23
**contributory** 32:8
**control** 63:19 91:24
**controls** 65:15
**copies** 10:16 80:10
**copy** 6:21 80:24
**corbin** 63:14,14 87:24 88:12,16
**corporation** 1:6,7 92:3 93:6
**correct** 5:14 10:11 11:12 12:6 14:22,23 15:3,4 17:5,8 17:13,21 18:3 18:12,23 19:19

20:9,16,20 21:12,18,21 22:4,10,18 23:1 24:21 25:14 26:18 28:8,13 29:4 29:24 31:13,14 32:4,21 34:2 35:3 36:25 38:1,8,17,21 39:5 41:8 42:5 42:6,8,12 43:7 44:6,17,18,19 45:2,7,8 47:3,6 49:18 50:2 51:17,18 53:4 54:4,13,22 56:6,11 58:5 58:13,23 59:15 59:24 60:9,12 60:17,21 61:22 62:6 63:24 64:4,5,7,14,20 64:25 65:2,7,8 65:12,15,16,21 66:2,19,20,23 66:25 67:6,9 67:10,14,19,22 67:24 68:2,3,8 68:9 71:15 72:14 74:16,19 78:7,8,12,13,16 78:18 79:4,25 80:1,7 81:7 82:25 83:1,8 83:16 84:7,8 84:11,12,14,17 84:25 85:7,8 86:1,3 89:10
**corrections** 89:9 93:11
**correctly** 80:21
**correlation** 43:21
**counsel** 4:4 10:16 39:15 74:12 76:10 91:13,15
**counsel's** 72:5
**count** 41:21 42:11,17,24 43:6,17 44:2 84:10
**counted** 42:20
**countered** 58:11
**countering** 58:12
**counting** 88:6
**country** 54:7 59:18
**counts** 83:20 84:2,22
**county** 89:4 90:4,12 91:4
**couple** 77:11
**course** 33:15 62:19 74:14
**court** 1:1 4:13 92:1
**cover** 79:23
**covering** 80:10 81:5,10
**coworkers** 31:21 81:18
**criticisms** 12:8 12:13,19
**critique** 12:13
**critiques** 12:8
**crocidolite** 57:5
**cross** 3:4 71:4
**cs** 93:3
**cubic** 84:7,24
**cumulative** 13:8 38:25
**cutoff** 43:1
**cutting** 81:12 81:12,19,21 83:23,24 85:3 85:7
**cv** 1:2 6:4

**d**

**data** 29:10,17 29:18,21,22 30:3,4,7,17,21 30:25 31:1 34:8,15 40:3,8 88:15
**date** 1:13 7:1 92:3 93:8
**dated** 11:10 79:24 89:12 91:18
**day** 22:1 40:20 74:13,18,20,23 75:5,7 85:10 85:11 89:12,17 92:22
**days** 21:25 93:16
**deals** 67:18
**dear** 93:10
**death** 28:16
**deaths** 27:5 28:17
**debate** 53:1,7,8 53:18,20,23 54:3,18 55:12 55:18,21,24 56:4
**decades** 38:16 84:9
**december** 56:8 57:7 58:10
**decide** 9:17
**deck** 86:6 87:9 87:14
**decreased** 50:11
**decreasing** 64:20
**deemed** 93:17
**defect** 44:25
**defendant** 1:8 1:21 2:8 5:3 69:19,21 71:16
**defendant's** 3:13 5:20,25 10:5,13 27:13 79:19

**defendants** 11:16 69:6
**defense** 27:11 53:25 54:1 59:18 60:6 76:1
**defined** 76:23
**degree** 13:7 18:19 26:22 34:24 50:12
**deleted** 80:17
**denied** 15:22
**dennis** 2:9 5:11
**densities** 46:17 46:17,19
**department** 71:19 93:22
**depending** 66:9
**depends** 7:20 18:19 79:6
**deposed** 20:25 21:1 71:19
**deposition** 1:17 1:24 3:3 6:15 9:19,21 63:13 63:14 71:10,16 72:25 74:21 76:3 82:4 89:7 91:8 92:3 93:8 93:11
**depositions** 6:11,18 7:2 63:12
**describes** 16:19
**description** 3:14
**designed** 72:7
**despite** 37:11 37:15 59:8
**detected** 63:10
**determining** 44:4
**develop** 55:2,20
**developing** 14:5 37:7,16 38:5 43:9
**development** 43:22
**diagnosed** 51:16 52:1,3 52:16
**diagnosis** 10:6
**diesel** 15:3,17 16:14,16,16 65:11
**differ** 75:2
**difference** 15:9 15:16 24:20 25:1,4 66:6 73:3,15 82:13
**differences** 15:20
**different** 15:5,8 25:6 47:18,20 64:6,9,12 73:16 74:3 79:3 81:11
**difficult** 14:3 26:10 28:24 36:15 52:4
**diffuse** 49:17 49:22
**diffused** 49:14 49:16,23
**diffusing** 45:7 46:2
**diffusion** 45:10
**dimensions** 42:20
**diminished** 46:2,6,10
**diminishing** 35:22
**direct** 3:4 5:7 28:3 34:6,10 43:21 91:24
**direction** 91:25
**directly** 26:21 74:5
**director** 71:17
**disagree** 36:21
**disagreement** 59:12,13,16,22 60:1,5,15,21 61:8,20,25
**discontinued** 19:14,16,22
**discuss** 31:21 34:23 45:20 82:8
**discussed** 12:25 38:4 54:7 64:24 88:3
**discussion** 18:5 18:6,10 74:10
**disease** 37:6 43:9,13,22 45:17,18 46:3 47:13 53:10 55:5 59:3 63:10
**diseases** 37:4,8 45:15 51:9 61:4 62:10
**disingenuous** 87:1
**disposal** 20:9
**disregarded** 61:15
**distinction** 73:23
**distinguish** 52:4
**district** 1:1,1
**divided** 81:11
**division** 80:25 81:1
**dlco** 46:2,6,10 50:11
**doctor** 5:23 19:5 42:2 52:23
**dodson** 17:20
**doing** 75:4,20 76:25 79:7
**dose** 8:11,18 36:23 37:6 38:11,13 39:17

39:20 40:4 53:10 55:5 58:2 59:3 68:11,11
**doubled** 37:17
**dr** 5:9 11:16,19 12:8,17 17:4,7 18:14 41:4,10 41:12 42:15 43:16 44:5 69:3,4 72:10 72:21 73:8 78:25 80:2 88:14,18
**draft** 82:9
**drew** 57:12
**drift** 41:1 85:16
**drinker** 3:16 79:11,14,19 80:2 81:6
**driving** 87:5
**due** 40:25 50:16,17 85:16
**duly** 5:4 90:9
**duration** 40:11
**dust** 83:19,20 84:2,11,13,22 84:23
**dvega** 2:12

**e**

**e** 2:1,1,3,9 8:25 8:25,25 56:25 93:5
**earlier** 34:7 52:25 86:18
**earliest** 46:1
**early** 19:15 64:17 71:20 78:6
**earn** 70:1
**earned** 70:15
**earning** 70:18
**easier** 82:12
**effect** 4:12 26:10,15 56:10 57:1,5,19
**effects** 17:24
**eight** 11:2 74:18,20,23 75:3,14,17 85:10
**either** 14:4 27:9 29:19 44:10 73:14
**elevations** 57:24
**email** 93:13
**emphysema** 51:11,17
**emphysemat...** 50:22,24 51:6
**empirical** 29:5 29:10,17,18,20 29:22 30:3,4,7 30:17,21,25 31:1 34:7
**employee** 91:13 91:14
**employer** 78:14
**employment** 21:5 78:5
**encl** 93:24
**enclosed** 85:16 86:6 93:11
**enclosure** 80:9
**encounter** 40:17
**encountered** 72:1
**encounters** 53:13
**engine** 65:19 86:14 87:10
**engineering** 65:14
**entirely** 64:6,8 64:12
**entitled** 8:25 9:4,9,10
**environment** 75:7,20
**environmental** 9:12
**epa** 3:16 26:17 27:3,13 28:1 29:24 31:4 68:25
**epa's** 30:11,15 30:16
**epidemiology** 8:19,22 17:24
**equipment** 87:12
**equivalent** 55:1
**eric** 57:12
**errata** 89:9 92:1 93:12,13
**erratas** 93:3
**especially** 41:12 87:10
**espoused** 10:13
**esq** 93:5
**esquire** 2:3,4,9
**essentially** 25:4 82:9
**established** 37:9 62:1 64:22
**establishments** 78:5
**estimate** 32:23 34:5 56:9
**estimated** 29:14 56:10
**estimates** 16:5 37:15
**estimation** 29:6 29:11 30:22
**estimations** 29:25 30:2,3 30:23 31:3,7
**et** 63:18
**ethan** 57:12
**etiology** 50:17
**evaluation** 57:4
**evaluations** 56:24

**evan** 57:9
**evidence** 29:6 33:12 44:25 46:25 47:7,10 50:11,15 51:6 51:16,23 52:16 55:6
**exactly** 43:2
**examination** 3:4,4,5 4:5,11 5:7 71:4 77:12
**examined** 5:4
**example** 74:12
**except** 4:8 16:9 84:23,25 86:17 93:13
**excess** 28:17
**exchanges** 65:18,20 85:21 86:14,22
**exclude** 13:10 31:11
**excuse** 76:12
**exhausted** 19:18 20:5
**exhibit** 3:15,16 3:16 5:19,20 5:24,25 6:4 27:13,23,25 32:10 76:11,12 79:18,19,23
**exhibits** 3:13
**expect** 27:4 28:19 29:3 32:19 33:4 34:1,19 35:21 36:3 38:19 39:7 40:1 45:24 46:3,14 46:16,23,25 47:22,25 48:2 48:7,9 49:8 50:8,19 51:2,5 55:4 58:2 62:17 87:13
**expected** 86:23
**expert** 11:15,17 18:14 21:1,3 32:19 34:16 41:7 70:1,16 70:19 88:3
**expertise** 39:11 39:12 65:23 67:1 75:10
**experts** 10:13 53:25 54:3 59:19 60:7 61:21
**expires** 90:20 92:25
**explanation** 23:22
**exposed** 13:24 16:2,12,17 32:24 34:18,18 35:5 40:1 74:13 75:12 77:4 85:17
**exposure** 8:12 8:18,22 9:1,5 9:10,10 12:12 13:9 14:2 15:23 25:6 26:12 32:21,22 33:15 35:3 37:6,16,20 38:20,25 39:10 40:1,5,22 41:13 43:4,8 43:10,12 53:3 54:9,13,20,21 55:1,14,16,22 56:2,5 59:15 60:16 62:5,17 62:18 68:15 72:22 74:1,6 74:24 75:1,13 75:25 78:21 79:3
**exposures** 16:5 32:6 37:17 39:21,25 40:12 40:15,16 41:20 66:1 87:2
**expressed** 76:6
**extensive** 30:12
**extensively** 17:7 29:24
**extent** 48:12
**exterior** 19:14 19:15
**external** 23:13 24:4 35:14
**extraordinarily** 56:20
**extremely** 27:1 68:23
**exxonmobil** 1:6 92:3 93:6
**eyes** 82:12

**f**

**f** 1:6
**fact** 17:4 31:21 46:7 49:2 53:9 78:3 87:3
**factor** 75:15
**factors** 25:22
**fair** 34:16 46:5
**fairly** 74:24
**fall** 34:19,23
**familiar** 71:23 72:10,12,19
**family** 32:3
**far** 28:25 38:20
**fast** 77:16
**fax** 93:2
**february** 1:13 7:1,2 90:13 91:18 93:4
**feel** 49:1
**felt** 10:14
**fiber** 22:9 37:17 38:6 39:9 42:10,20 53:12 54:20 55:7,14 56:2,4 56:11,17 57:25 58:4,10,11,12 58:21,21,22,23 59:4,5 60:14

60:15,20,20 61:8,19,20 62:4,9,15,18,19 62:21,22,25 63:1,2,3,4,6 72:12 74:13,14 79:1
**fibers** 41:21,22 42:11,12,17,17 42:24,24 43:6 43:18,19 44:2 58:1,19 59:9 74:10 76:1 88:6
**fibrosis** 47:1,8 50:2,6,9,14,20 51:4,7,10 55:6
**field** 18:14
**fighting** 66:19
**filing** 4:5
**fill** 30:20
**films** 50:25
**final** 21:4
**financially** 91:16
**find** 9:10 27:4 27:21 28:16 45:24 46:5,10 46:14,19,24,25 47:7,10,22 48:1,8 49:8 50:8,19 51:3 67:13 82:12 85:25 88:11 93:11
**finding** 29:17 45:23 46:1 49:8 52:7
**findings** 7:15 18:11 30:23 45:20,21,21,24 46:14,23 47:22 47:23,25 48:7 49:3,10,12,20 50:8,18 51:2 51:14,14,15
**finds** 28:25
**fine** 86:4
**fingers** 69:19
**finish** 26:24
**finnish** 63:19 65:15,19
**firm** 7:11,13 69:12,13,16,17 69:23
**firms** 18:19
**first** 5:4 9:13 21:11,17 39:7 78:11
**five** 6:25 8:5 21:11,17 25:10 38:20 42:21,24 42:25 43:1,6 43:18,19 44:2 69:7 83:3
**fl** 1:12
**flaws** 41:15,17
**fleet** 15:23
**fleischer** 3:16 67:5 79:11,14
79:19 81:6
**florida** 1:23 89:3 90:3,7,13 90:19 91:3
**flow** 44:21
**flynn** 7:13
**foci** 48:9
**folks** 76:16
**follow** 71:7
**following** 37:16
**follows** 5:5 81:4,12
**foot** 84:7,24
**force** 4:12
**foregoing** 89:7 89:16 91:23
**form** 4:8 7:25 15:18,25 17:14 18:24 20:3 22:5 23:2 24:6 25:20 31:5 33:7 34:21 35:17,23 38:22 40:6 41:3,16 41:23 44:7 53:5 54:14,23 55:17 56:13 58:6,14,24 59:25 60:10,23 61:11,23 64:21 65:3 66:8,24 73:5,20 75:9 78:17 79:5 84:18 86:2
**formative** 33:3
**formed** 33:3
**fort** 90:12
**found** 49:16 56:9 67:12 68:22 88:5
**four** 14:19 66:22 83:16
**fpr** 90:18 91:20
**frame** 16:10
**frank** 82:15
**frankly** 54:1
**frequency** 64:20
**frequently** 41:2 41:8
**fresh** 87:6
**front** 11:20 63:25
**function** 44:15
**further** 88:21 91:12

**g**

**gardens** 1:12
**gaskets** 22:14 22:20 24:16
**gasses** 45:10
**general** 24:22 78:11
**general's** 78:12
**generally** 35:10 47:23 48:25 49:10 50:11 72:19 76:14 77:8

**generically** 79:8
**getting** 29:3
**gist** 8:2
**given** 35:21 80:25
**giving** 58:16
**go** 23:23 33:1,1 38:3,20 44:8 51:13 54:5,6 66:18 80:14,15 82:5,5,19,20 83:18,18
**goes** 75:2,4
**going** 5:18 10:18 18:15 23:10 25:7 27:16 28:3 34:3 40:24,25 41:1,19 43:13 48:14 53:6,14 60:24 61:13 63:16 71:1 74:24 75:13 79:17 82:11,21 87:12,14
**good** 5:9,10 48:17
**greater** 43:6,18 43:19 44:3 75:17
**grinding** 81:14
**group** 60:21 61:8,14
**groups** 72:23
**guard** 65:18 86:12
**guess** 34:13
**guesstimate** 39:24
**guesstimates** 39:21
**guide** 3:16 27:14 28:1
**gustavsson** 8:18 76:3

**h**

**half** 65:11
**hall** 57:12
**hammar** 17:21
**hand** 90:11
**handed** 27:25 79:22
**handing** 5:23
**hard** 7:20
**harries** 67:6 84:10
**head** 71:18 88:1
**health** 9:13 17:24 80:10 81:4
**hear** 81:18 82:1
**heard** 57:14
**heavily** 35:10
**help** 48:15
**helpful** 9:25
**hereto** 4:3
**herrick** 2:3 3:4 7:25 15:18,25 17:14 18:24 19:5 20:3 22:5 23:2,5,9,21 24:6 25:20 27:23 31:5 33:7 34:21 35:17,23 38:22 40:6 41:3,16 41:23 44:7 53:5 54:14,23 55:17 56:13 58:6,14,24 59:25 60:10,23 61:11,23 62:7 64:21 65:3 66:8,24 71:5 73:10 74:8 75:18 77:9 78:17 79:5 82:22 84:18 85:9 86:2 88:21 93:5,10
**hh** 90:20
**high** 53:12 56:20,21 58:17 63:8 75:16 86:7
**higher** 40:22 63:8 67:12 75:14 85:17 87:13,14
**histiocytosis** 51:12 52:15
**histories** 63:24
**history** 14:15 40:10 77:7,7
**hold** 54:11
**holding** 17:20
**home** 26:3,6 27:1 29:1 32:3 68:22 75:4
**hope** 63:17
**hour** 65:18,20 74:18,20,23 75:3,13,14,17 85:10,11,13,21 86:14
**hours** 11:2 22:1 40:20 74:23 75:4,5,7
**house** 13:11 27:2 31:12 68:18
**huh** 37:13
**human** 62:8
**hundred** 82:14
**hutchins** 71:11
**hyaline** 48:10
**hygiene** 39:14 87:24
**hygienist** 39:13 88:4
**hygienists** 39:23
**hypotheses** 26:15,17 30:18
**hypothetical** 36:8,10

**i**

**identification** 5:21 27:14 79:20 89:19
**identity** 80:17 82:18,19
**iit** 42:15 44:13
**ilk** 72:1
**illinois** 7:10
**illnesses** 45:15
**important** 42:11
**imposition** 72:2
**improperly** 42:16
**incidence** 43:13
**incidences** 68:5
**incidents** 30:18
**included** 93:12
**includes** 20:20 20:21,22
**inclusive** 91:10
**income** 70:9,12
**increase** 14:5 33:25 37:6,8
**increased** 38:4 46:16,19
**increases** 58:2 59:4
**indeterminant** 64:18
**index** 3:1
**indicate** 10:8 26:12 38:3 55:4 73:11,12 78:23
**indicated** 55:22 71:20 78:20
**indicates** 88:13
**indicating** 10:5 25:3 93:12
**indication** 39:17,19 49:1 53:11
**individual** 26:25 32:13
**individuals** 37:19 40:19 50:10 52:12 64:3 68:7 74:2
**indoor** 29:13
**industrial** 39:13,14,23 87:24 88:4
**industry** 67:24 68:2
**inflamed** 51:22
**inform** 8:6
**information** 11:12 12:25 19:9 20:8,10 31:4 35:19,25 36:3 63:23 69:1
**injury** 32:4 33:20
**insisted** 37:19
**inspected** 86:11
**inspection** 86:13
**installation** 81:14
**installed** 35:16
**installing** 71:21
**instance** 65:17 66:16
**institutions** 59:18
**insulated** 35:10
**insulation** 14:1 15:6,16 17:3 18:23 19:14,15 20:1 22:12,12 22:17,19,24,25 23:6,14,16 24:5,14 35:14 35:15 36:4,7 64:10 71:17,19 71:21 72:6 74:4
**insulator** 63:9
**insurance** 80:25 81:1
**intensity** 40:12 40:14
**interested** 91:16
**international** 9:12
**internet** 30:10
**interrupt** 8:14
**interstitial** 50:5 50:9,14,16,20 50:22,25 51:3 51:6,10
**intrastitial** 47:1 47:7 50:2
**involves** 67:23
**irving** 17:4,7 18:11
**issue** 65:7 77:14
**itt** 42:17 44:12

**j**

**jackets** 81:13
**january** 6:2 7:14 8:5 11:8 11:11 13:2,5
**jennifer** 1:22 57:13 90:18 91:5,20
**jersey** 93:2
**jherrick** 2:6
**job** 1:25
**john** 2:3 93:5
**journal** 8:19 9:6,12
**jurat** 93:16

**k**

**k** 1:3,6
**keale** 2:10
**keller** 1:3 7:15 7:23 14:17 15:22 16:1,17 16:19 21:11 26:1,4 28:12 31:21 32:4,13 34:19 35:3,8 44:15 46:20

48:4 49:17,23 51:16 52:16 59:9 64:7 65:9 65:25 68:1,24 76:17 82:1,24 83:8 92:3 93:6
**keller's** 12:11 13:8,17,22 21:5 25:18 27:2 38:11,15 38:19 47:2 50:25 51:19 65:2 68:22 81:17 85:7
**kept** 73:17
**kim** 9:13 76:4
**kind** 87:4
**know** 5:24 16:8 18:15 19:23,24 19:25 20:5,6 20:13,16,24 21:4,13 22:3,9 22:16,24 23:13 24:18 27:6,6 28:16 29:8,9 30:1,2 31:18 34:22 35:2,4,6 35:7,12,24 37:8 39:8 42:14,19,22,23 48:14 55:11 59:8 65:6,10 65:14,16,19,22 65:23 68:10,14 69:14 70:13 75:4,23 76:20 78:15 86:24 87:9,22
**knowing** 16:9
**knowledge** 20:11 49:19 51:24
**known** 35:11 43:11 44:16
**knows** 20:18 21:3 22:7 24:18 25:5
**kradin** 1:17 3:3 5:2,9 11:19 43:16 69:2,3,4 88:18 89:6,14 90:8 91:8 92:4 92:20 93:8

**l**

**l** 1:22 4:1 8:21 8:25,25 27:4 28:19 29:2 34:2 56:25 90:18 91:5
**landrigan** 40:19 87:22 88:2,14
**lane** 2:4
**langerhans** 51:12 52:15
**laptop** 11:20,21 11:25 12:4 27:17,19,19
**large** 1:23 90:19
**late** 78:6
**laying** 81:12
**layout** 83:23
**leading** 26:8,14 73:5
**learned** 72:18
**leaves** 32:25 33:1 38:16 75:3
**legitimate** 53:1 53:8,17,20 54:18 55:12,21 55:23
**lemen** 40:19 41:2,4,7,10,12 42:15 44:5 87:22 88:2,14
**length** 43:19 44:3 88:3
**letter** 79:24 93:17
**letterhead** 79:24
**level** 26:2,25 28:25 29:14 33:25 35:2 37:1,2 43:4,10 46:17 54:20 55:14 56:4 57:24 58:17 61:8 62:9,10 63:10 65:20 68:14,18,20,21 79:2 87:3,13
**levels** 28:23 37:20 39:25 55:7,22 56:10 57:1,5,19,25 63:8 67:11 85:18,25 86:4 86:5 87:12 88:5
**lewis** 57:10
**life** 68:25
**likelihood** 19:20
**likely** 16:11 17:12 19:1 49:2 66:25 74:6
**limit** 43:9
**limits** 43:8,10 43:13
**line** 61:2 92:5 93:12
**list** 3:15 5:17 5:21 6:7 11:7 14:8 39:24 45:14 82:15
**listed** 11:5 85:5
**lists** 14:15
**literally** 30:20
**literature** 9:25 10:8 26:10 36:18,19 54:6 55:3,23 59:1 61:3
**litigation** 69:19

**little** 17:12 18:22
**live** 52:7
**lived** 68:24
**living** 13:11 31:12 40:20 87:9,9
**livingston** 93:2
**llp** 2:4,10
**localized** 48:10
**long** 6:24 70:18
**look** 11:17 25:10,17,21,24 25:25 30:11,14 32:9 38:15 44:8 47:17 68:5 71:1 83:2 84:1,21
**looked** 30:16 31:9 33:14
**looking** 11:21 11:23 27:19 30:10 34:17 42:5,9 77:1
**looks** 6:10 32:17 73:1
**lot** 66:13 72:6
**love** 30:19
**low** 8:11,18 26:2 27:1,8 38:6 58:5,7,9 58:13,22 68:23
**lower** 27:8 46:18,20 55:7 87:4
**lucie** 90:4,12 91:4
**lumps** 72:22
**lung** 8:12,18,23 9:1,4 10:6 12:11,21 13:8 13:17,22 14:5 24:24 25:18 26:8,11,14,20 28:20 29:3 34:1 36:24 37:7,16,22 38:5 40:4 44:21 45:5,10 45:14 46:18 50:23 51:10 53:3,13 54:9 54:12,22 55:15 55:15 56:6,11 57:6,21,23,24 59:15,23 60:8 60:16 61:9 62:5 67:21 68:12,16 73:2 76:1 78:10,15
**lungs** 33:3,4 45:5,18 46:18 46:20 73:2

**m**

**m.d.** 1:17 3:3 5:2 89:6,14 90:8 91:8
**made** 38:12 53:25 54:24 76:16 89:9
**magical** 42:23
**magnitude** 67:12
**maine** 14:18,18 26:3
**major** 12:14 85:25
**majority** 19:13 52:12 68:25
**make** 39:8,23 66:17 73:22
**male** 63:19
**males** 68:6
**manner** 14:4
**manual** 31:16 31:19
**manufacturers** 19:14
**manufacturing** 19:15,17
**marine** 35:8 39:1 40:2 73:25 75:20
**mariners** 73:4
**marines** 13:10 14:1,17 26:5 33:1 39:5 72:22 73:18 74:6,22 75:7
**maritime** 14:18 79:24 88:3
**mark** 11:16 12:7 27:11
**marked** 5:18 5:21,24 27:14 79:17,20,22
**marker** 26:12
**marsh** 71:11
**match** 82:11
**material** 19:21
**materials** 10:25 11:6,7,24 12:5 14:1 15:6,16 16:4,13,20 73:21,24 74:2
**matter** 5:13
**maturing** 33:4
**md** 92:4,20 93:8
**mean** 8:13 17:25 19:17 41:5 64:12 73:12
**means** 49:3 91:24
**meant** 5:25
**measure** 42:4
**measurements** 27:2
**mechanisms** 76:1
**medical** 7:15 9:2,6 10:8 13:7 34:24 36:18,19 40:9 51:19 53:2,22 54:6 54:19 55:13 59:1 61:3,21
**medicine** 80:19

**membranes** 45:11
**men** 9:2 73:3
**mentioned** 51:5 51:15 74:21
**merchant** 13:9 13:25 14:17 26:5 33:1 35:8 38:15 39:1,5 40:2 66:6,23 67:13,14 72:22 73:3,18,25 74:6,22 75:6 75:20 87:19,21
**mesothelioma** 12:11 45:13 57:6 67:18 68:5 72:13
**meta** 9:12
**micron** 88:7
**microns** 42:21 42:24,25 43:1 43:6,18,19 44:2 88:8
**middle** 80:15
**miller** 57:12
**million** 84:6,24
**mills** 80:5
**minimal** 49:10
**minimum** 36:23 68:14
**minor** 12:15
**minute** 48:14
**misspoke** 19:5
**misstates** 73:6
**mixed** 38:24
**mixing** 81:14 81:22
**mobil** 1:7 5:11 14:7,9,15,21,25 15:24 16:11 21:5,8,11,21,24 31:15,18 35:12 38:16,20,24 39:4,10 59:11 65:10,11 66:1 82:25 86:10
**mobilize** 75:25
**mode** 27:22
**molding** 81:14
**month** 7:2,4
**morning** 5:9,10 26:2
**mortality** 9:5
**motley** 2:4
**motleyrice.com** 2:6
**mount** 2:5
**move** 10:18 22:22 25:7 43:14 53:14
**moving** 87:4
**mppcf** 84:2
**mt** 93:1
**mud** 81:24
**mulberry** 2:10
**multiplicative** 14:4
**multitude** 75:15

**n**

**n** 2:1 4:1 8:21 8:25 56:25
**name** 5:11 63:18 71:18 92:3,4 93:6
**named** 83:4
**names** 80:17
**nature** 54:16
**naval** 65:25 66:2,3,6,12,22 67:6,8,8 73:24 74:5 80:11 81:5
**navy** 72:5,22 73:3,16 83:7,8 83:10,12
**nci** 25:3
**necessarily** 86:16
**necessary** 37:22
**need** 6:19 40:3 40:10,11 48:15 52:24 54:11,19 55:1,14 59:14 59:14,22 60:16 60:22 61:9,15 65:18 81:1
**needed** 10:14 56:5
**needs** 6:17 53:11 55:20 56:21
**neighborhood** 11:1 68:19
**never** 9:11 26:19,20 28:7 28:12,13 30:4 31:10 33:16 34:17 37:3 52:1,1 57:14 76:13,21,23,24 77:2,4,4 82:9
**new** 1:1 10:11 10:12,16 78:3 83:14 93:2
**newark** 2:11
**nj** 2:11
**noael** 56:25 57:3
**nodule** 46:17
**nonasbestos** 35:15 36:7 88:7
**noncalcified** 48:3,5
**nonexposure** 75:21
**nonresponsive** 22:22 43:14 53:15
**nonsmoker** 32:21,22
**nonsmokers** 26:13
**normal** 29:1 44:19,21 45:2

45:5,7,11 46:8 46:12
**notarized** 93:13
**notary** 1:22 4:12 89:1,21 90:6,19 92:24
**note** 51:21 84:10 93:11
**notes** 12:1 71:1 91:11
**notice** 1:23 51:19
**number** 3:14 5:19 6:5 27:8 27:23,25 28:22 29:9 32:10 37:23 58:15 60:25,25 61:22 61:25 62:12 70:7 75:16 76:11 82:6 83:3 93:7,12
**numbered** 82:21

**o**

**o** 4:1 8:21,21 56:25
**oath** 89:19 90:1
**object** 15:18,25 17:14 20:3 22:5 23:2,10 25:20 31:5 33:7 34:21 35:17,23 38:22 40:6 41:3,16 41:23 44:7 53:5 54:14,23 55:17 56:13 58:6,14,24 59:25 60:10,23 60:24 61:11,23 64:21 65:3 66:8,24 78:17 79:5 84:18 86:2
**objection** 7:25 18:24 24:6 62:7 73:5,20 75:9
**objections** 4:8 23:11
**objective** 40:8
**observed** 56:10 57:1,4,19
**obstruction** 50:12
**obstructive** 44:25
**obviously** 9:20
**occupational** 9:1 40:10
**odd** 37:15
**offer** 7:16,19
**offered** 7:23 8:7
**official** 90:11
**oil** 1:6,7 31:15 31:18 92:3 93:6
**okay** 6:20 7:8 7:11,14 10:15 12:1,4,17 14:21 21:20 23:23 25:7 30:6,22 31:9 34:4,13 35:9 35:10 42:14,19 44:1,14 46:9 46:13 48:17 52:19 53:21 54:1,18 57:3 60:6 61:15 62:3 69:25 70:4 78:24 79:2,10,17 81:9 84:21 88:9,12
**old** 77:4
**olsson** 8:21 76:3
**once** 14:14 22:6 22:19 26:4 34:3 39:19 47:23 61:12 68:17 69:1,22 73:7
**ones** 12:15 44:12
**ongoing** 41:14
**open** 11:20
**operational** 85:12
**operations** 80:11 81:5,11
**opine** 13:15,15
**opinion** 13:6,21 21:1,3 24:23 25:17 32:19 34:16 43:23,25 53:8 88:1,9
**opinions** 7:19 7:22 8:2,6,7 10:19 13:6 36:14 76:5
**opposed** 27:20 42:12
**opposite** 54:11 83:2
**order** 6:12 25:17 40:4 54:9,12,21 86:12
**orders** 67:12
**organization** 26:18
**outlandish** 63:4 63:7
**outlined** 10:25
**outset** 76:3
**overall** 24:17 40:22
**overwhelming** 19:13
**own** 26:6 80:25

**p**

**p** 2:1,1 4:1
**p.m.** 1:14 52:20 52:21 88:22

**p1-6460626** 92:2
**p1steno** 93:3
**packing** 22:14 22:21 24:16
**page** 3:14 6:10 6:14,14 8:5 11:5 13:5 25:10 28:4,4,5 29:12 31:9 32:9 33:25 37:10,12 63:16 80:24 81:4,9 81:10 82:5,5,6 82:20,21 83:2 83:3,19 92:5 93:12
**pages** 91:9
**palm** 1:12
**paper** 8:18,21 8:25 9:9 25:3 30:20 61:1,13
**papers** 9:15,17 9:24 38:3 40:19
**paragraph** 37:10 80:15,15 80:23
**parents** 13:11 31:12 32:2,6 52:11
**parietal** 48:11 48:12,22,23 49:4
**parsing** 13:19 13:23
**part** 10:4,20 64:17
**particles** 84:6 84:24
**particular** 35:9 42:4,5,10
**particularly** 26:24,25 64:10
**parties** 4:3 91:13,14
**pass** 86:13
**past** 36:16,22
**pathological** 45:21 46:23 48:7 49:3,20 51:2,14
**pathologist** 45:13
**pathology** 47:2
**pause** 48:14
**pci** 27:4 28:19 29:2 34:2
**pel** 44:4 74:20 74:23
**pels** 43:17,20 43:20 88:6
**penalty** 93:13
**pending** 71:9 71:10
**people** 28:19 29:3 31:22 34:1 56:20 61:14 77:18
**percent** 82:14
**percentage** 23:15 24:4,17 52:10 70:9
**performed** 44:16
**performing** 42:2,3
**period** 14:19 40:21 64:7,9 64:10,12,18,24 74:25 75:13,15 75:17
**periodic** 45:1
**periods** 75:21
**perjury** 93:13
**permissible** 43:4,8,10,12 88:6
**permission** 43:8
**person's** 36:24
**personally** 90:8
**pertains** 14:7 64:3
**pft** 44:16 45:20 45:23,24 47:21 47:23 49:8 50:8 51:13
**pfts** 44:19 46:7
**pga** 1:11
**philip** 80:2
**phone** 27:22 93:2
**phrase** 29:16
**physiological** 75:22
**physiologically** 75:6
**picocuries** 28:24 29:14 68:19
**pierce** 57:13 90:12
**pipe** 22:25 80:10 81:5,10
**pipes** 22:12,19 24:15
**piping** 87:11
**place** 31:24 32:7 85:19 86:16,19,19,21 86:22
**placed** 81:25
**places** 78:5
**plaintiff** 1:4 2:2
**plaintiff's** 5:18 5:24 39:15 54:3 63:13 69:12,13,16,17
**plaintiffs** 60:7
**planes** 77:22
**plant** 75:3
**plaque** 47:14
**plaques** 47:17 47:21 48:1,3,3 48:5,8
**played** 36:24

**pleasant** 2:5 93:1
**please** 93:11,11
**pleura** 47:13 48:10,11,12,22 48:23 49:4,22 49:24
**pleural** 45:16 47:14,14,17,17 47:21 48:1,2,3 48:5,8 49:7,9 49:13,14,16,17 49:21
**point** 19:11 33:19 37:18 54:10 60:12 70:11 77:10
**points** 69:18
**policy** 35:15
**port** 83:12
**portion** 38:24 85:5
**portions** 31:22
**position** 10:11 10:12,13 38:13 86:17
**possibility** 15:20 43:9 49:6
**powered** 65:11
**practice** 26:21 36:15 52:6
**practitioners** 53:22
**precise** 61:22
**precision** 61:25
**predicted** 40:23
**premise** 72:5
**preparation** 81:13
**prepared** 5:13 12:2 81:24
**present** 29:18 80:24
**presented** 31:1 31:1
**previously** 10:20
**primarily** 46:16,18
**prior** 9:19,20 11:7 78:14
**priority** 92:1 93:1
**probability** 13:7
**probably** 11:1 14:4 16:2,4,7 30:8 46:1 62:10 70:20 75:16 76:19
**problem** 40:17
**proceed** 10:22
**proceeding** 88:22
**proceedings** 3:1
**produce** 24:24 37:22
**produced** 10:20 89:18 90:8
**product** 42:10
**production** 93:22
**professional** 70:12 91:6
**program** 35:13
**prohibit** 31:19
**prompted** 9:23
**propelled** 16:14,15
**proposition** 41:13
**prove** 26:16 36:15
**provide** 10:16
**provided** 33:15 39:15
**proximity** 87:10
**public** 1:22 4:12 9:13 78:5 89:1,21 90:6 90:19 92:24
**publication** 17:10
**publications** 8:4,6
**publish** 80:19
**published** 17:7 31:4 56:8 57:6 57:9 82:9,13
**pulmonary** 44:15 55:6
**pulmonologist** 31:25 32:1,20 45:12
**pursuant** 1:23
**put** 33:21 53:6 76:18,20
**putting** 44:1 76:17

**q**

**qualitative** 40:11
**quantify** 13:16
**quantitate** 14:3
**quantitating** 15:9
**quantity** 15:5 15:16 20:16,19 22:3
**question** 4:9 18:21 23:22 24:25 30:13 33:23,24 36:8 41:25 43:16,24 59:20 61:7 72:9 74:9 85:14,15
**questions** 7:21 71:2 72:4,6 77:9 82:22
**quite** 54:1 86:7
**quoted** 9:15,25 61:13

**quoting** 61:1

**r**

**r** 2:1
**radiograph** 49:15
**radiological** 45:21 46:14 47:25 49:12 50:18 51:14
**radiologically** 49:18
**radon** 3:16 25:24,25 26:1 26:3,7,11,12,13 26:21,25 27:5 27:14 28:1,23 29:13 30:10 31:10 32:10,17 34:5,18,19 36:12,16 68:10 68:15,15,18,21 76:11,12,12
**range** 56:9 58:9 58:9,22 70:17 70:19
**ranges** 34:20
**ranging** 56:4 60:20
**rates** 44:21
**rather** 51:13
**ratio** 37:15
**rays** 46:21
**reach** 59:5
**reached** 55:20
**reaches** 58:1
**read** 71:16 80:21 89:7
**reading** 27:19 93:17
**ready** 66:18
**real** 77:16
**realize** 41:11 41:14 71:7
**really** 25:5 28:24,24 74:17 82:6
**reason** 10:2 36:20 42:23 73:1 92:5 93:12
**reasonable** 13:7
**recall** 7:7,8,11 64:1,2 73:21 77:19 81:20 82:3 83:17
**receipt** 93:16
**received** 11:11 11:15 13:1 93:16
**recent** 6:5,8 56:8
**recess** 52:20
**recognition** 16:3
**recognize** 15:10,15,19,22 38:14 40:14 42:14 43:17 79:2
**reconstruction** 39:18
**reconstructions** 39:20
**record** 10:15 27:18 91:10
**records** 51:20
**red** 68:25
**redirect** 3:5 77:12
**reduce** 58:20
**reducing** 28:23 58:25
**redundancy** 66:14
**refer** 27:17
**reference** 8:17 25:2 80:9 81:23 93:7
**referring** 44:10 44:12
**reflect** 27:18
**reflection** 72:17
**refute** 29:17 30:23 31:4
**refuting** 31:6
**regardless** 43:3
**registered** 91:5 91:5,6
**regulations** 31:23 86:23
**regulatory** 36:14 43:12 54:6 59:17
**regus** 1:11
**relate** 12:24
**related** 11:24 12:11,22 27:5 37:3 45:15 50:1,5,9,14,19 51:3,8,9 55:6
**relating** 11:12
**relationship** 68:11
**relative** 13:16 13:21 25:1,5 37:15 91:12,14
**release** 42:10
**released** 43:21
**reliance** 9:16 9:18
**relied** 44:5
**relies** 41:12 88:16
**reluctant** 82:8
**relying** 31:3
**remember** 71:18
**remote** 7:7 19:22
**removed** 35:14 36:6
**repair** 73:18
**repeatedly** 13:24 16:12 35:4
**replaced** 36:6

**report** 3:15 5:13,16,20 6:1 7:14,18,24 8:2 8:5,7 9:16 10:1 10:3,21,25 11:5,6,8,10 12:7,9,17 13:2 13:5 17:19 18:8 25:3,11 25:11,12 26:1 29:13 30:24 31:10 32:5 33:21 37:10 39:14,18 42:15 46:22 56:8,22 58:10,19 60:19 61:19 63:16,17 63:22,25 70:2 76:6 78:12 79:11 80:17,25 81:10 87:24 88:2,10,11,12 91:7
**reported** 57:4 57:24 63:8 78:11
**reporter** 15:13 29:7 91:1,6,25
**reporting** 92:1
**reports** 8:13 10:5 11:15,17 41:7 76:24 88:13
**represent** 5:11
**reproduction** 91:24
**requested** 91:9
**require** 54:8
**required** 37:20 37:21 68:15 86:13,15
**requires** 10:6
**research** 9:13 30:9
**researched** 30:7
**reserved** 4:9
**residing** 32:2
**respect** 7:22 8:6,11 9:7 12:7 18:11 25:8 26:1 43:22 45:19,19 46:13 47:21 49:4 55:13 58:15 60:14,15 63:23 66:1 68:12 72:13
**respective** 4:4
**respond** 10:14
**response** 8:22 10:5 37:6 53:10 55:5 59:3 68:11,11
**rest** 61:3
**restaurants** 77:24 78:6
**restriction** 46:3 46:6 47:24 49:11 50:12
**resubmit** 80:18
**resulting** 10:19
**resume** 3:15 5:17,20 6:5 77:16
**retained** 7:12
**reticular** 46:17
**returns** 75:5
**review** 46:21 76:4 91:8 93:11
**reviewed** 11:6 11:7 12:5 13:1 47:3 49:25 72:14
**reviewing** 10:24
**rewrite** 80:16
**rice** 2:4
**richard** 1:17 3:3 5:2 89:6,14 90:7 91:8 92:4 92:20 93:8
**ridiculous** 62:12 63:11
**right** 6:12 10:22 17:25 18:13 21:10 28:10 29:17 32:15 33:20,22 37:11 41:2 46:11 62:23 63:2 65:6 73:19 75:5 81:8 82:1 83:18 84:1,3
**risk** 9:11 14:5 17:23 25:6 31:10 32:10 34:5 37:7,15 38:5 76:11,12
**river** 83:16
**roberts** 57:10
**roggli** 72:10,21 73:8,21
**roggli's** 78:25
**role** 13:16 36:24
**ronald** 17:20
**room** 30:20 65:19 86:14
**roughly** 70:14
**rpr** 1:22 90:18 91:20
**ryan** 57:10

**s**

**s** 2:1 4:1,1 8:21 8:21 92:5
**saami** 63:18 64:24 65:7
**safe** 43:21
**sailed** 64:7
**sailing** 38:16
**sailors** 31:19
**sample** 49:1,6
**sampled** 48:13 48:22,24,25 49:2

**samples** 49:25 83:20
**samuel** 17:21
**saw** 50:4 81:12 81:19,21,23 83:9,13,24 85:4,7
**saying** 20:13 31:7 37:18 58:21 62:21,24 63:4 67:4 87:15
**says** 11:6 12:23 13:6 28:11,12 28:14,18,22,23 36:18 80:8,9 81:10
**sc** 2:5
**scarring** 45:17 49:22,23 50:16 50:22,25
**school** 56:3
**scientific** 37:24 53:2 54:19 55:13 59:18 61:21
**scientists** 53:22
**scott** 1:3 92:3 93:6
**sea** 63:19 85:24 85:24 86:4 87:4
**seafarers** 63:20 64:4
**seafaring** 65:15
**seagoing** 40:15 40:18 85:11,20 87:2
**seal** 90:11
**sealing** 4:5
**second** 17:23
**secondhand** 9:11 13:10,16 13:22 14:2 25:19 27:9 31:12 32:1,6,7 32:18,20,25 33:16,20 34:14 77:1,8,14 78:9 78:15
**section** 83:24
**sections** 31:19
**security** 70:11
**see** 6:16 11:20 13:13 28:1,4 28:18 30:19,25 31:1,2 32:11 33:14 37:12 38:4 39:14,17 39:19 46:3,16 48:2,4,9,11 49:11 50:24 51:5 52:16 54:2 55:5 57:24 59:3 62:17 73:3 76:14 80:6,12 81:2,15 83:3,5 83:21 84:22 85:1 87:13 88:15
**seeing** 81:20
**seems** 26:2
**seen** 19:9,11 25:25 26:19,20 30:4,17,18 31:15 38:10,12 52:9,10 53:24 56:19,22,24 57:18,19 61:1 62:11 63:12,14 71:25 79:13 88:12
**sees** 55:2
**selikoff** 17:5,7 18:11,14 63:9
**sense** 40:11 42:7 75:12 87:16,17
**sentence** 37:11
**separate** 32:17 84:13
**september** 6:15 6:18 79:25
**series** 14:15
**serious** 41:15
**served** 14:13 21:6,11
**service** 14:8,14
**serving** 13:9,12 31:13 65:10
**settled** 83:20
**seven** 21:25 81:11
**several** 48:19 74:21
**severe** 49:11
**sewing** 81:13
**sheet** 79:23 89:10 92:1 93:12,13,13
**shift** 75:3
**ship** 18:15 31:22 73:25,25 74:5,6,23 75:20 78:20 79:4 81:15 83:14 86:6
**shipbuilding** 67:23 68:1
**shipping** 86:11
**ships** 22:1,2 64:10 71:22 72:5,7,7 80:4
**shipyard** 35:14 40:16 68:7 69:11,18 70:22 71:8,11,14,16 78:21 79:3 82:23,24 86:1
**shipyards** 65:25 67:9 69:10 80:17 82:16,18,19,20
**show** 26:2 38:4 82:21 88:5,10
**shown** 26:1 37:3 42:25 93:14

**shows** 33:25 59:2
**sic** 5:18 19:1
**side** 34:17 37:12 54:2 58:5,7,13,22
**sides** 53:22 62:4
**sidestream** 27:10 77:1,5
**signature** 91:19 93:12
**signed** 4:11,13
**significance** 16:25 37:14 44:23 45:4,9 50:13 58:1 59:5
**significant** 32:4 54:10 66:5 73:14
**significantly** 15:5 20:2 40:15 79:3 85:24
**signing** 93:13 93:17
**simply** 12:5 62:18
**simultaneously** 15:12 34:9
**sincerely** 93:20
**single** 69:19
**sir** 20:25 21:4
**sit** 13:20 22:16
**slides** 47:5
**smith** 83:12
**smoke** 9:11 13:11,17,22 14:2 25:19 27:10 31:12 32:2,6,7,11,18 32:21,25 33:16 33:20 34:14 52:14 76:11 77:1,5,8,14,18 77:21 78:9,15
**smoked** 28:8,8 28:12 31:10 32:3 33:5 76:13 77:2
**smoker** 28:13 32:13,14 34:6 34:10 76:21,23 76:25 77:4
**smokers** 9:11 33:16 34:17,18 50:15 52:7
**smoking** 26:7 31:19,22 50:1 50:5,9,14,16,19 51:3,8,9 52:11 63:23 77:7 78:4 86:18,19
**social** 70:11
**solely** 42:17
**somebody** 75:2
**somewhat** 19:22 87:1
**sorry** 33:9 34:12
**sort** 72:8
**sos** 27:22
**sounded** 81:24
**southern** 1:1
**speak** 86:23
**speaking** 15:12 23:11 34:9
**specific** 26:11 76:25
**speculate** 49:5
**speculating** 75:24
**spelling** 48:15 48:17
**spent** 10:24 26:6
**st** 90:4,12 91:4
**standard** 84:6
**start** 28:10 45:22 78:4
**started** 52:24
**state** 1:22 7:8 73:17 89:3 90:3,7,12,19 91:3
**statement** 14:12
**statements** 89:8
**states** 1:1 73:16
**stationed** 14:9 14:13 16:11
**statistical** 58:1
**steam** 15:1,6,17 16:13,14 21:23 38:17 39:3,4
**steamships** 35:9 64:11
**stenographic** 91:10
**stenographic...** 91:7
**sticking** 16:16
**stipulated** 4:2,7 4:10
**stores** 19:20 20:1,16,19 35:22
**street** 2:10
**strike** 10:18 22:22 25:8 43:14 53:14
**studied** 29:24 75:23 83:4
**studies** 8:17 10:16 41:12,15 42:15 44:5,9,9 54:11,15 67:3 67:6,8,12 84:10
**study** 3:16 41:20 42:20 56:12,19 63:19 63:22,23 64:3 64:25 67:16,18 67:23 68:4 76:21,25 78:25

79:11,15,20 81:7 84:5,9
**subject** 30:12
**submissions** 19:10
**subscribed** 89:16 92:21
**substance** 42:4 42:5
**substances** 25:16
**substantial** 10:7 15:11,15 24:25
**substantially** 85:17
**substantiate** 76:7
**subtypes** 8:23
**suffered** 51:20
**suffers** 32:20
**suggest** 53:11 56:21 80:16,23 87:1,23,25
**suggested** 12:10 86:23
**suggests** 12:21
**suite** 2:10
**supplement** 10:3
**supplies** 19:17
**support** 30:17
**supposed** 43:6 43:17 44:2 86:20
**sure** 14:11 24:18 26:5 27:7 28:21 29:5 39:8 41:5 41:24 44:9 55:23 56:22 64:8,11 66:17 69:22 79:13
**surgeon** 51:21 78:11,11
**surgery** 80:19
**survey** 80:10 81:5
**sustained** 35:3
**sworn** 4:13 5:4 90:9 92:21
**systems** 85:13

**t**

**t** 4:1,1
**table** 28:7,11 28:11,15,22 32:16,17,23 34:4,4 83:19
**tables** 28:5 82:11
**tagnon** 67:16 68:4
**take** 25:10 58:22 69:22 77:7 86:20 89:19
**taken** 1:21 52:20
**takes** 86:16
**talk** 18:10 32:10 33:17,18 52:23 65:24 82:6 83:23
**talking** 18:9 52:24 56:3 61:18 76:10 81:19 86:4,5
**talks** 17:11 84:2,2
**tanenbaum** 2:10
**tanker** 15:7,17 15:23 31:15,18 39:4
**tankers** 21:24 38:17 39:4
**taxes** 70:3
**tell** 25:11 62:16
**telling** 23:5 56:23 59:1
**ten** 14:24 21:10 70:20 88:7
**term** 56:25
**terms** 18:15 25:1,6 28:22 41:13 45:5 74:1 76:20,20
**test** 44:15
**testified** 5:4 21:14 23:8,9 23:17 24:2 36:16,22 69:5 69:20
**testify** 37:1 71:8
**testifying** 11:19 20:11
**testimony** 3:15 5:17,21 6:7,8 6:11 25:8 70:16,19 71:23 71:25 72:1 81:17,18 82:23 83:7 85:6
**testing** 44:24
**thank** 71:3 88:20
**theory** 42:13 84:19
**thermal** 22:12 22:19 23:16 24:14 71:21
**thickening** 47:15,18 48:10 49:7,9,13,14,16 49:17,21
**thing** 47:18 72:8
**things** 41:5 47:14,19,20 48:19 73:11,13 86:24
**think** 6:21 7:3 7:23 8:1 11:16 13:24 16:1,3,7 16:10 19:5 22:2,6 23:3,7,8 25:2 26:16

30:13 32:18 35:10 40:7,17 40:18 41:9 48:23 51:21 53:7,20 55:18 62:1,8 64:1 68:17 71:12 72:5,16,16 73:22 74:2,12 75:23 79:6 87:8,8
**thirty** 93:16
**thought** 9:24 51:22 56:3
**thousand** 27:4 28:17 29:4 34:2
**three** 7:3 21:23 21:25 39:3 51:15 63:4 69:8 75:16
**threshold** 36:23 37:9 53:12 55:19
**thursday** 1:13
**time** 1:14 4:9 9:19 10:3,24 14:7 16:10 19:19 21:23 26:5 30:6,8 35:8 38:16 40:21 43:5 44:24 51:22 53:24 54:2 59:9 64:6,9,12 64:24 65:2,11 69:5,25 71:2 74:25 75:8 84:5 85:19
**times** 52:4 66:22 74:21 75:16,24 87:7
**tissue** 73:2
**title** 81:6
**tktrial.com** 2:12
**today** 7:1 22:16 33:14 54:7 59:2
**together** 47:1 72:22 89:8
**told** 11:4,4,11 53:19 73:1,8 87:18
**took** 86:22
**top** 28:7 32:9 81:10
**topic** 30:5,7
**total** 38:19,21 38:24 41:21 47:5 70:9 84:11
**toxicity** 24:20
**transcript** 89:7 91:9,24 93:11 93:11
**trial** 4:9 6:11 7:6,9,12
**trials** 6:18 7:4
**troy** 63:14
**true** 36:3 73:12 73:19 89:10 91:10
**try** 23:23 34:13 58:20
**trying** 27:21 42:4
**tug** 15:6,17 21:6,7
**tugboat** 67:14
**tugboats** 21:12 21:17,21 65:12
**tugs** 15:3 16:16 16:22 21:13,14
**turbines** 66:16 66:21
**turn** 81:9
**two** 7:3 13:5 14:3 21:5,20 27:4,6 28:4,16 28:16,17,19,23 29:3 34:20 38:6,16 47:18 47:20 50:4,5 57:25 58:1,4 58:11,12,21,21 58:22 59:4,5 61:19 62:25 66:22 73:11,13 73:15,16,19 76:14 80:10 88:13
**type** 22:9 29:10 32:16 76:21 79:7
**types** 25:6 39:25 55:1,21 65:6

**u**

**u** 4:1 8:25
**uh** 37:13
**unaware** 16:20
**under** 16:5 26:15 42:21 91:24 93:13
**underlying** 52:23,24 54:12 88:15
**undersigned** 90:6
**understand** 24:19,22 41:24 43:23 66:5,12 67:3 72:21 85:23
**understanding** 68:17
**underwent** 35:12
**unfortunately** 82:7
**united** 1:1 73:16
**university** 57:17
**unpublished** 79:14 81:10 82:13,14,15

**unrelated** 52:13
**update** 6:19
**updated** 6:17 6:21 57:3,4
**use** 9:17 27:17 29:16 32:23 34:4 37:23 61:13 72:2,3
**used** 19:18 20:6 22:11,12 34:5 64:13,17,19,25 73:15
**using** 9:16 63:2
**usually** 48:11

**v**

**v** 8:25,25 92:3 93:6
**variables** 46:12
**various** 19:10 24:3 31:22
**vega** 2:9 3:4,5 5:8,11,22 8:3 10:18,23 15:14 15:21 16:6 17:16 19:8 20:7 22:8,22 22:23 23:7,10 23:12,23 24:1 24:9 25:7,9,23 27:15,24 29:15 31:8 33:10 34:11 35:1,20 36:1 39:2 40:13 41:6,18 42:1 43:14,15 44:11 48:16,16 48:18 52:22 53:14,16 54:17 55:9 56:1,15 58:8,18 59:7 60:3,11 61:6 61:17 62:2,13 64:23 65:5 66:11 67:2 73:5,20 75:9 77:11,13 78:19 79:9,21 84:20 86:8 88:18
**veritext** 92:1 93:1,7
**veritext.com** 93:3,3
**version** 79:14
**versus** 15:6 22:18,25 23:14 23:16 24:20 34:18 75:6 79:3 85:10
**vessel** 14:14 17:1,11 18:21 18:25 21:11 35:13,16 40:15 41:14 66:9,22 67:13 82:25 85:11,12,16,20 85:20,23 86:9 86:19 87:2,4 87:20,21
**vessels** 13:12 14:9,10,11,12 14:15,18 15:1 16:11,14,15 18:10,17,18 24:3 31:13 32:7 36:3 38:21 39:10 40:18,20,21 65:7,10,11,15 65:20,25 66:2 66:3,4,6,7,12 66:23 73:16,17 80:11 81:6 86:10,10
**victor** 72:10
**view** 54:11
**villeneuve** 8:24 76:4
**virginia** 68:6
**virtually** 40:8 59:17 61:4
**visceral** 48:12
**volume** 45:6
**volumes** 45:2
**vs** 1:5

**w**

**w** 93:1
**waived** 4:6 93:17
**want** 20:23 27:17 36:2 45:20 62:16 66:17 69:15 71:6 72:9 74:9 76:8 82:6 86:9
**war** 66:19
**wartime** 66:13 72:8
**way** 13:18,23 15:8 16:9 24:7 42:16 53:6 61:2
**we've** 38:3 46:7 54:7 62:11 64:11,22
**website** 30:11 30:15,16
**week** 9:22 21:25
**weeks** 75:8
**white** 68:6
**wick** 11:16 12:7
**wick's** 12:8
**wide** 56:4
**widely** 64:13
**wile** 11:16 12:17
**windows** 87:6
**wish** 80:18
**witness** 5:3,6 8:1 15:19 16:1 17:15 18:25 19:7 20:4 22:6 23:3 24:7 25:21 29:8 31:6 33:8 34:10,22 35:18 35:24 38:23 40:7 41:4,17

41:24 44:8 53:6 54:15,24 55:18 56:14 58:7,15,25 60:1,24 61:12 61:24 62:8 64:22 65:4 66:9,25 73:7 73:22 75:11 78:18 79:6 84:19 86:3 88:20 89:18 90:1,11 92:4 93:8,11
**witness'** 93:12
**wong** 25:3,8,11 25:14,15
**work** 14:4 40:24,25 41:1 42:3 62:15 70:1 71:8,15 75:6,20 77:18 79:7 85:13,14 85:19
**worked** 6:24 22:14 32:8 35:9 68:7
**worker** 75:19
**working** 13:25 16:19 40:2 74:2,4,22
**works** 75:3
**writing** 37:14
**written** 41:4 50:1,4

**x**

**x** 46:21

**y**

**yano** 9:4 76:4
**yard** 83:7,8,10 83:12
**yards** 83:3,4
**yeah** 60:24 67:17 71:13
**year** 14:7 30:8 38:15,20 39:4 60:21 62:15,15 62:15,19,20,22 63:1,3,5,6 70:2 70:15,21,23,24 74:14,15
**yearly** 36:5 62:17 64:19 86:12
**years** 6:25 13:25 14:19,24 19:22 21:5,10 21:12,17,20,23 21:25 26:20 32:25 33:3 37:17 38:6 39:3,9 52:6 53:13 54:20 55:8,14 56:2,4 56:11,17 57:25 58:2,5,20 59:6 59:9 60:14,15 60:20 61:9,19 61:20 62:4,9 62:19,22,25,25 63:3,5 68:6 69:8,8 70:20 72:16 74:10 77:3
**yep** 21:9 26:19 26:19 28:9 37:13 42:18 82:17
**york** 1:1 78:4 83:14

**z**

**zones** 46:18 68:25

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.