**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SCOTT K. KELLER,

                         Plaintiff,

        -against-                                  23 **CIVIL** 1528 (LTS)

## JUDGMENT

EXXONMOBIL OIL CORPORATION,

                        Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 11, 2025, Defendant's motion to preclude the testimony of Richard L. Kradin, M.D., and Defendant's motion for summary judgment are granted. Defendant's motion to preclude the testimony of and Troy Corbin, CIH, CSP, and Arnold Brody, M.D., and Plaintiff's motions to preclude the testimony of Aaron Depres and Jennifer S. Pierce, Ph.D., are denied as moot in light of the foregoing determinations. Accordingly, the case is closed.

**Dated:**  New York, New York

      March 12, 2025

                                                            **TAMMI M HELLWIG**
                                                             **Clerk of Court**

                             **BY:**
                                                            **Deputy Clerk**